Karen C. Tumlin (CA Bar No. 234691)
Esther H. Sung (CA Bar No. 255962)
Laura Flores-Perilla (CA Bar No. 355645)
Hillary Li (GA Bar No. 898375)*
Brandon Galli-Graves (TX Bar No. 24132050)*
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

*Counsel for Plaintiffs*

\* *Motion for pro hac vice to be filed*

[Additional co-counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*, | ) |
| Plaintiffs, | ) Case No. 3:25-cv-8454 |
| v. | ) |
| DONALD J. TRUMP, *et al.*, | ) |
| Defendants. | ) |

**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Plaintiffs certify that there are no interested entities as defined by 28 U.S.C. § 455(d)(4). This suit does not seek money damages. Rather, it is brought under the Administrative Procedure Act ("APA"), 5 U.S.C. § 501 *et seq.* Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS - 1

October 3, 2025                                         Respectfully submitted,

/s/ Karen C. Tumlin                                     /s/ Cynthia Liao
Karen C. Tumlin (CA Bar No. 234691)                     Cynthia Liao (CA Bar No. 301818)*
Esther H. Sung (CA Bar No. 255962)                      Johanna N. Hickman (D.C. Bar No. 981770)*
Laura Flores-Perilla (CA Bar No. 355645)                Elena Goldstein (D.C. Bar No. 90034087)*
Hillary Li (GA Bar No. 898375)*                         **DEMOCRACY FORWARD FOUNDATION**
Brandon Galli-Graves (TX Bar No. 24132050)*             P.O. Box 34553
**JUSTICE ACTION CENTER**                               Washington, DC 20043
P.O. Box 27280                                          (202) 808-1982 (Liao)
Los Angeles, CA 90027                                   cliao@democracyforward.org
(323) 450-7272                                          hhickman@democracyforward.org
karen.tumlin@justiceactioncenter.org                    egoldstein@democracyforward.org
esther.sung@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org            /s/ Kalpana Peddibhotla
hillary.li@justiceactioncenter.org                      Kalpana Peddibhotla (CA Bar No. 200330)
brandon.galli-graves@justiceactioncenter.org            **SOUTH ASIAN AMERICAN JUSTICE COLLABORATIVE (SAAJCO)**
                                                        333 W. San Carlos Street, Suite 600
                                                        San Jose, CA 95110
/s/ Charles H. Kuck*                                    (408) 550-9240
GA Bar No. 429940                                       kalpana@saajco.org
**KUCK BAXTER LLC**
365 Northridge Rd., Suite 300                           /s/ Jesse M. Bless
Atlanta, GA 30350                                       JESSE M. BLESS*
404-949-8154                                            MA Bar # 660713
Ckuck@immigration.net                                   **BLESS LITIGATION LLC**
                                                        6 Vineyard Lane
/s/ Zachary R. New                                      Georgetown MA 01833
Zachary R. New*                                         781-704-3897
Atty. Reg. No. (Colorado): 53992                        jesse@blesslitigation.com
**JOSEPH & HALL, P.C.**
12203 East Second Ave.                                  /s/ Greg Siskind
Aurora, CO 80011                                        Greg Siskind*
(303) 297-9171                                          TN Bar No. 14487
zachary@immigrationissues.com                           **SISKIND SUSSER**
                                                        1028 Oakhaven Road
                                                        Memphis, TN 38119
                                                        (901) 682-6455
                                                        gsiskind@visalaw.com
                                                        *Counsel for Plaintiffs*

                                                        * Motion to appear *pro hac vice* forthcoming

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS - 2