AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

|  |  |
|---|---|
| GLOBAL NURSE FORCE, et al.,<br>**(See attachment #1)**<br>*Plaintiff(s)*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as<br>President of the United States, et al.,<br>**(See attachment #1)**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:25-cv-8454

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  **DONALD J. TRUMP, in his official capacity as President of the United States**

Office of the President
The White House
1600 Pennsylvania Ave, NW
Washington, DC 20500
**(SEE ATTACHMENT #2)**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karen C. Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-8454

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

<u>**ATTACHMENT #1 TO SUMMONS**</u>

Karen C. Tumlin (CA Bar No. 234691)
Esther H. Sung (CA Bar No. 255962)
Laura Flores-Perilla (CA Bar No. 355645)
Hillary Li (GA Bar No. 898375)*
Brandon Galli-Graves (TX Bar No. 24132050)*
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

*Counsel for Plaintiffs*

* *Motion for pro hac vice to be filed*

[Additional co-counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

GLOBAL NURSE FORCE; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 4811; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO COMMITTEE OF INTERNS AND RESIDENTS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; GLOBAL VILLAGE ACADEMY COLLABORATIVE; SOCIETY OF THE DIVINE WORD – CHICAGO PROVINCE; FATHERS OF ST. CHARLES; CHURCH ON THE HILL, *D/B/A ALGOOD FIRST BAPTIST*; JOHN SMITH; PHOENIX DOE,

     *Plaintiffs*,

**Case No. 3:25-cv-8454**

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**Administrative Procedure Act Case**

COMPLAINT

**ATTACHMENT #1 TO SUMMONS**

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director, U.S. Citizenship and Immigration Services; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State,

    *Defendants*.

COMPLAINT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**GLOBAL NURSE FORCE, et al. v. DONALD J. TRUMP, et al.**
**Case No.3:25-cv-8454**

**ATTACHMENT #2 TO SUMMONS**

<u>**DEFENDANTS TO BE SERVED:**</u>

**DONALD J. TRUMP**, **in his official capacity as President of the United States**
Office of the President
The White House
1600 Pennsylvania Ave, NW
Washington, DC 20500

**U.S. DEPARTMENT OF HOMELAND SECURITY**
United States Department of Homeland Security
Office of the General Counsel - MS 0485
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

**KRISTI NOEM, in her official capacity as Secretary of Homeland Security**
United States Department of Homeland Security
Office of the General Counsel - MS 0485
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
United States Citizenship and Immigration Services
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

**JOSEPH B. EDLOW, in his official capacity as Director, U.S. Citizenship and Immigration Services**
United States Citizenship and Immigration Services
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

1

**ATTACHMENT #2 TO SUMMONS (CONTINUED)**

**U.S. CUSTOMS AND BORDER PROTECTION**
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

**RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection**
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

**U.S. DEPARTMENT OF STATE**
c/o The Executive Office, Office of the Legal Adviser
Suite 5.600, 600 19th Street, NW
Washington DC 20522

**MARCO RUBIO, in his official capacity as Secretary of State**
c/o The Executive Office, Office of the Legal Adviser
Suite 5.600, 600 19th Street, NW
Washington DC 20522

**-- AND --**

**UNITED STATES ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA**
c/o Civil Process Clerk
U.S. Attorney's Office, N. District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3495

**PAM BONDI, U.S. ATTORNEY GENERAL**
U.S. Department of Justice
Justice Management Division
950 Pennsylvania Ave, NW, Room 1111
Washington, D.C. 20530

2