## DECLARATION OF PHOENIX DOE IN SUPPORT OF MOTION TO PROCEED UNDER PSEUDONYM

I, Phoenix Doe, declare under penalty of perjury as follows:

1. I am a citizen of India, currently residing in the Northern District of California, and I am a plaintiff in this case.

2. I am a postdoctoral research scholar in the Department of Ophthalmology at a U.S. university. I began my position in January 2025 and am the first postdoc in a newly established lab funded for three years.

3. My research focuses on why people lose their vision from inherited eye diseases and with aging. I study the genetic and epigenetic changes that damage retinal cells using laboratory experiments and large-scale computational analysis, including single cell RNA sequencing and multi omics approaches. The goal is to find new ways to detect and treat blinding conditions.

4. During my PhD, I developed tear and blood biomarkers to speed the diagnosis of Sjögren's Syndrome, an autoimmune disease that affects millions of Americans, predominantly women. Early detection is critical because it can prevent irreversible eye damage, reduce systemic complications, and improve quality of life by getting patients into treatment sooner. My secondary disease focus has been Parkinson's Disease. During my master's degree, I researched new ways to deliver anti-cancer biologics for breast cancer treatment, aimed at improving drug delivery and reducing side effects of an FDA-approved therapy.

5. My graduate research work has been supported in part by the National Institute of Health (NIH) and the Michael J. Fox Foundation, published in peer reviewed

journals, and featured on the cover of *Investigative Ophthalmology and Visual Science*.

6. On September 19, 2025, the President issued a Proclamation requiring a $100,000 payment for new H1-B petitions.

7. I am currently in the United States on valid STEM OPT status. Although my employer had previously approved moving forward with an H-1B petition on my behalf, the petition has not yet been filed and has been indefinitely paused because of the $100,000 fee imposed by the Proclamation challenged in this case. My continued lawful presence and vital research in the United States depends on the outcome of these proceedings.

8. My employer cannot pay this fee, and I cannot personally afford it. While the university at which I am employed is a large institution, individual laboratories operate on strict budgets tied to specific research grants. These grants cover salaries, supplies, and equipment, and do not allow for discretionary costs of this magnitude. The $100,000 fee is larger than a typical postdoctoral researcher's annual salary and is far beyond what a laboratory can absorb without cutting into essential research expenses.

9. While I desire to participate in this lawsuit, I am afraid of using my real name. Because I am suing the government and my immigration status is directly at issue, I fear that identifying myself publicly could subject me to heightened or improper government scrutiny and jeopardize immigration applications for which I am currently applying and/or for which I may apply in the future. Additionally, in light of the current public discourse and debate surrounding immigration, I also worry that revealing my identity and personal information could put me and my other family

members living in the United States at increased risk of discrimination, harassment, or physical harm from individuals around us.

10. In addition, I fear disclosing sensitive personal information, including my medical history, were I to proceed in this litigation using my real name. I have been diagnosed with PTSD and rely on ongoing treatment and an emotional support animal to maintain my health and stability. I do not want details of my mental health history to be publicly linked to my name.

11. If I cannot remain in the United States with valid H1B status, I will lose my position at my university and suffer serious career setbacks. My research projects would be cut off midstream, and years of specialized training would be wasted. I would lose my income, health insurance, and the stability I rely on to manage PTSD. I would also incur unrecoverable costs, including breaking my lease and relocating internationally on short notice, and I would be separated from my emotional support animal who has been essential for my well-being.

12. Proceeding under a pseudonym will not prejudice the defendants or the public. I am willing to participate fully in this litigation as Plaintiff Phoenix, including discovery, depositions, and testimony if required. I understand that my attorneys will know my true identity, and I will comply with all obligations of a named party.

13. I respectfully request the Court's permission to proceed under the pseudonym "Phoenix Doe." I make this request to protect myself and family members from harm while still allowing the case to proceed fairly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 3, 2025, in California.

_____

Phoenix Doe