UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*, | ) |
| | ) Case No. 3:25-cv-8454 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DONALD J. TRUMP, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### **[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' Motion to Proceed Under Pseudonym, it is hereby ordered that the motion is GRANTED, and that:

1. Plaintiffs Phoenix Doe and John Smith ("Doe Plaintiffs") are granted leave to proceed in this matter under pseudonyms;

2. All parties shall submit pleadings, briefing, and evidence either (a) using the Doe Plaintiffs' pseudonyms instead of their real names and other personally identifying information or (b) by redacting Doe Plaintiffs' names and other personally identifying information;

3. The parties shall confer on and submit a joint protective order that will permit the Doe Plaintiffs to reveal their identities to the Court and to Defendants' counsel under seal if and when required by the Court, but which will prevent disclosure of Plaintiffs' identities to Defendants;

4. Defendants' counsel shall not publicly disclose the names or personally identifying information of the Doe Plaintiffs after Defendants' counsel learn their names and personally identifying information; and

5.  Any nonparty who is informed of a Doe Plaintiff's identity shall be provided a copy of this Order by the disclosing party and shall also be subject to this Order.

**SO ORDERED.**

Dated: _____                                _____

                                                                                              UNITED STATES DISTRICT JUDGE