UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLOBAL NURSE FORCE, et al.,

Plaintiff(s),

v.

DONALD J. TRUMP, et al.,

Defendant(s).

Case No. __3:25-cv-8454__

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Jesse M. Bless__, an active member in good standing of the bar of __Massachusetts__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __Karen C. Tumlin__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __CA Bar No. 234691__.

Bless Litigation, LLC
6 Vineyard Lane, Georgetown, MA 01833
MY ADDRESS OF RECORD

Justice Action Center
P.O. Box 27280, Los Angeles, CA 90027
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(781) 704-3897
MY TELEPHONE # OF RECORD

(323) 450-7272
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jesse@blesslitigation.com
MY EMAIL ADDRESS OF RECORD

karen.tumlin@justiceactioncenter.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __MA 660713__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __4__ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____                                        /s/Jesse M. Bless

                                                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Jesse M. Bless_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

Updated 11/2021                                        2