**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL NURSE FORCE; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 4811; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO COMMITTEE OF INTERNS AND RESIDENTS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; GLOBAL VILLAGE ACADEMY COLLABORATIVE; SOCIETY OF THE DIVINE WORD –CHICAGO PROVINCE; FATHERS OF ST. CHARLES; CHURCH ON THE HILL, D/B/A ALGOOD FIRST BAPTIST; JOHN SMITH; PHOENIX DOE, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director, U.S. Citizenship and Immigration Services; U.S. CUSTOMS AND BORDER PROTECTION; Rodney Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State, <br><br> *Defendants*. | **Case No. 3:25-cv-8454** |

**DECLARATION OF BRANDON GALLI-GRAVES IN SUPPORT OF APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO-HAC VICE**

I, Brandon Galli-Graves, declare under penalty of perjury as follows:

1. I am a citizen of the United States. I am a licensed attorney, and an active member in good standing of the State Bar of Texas. My bar number is 24132050. I reside in, and work remotely, from San Antonio, Texas. I, along with co-counsel listed on the complaint at Doc. No. 1, represent Plaintiffs in the current matter.

2. I am employed by Justice Action Center, a 501(c)(3) nonprofit organization incorporated in the state of California. Justice Action Center is an entirely remote workplace and does not have a physical workplace location. Justice Action Center's address for mailing purposes, as well as for Justice Action Center attorneys' address of record, is P.O. Box 27280, Los Angeles, CA 90027. As my employer's official address, this is the address I entered on my application for admission of attorney pro hac vice.

3. On October 6, 2025, a Clerk's Notice was entered on the docket, Doc. No. 14, notifying that my address of record disqualified me for pro hac vice admission, citing N.D. Cal. Civ. R. 11-3(c). However, I am not eligible for full admission to this Court pursuant to N.D. Cal. Civ. R. 11-1(b), as I am not a member of the State Bar of California. The only mechanism for my admission before this Court is by pro hac vice application. Because I do not (1) reside in California or (2) regularly engage in the practice of law in California, I am eligible for pro hac vice admission pursuant to Rule 11-3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2025, in San Antonio, Texas.

Brandon Galli-Graves