UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Global Nurse Force, et al.,

Plaintiff(s),

v.

Donald J. Trump, et al.,

Defendant(s).

Case No. 4:25-cv-08454-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Brandon Galli-Graves, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Karen Cassandra Tumlin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: CA 234691.

| | |
|---|---|
| P.O. Box 27280, Los Angeles, CA 90027 | P.O. Box 27280, Los Angeles, CA 90027 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 435-359-6480 | 323-316-0944 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| brandon.galli-graves@justiceactioncenter.org | karen.tumlin@justiceactioncenter.org |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: TX 24132050.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/07/2025                                      Brandon Galli-Graves
                                                       APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brandon Galli-Graves is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/7/2025

_Haywood S. Gilliam Jr._
UNITED STATES DISTRICT JUDGE

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Brandon Christian Galli-Graves**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 17th day of October, 2022.

I further certify that the records of this office show that, as of this date

**Brandon Christian Galli-Graves**

is presently enrolled with the State Bar of Texas as an active member in good standing.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 7th day of October, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 6708C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NURSE FORCE; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 4811; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO COMMITTEE OF INTERNS AND RESIDENTS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; GLOBAL VILLAGE ACADEMY COLLABORATIVE; SOCIETY OF THE DIVINE WORD –CHICAGO PROVINCE; FATHERS OF ST. CHARLES; CHURCH ON THE HILL, D/B/A ALGOOD FIRST BAPTIST; JOHN SMITH; PHOENIX DOE,<br><br>    *Plaintiffs*,<br><br>                v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director, U.S. Citizenship and Immigration Services; U.S. CUSTOMS AND BORDER PROTECTION; Rodney Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State,<br><br>    *Defendants*. | Case No. 3:25-cv-8454 |

**DECLARATION OF BRANDON GALLI-GRAVES IN SUPPORT OF APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO-HAC VICE**

I, Brandon Galli-Graves, declare under penalty of perjury as follows:

1. I am a citizen of the United States. I am a licensed attorney, and an active member in good standing of the State Bar of Texas. My bar number is 24132050. I reside in, and work remotely, from San Antonio, Texas. I, along with co-counsel listed on the complaint at Doc. No. 1, represent Plaintiffs in the current matter.

2. I am employed by Justice Action Center, a 501(c)(3) nonprofit organization incorporated in the state of California. Justice Action Center is an entirely remote workplace and does not have a physical workplace location. Justice Action Center's address for mailing purposes, as well as for Justice Action Center attorneys' address of record, is P.O. Box 27280, Los Angeles, CA 90027. As my employer's official address, this is the address I entered on my application for admission of attorney pro hac vice.

3. On October 6, 2025, a Clerk's Notice was entered on the docket, Doc. No. 14, notifying that my address of record disqualified me for pro hac vice admission, citing N.D. Cal. Civ. R. 11-3(c). However, I am not eligible for full admission to this Court pursuant to N.D. Cal. Civ. R. 11-1(b), as I am not a member of the State Bar of California. The only mechanism for my admission before this Court is by pro hac vice application. Because I do not (1) reside in California or (2) regularly engage in the practice of law in California, I am eligible for pro hac vice admission pursuant to Rule 11-3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                            Executed on October 7, 2025, in San Antonio, Texas.

Brandon Galli-Graves