United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Nurse Force, et al.             , | Case No. 4:25-cv-08454-HSG |
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| Donald J. Trump, et al.             , | |
| Defendant(s). | |

I, Cynthia Liao            , an active member in good standing of the bar of

California                      , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Plaintiffs                    in the

above-entitled action. My local co-counsel in this case is Karen Cassandra Tumlin      , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California. Local co-counsel's bar number is: 234691            .

P.O. Box 34553, Washington, D.C. 20043            P.O. Box 27280, Los Angeles, CA 90027

MY ADDRESS OF RECORD                              LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 808-1982                                    (323) 450-7272

MY TELEPHONE # OF RECORD                          LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

cliao@democracyforward.org                        karen.tumlin@justiceactioncenter.org

MY EMAIL ADDRESS OF RECORD                        LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 301818        .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0       times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/8/25                                             Cynthia Liao
                                                           APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Cynthia Liao                 is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                        _____
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                          2