UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Nurse Force, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Donald J. Trump, et al., <br><br> Defendant(s). | Case No. 4:25-cv-08454-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Cynthia Liao, an active member in good standing of the bar of California, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Karen Cassandra Tumlin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 234691.

P.O. Box 34553, Washington, D.C. 20043
MY ADDRESS OF RECORD

(202) 808-1982
MY TELEPHONE # OF RECORD

cliao@democracyforward.org
MY EMAIL ADDRESS OF RECORD

P.O. Box 27280, Los Angeles, CA 90027
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(323) 450-7272
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

karen.tumlin@justiceactioncenter.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 301818.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/8/25

Cynthia Liao
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Cynthia Liao is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/8/2025

_Haywood S. Gill, Jr._
UNITED STATES DISTRICT JUDGE

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 6/9/2025

**LICENSEE NAME:** Cynthia F. Liao

**LICENSEE BAR NUMBER:** 301818

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/2/2014

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Cynthia F. Liao's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)