UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Global Nurse Force, et al.,

Plaintiff(s),

v.

Donald J. Trump, et al.,

Defendant(s).

Case No. 4:25-cv-08454-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Hillary Li, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Karen Cassandra Tumlin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: CA 234691.

P.O. Box 27280, Los Angeles, CA 90027
MY ADDRESS OF RECORD

323-450-7262
MY TELEPHONE # OF RECORD

Hillary.Li@justiceactioncenter.org
MY EMAIL ADDRESS OF RECORD

P.O. Box 27280, Los Angeles, CA 90027
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

323-450-7271
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

karen.tumlin@justiceactioncenter.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: GA 898375.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/22/2025                                                             Hillary Li
                                                                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Hillary Li  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/24/2025

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NURSE FORCE; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 4811; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO COMMITTEE OF INTERNS AND RESIDENTS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; GLOBAL VILLAGE ACADEMY COLLABORATIVE; SOCIETY OF THE DIVINE WORD –CHICAGO PROVINCE; FATHERS OF ST. CHARLES; CHURCH ON THE HILL, D/B/A ALGOOD FIRST BAPTIST; JOHN SMITH; PHOENIX DOE,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director, U.S. Citizenship and Immigration Services; U.S. CUSTOMS AND BORDER PROTECTION; Rodney Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State,<br><br>    *Defendants*. | Case No. 4:25-cv-8454 |

**DECLARATION OF HILLARY LI IN SUPPORT OF APPLICATION FOR ADMISSION**

**OF ATTORNEY PRO-HAC VICE**

I, Hillary Li, declare under penalty of perjury as follows:

1. I am a citizen of the United States. I am a licensed attorney, and an active member in good standing of the State Bar of Georgia. My bar number is 898375. I reside in, and work remotely from, Columbia, Maryland. I, along with co-counsel listed on the complaint at Doc. No. 1, represent Plaintiffs in the current matter.

2. I am employed by Justice Action Center, a 501(c)(3) nonprofit organization incorporated in the state of California. Justice Action Center is an entirely remote workplace and does not have a physical workplace location. Justice Action Center's address for mailing purposes, as well as for Justice Action Center attorneys' address of record, is P.O. Box 27280, Los Angeles, CA 90027. As my employer's official address, this is the address I entered on my application for admission of attorney pro hac vice.

3. On October 21, 2025, a Clerk's Notice was entered on the docket, Doc. No. 29, notifying that my address of record disqualified me for pro hac vice admission, citing N.D. Cal. Civ. R. 11-3(c). However, I am not eligible for full admission to this Court pursuant to N.D. Cal. Civ. R. 11-1(b), as I am not a member of the State Bar of California. The only mechanism for my admission before this Court is by pro hac vice application. Because I do not (1) reside in California or (2) regularly engage in the practice of law in California, I am eligible for pro hac vice admission pursuant to Rule 11-3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2025, in Columbia, Maryland.

_____

Hillary Li



Lawyers Serving the Public and the Justice System

Ms. Hillary Li
Justice Action Center
PO Box 27280
Los Angeles, CA 90027
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/16/2017 |
| **BAR NUMBER:** | 898375 |
| **TODAY'S DATE:** | 03/26/2025 |

The prerequisites for practicing law in the State of Georgia are as follows:

  - Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
  - Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
  - Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*[signature]*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435