AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-8454

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Customs and Border Protection, Office of Chief Counsel

was received by me on *(date)*      10/8/2025                     .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Service was completed by sending a copy of the documents listed herein to U.S. Customs and Border Protection, Office of Chief Counsel, 1300 Pennsylvania Avenue, Suite 4.4-B, Washington, DC 20229 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885016108210. Service was signed for on 10/10/2025 at 9:40 AM by R. King, Proof of Delivery Attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00       .

I declare under penalty of perjury that this information is true.

Date:     10/29/2025                                    *Carrie Hollingshed*
                                                        *Server's signature*

                                          Carrie Hollingshed, Private Process Server
                                                        *Printed name and title*

                                          7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
                                                        *Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Global Nurse Force, et al.

      **Plaintiffs**

                           **vs.**                     Case No.: 4:25-cv-08454-HSG

Donald J. Trump, in his official capacity as President of the
United States, et al.

      **Defendants**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons with Attachments #1 & 2, and Complaint for Declaratory and Injunctive Relief (Administrative Procedure Act Case)

SERVE TO: U.S. Customs and Border Protection, Office of Chief Counsel

SERVICE ADDRESS: 1300 Pennsylvania Avenue, Suite 4.4-B, Washington, DC 20229

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to U.S. Customs and Border Protection, Office of Chief Counsel, 1300 Pennsylvania Avenue, Suite 4.4 B, Washington, DC 20229 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885016108210. Service was signed for on 10/10/2025 at 9:40 AM by R. King, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 10/29/2025

                                       Carrie Hollingshed

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667 0050

Client Ref Number: Global Nurse Force, et al. v. Trump
Job #:14326607



October 29, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885016108210

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | R.King | Delivery Location: | 1100 Hampton BLVD |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | Washington, DC, 20229 |
| | | Delivery date: | Oct 10, 2025 09:40 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 885016108210 | Ship Date: | Oct 9, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
U.S. Customs and Border Protection,
1300 Pennsylvania Avenue
Suite 4.4-B
WASHINGTON, DC, US, 20229

Shipper:
Capitol Process Services, Inc.,
7500 Greenway Center Drive
Suite 420
Greenbelt, MD, US, 20770

Reference                    14326607



R. KING
#1, 09:54, 100 Del, 0 NonDel

Thank you for choosing FedEx