AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-8454

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pam Bondi, U.S. Attorney General

was received by me on *(date)* 10/8/2025 .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Service was completed by sending a copy of the documents listed herein to Pam Bondi, U.S. Attorney General, U.S. Department of Justice, Justice Management Division, 950 Pennsylvania Avenue, NW, Room 1111, Washington, DC 20530 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885017282540. Service was signed for on 10/10/2025 at 9:18 AM by A. Owens, Proof of Delivery Attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/31/2025

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
Server's address

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Global Nurse Force, et al.
                    **Plaintiffs**

                                        vs.                    Case No.: 4:25-cv-08454-HSG

Donald J. Trump, in his official capacity as President of the
United States, et al.
                    **Defendants**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons with Attachments #1 & 2, and Complaint for Declaratory and Injunctive Relief (Administrative Procedure Act Case)

SERVE TO: Pam Bondi, U.S. Attorney General

SERVICE ADDRESS: U.S. Department of Justice, Justice Management Division, 950 Pennsylvania Avenue, NW, Room 1111, Washington, DC 20530

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Pam Bondi, U.S. Attorney General, U.S. Department of Justice, Justice Management Division, 950 Pennsylvania Avenue, NW, Room 1111, Washington, DC 20530 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885017282540. Service was signed for on 10/10/2025 at 9:18 AM by A. Owens, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 10/31/2025

                                                        Carrie Hollingshed

                                                        Capitol Process Services, Inc.
                                                        7500 Greenway Center Drive, Suite 420
                                                        Greenbelt, Maryland 20770
                                                        (202) 667-0050

                                                        Client Ref Number: Global Nurse Force, et al. v. Trump
                                                        Job #:14326710

**FedEx**

October 31, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885017282540

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | FedEx Location |
| Signed for by: | A. OWENS | Delivery Location: | 1501 ECKINGTON PLACE NORTHEAST |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | WASHINGTON, DC, 20002 |
| | | Delivery date: | Oct 10, 2025 09:18 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 885017282540 | Ship Date: | Oct 9, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

**Recipient:**
Pam Bondi, U.S. Attorney General
950 Pennsylvania Avenue, NW
WASHINGTON, DC, US, 20530

**Shipper:**
Capitol Process Services, Inc.,
7500 Greenway Center Drive
Suite 420
Greenbelt, MD, US, 20770

Reference        14326710



Thank you for choosing FedEx