AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-8454

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Customs and Border Protection

was received by me on *(date)* 10/8/2025 .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Service was completed by sending a copy of the documents listed herein to U.S. Customs and Border Protection, 1300 Pennsylvania Avenue, Suite 4.4-B, Washington, DC 20229 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885016108210. Service was signed for on 10/10/2025 at 9:40 AM by R. King, Proof of Delivery Attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/06/2025

*Carrie Hollingshed*
*Server's signature*

Carrie Hollingshed, Private Process Server
*Printed name and title*

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
*Server's address*

Additional information regarding attempted service, etc:

*UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA*

---

*Global Nurse Force, et al.*

          *Plaintiffs*

                    *vs.*                   Case No.: 4:25-cv-08454-HSG

*Donald J. Trump, in his official capacity as President of the United States, et al.*

          *Defendants*

---

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons with Attachments #1 & 2, and Complaint for Declaratory and Injunctive Relief (Administrative Procedure Act Case)

SERVE TO: U.S. Customs and Border Protection

SERVICE ADDRESS: 1300 Pennsylvania Avenue, Suite 4.4-B, Washington, DC 20229

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to U.S. Customs and Border Protection, 1300 Pennsylvania Avenue, Suite 4.4-B, Washington, DC 20229 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885016108210. Service was signed for on 10/10/2025 at 9:40 AM by R. King, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 11/06/2025

 

                                      *Carrie Hollingshed*

                                      *Capitol Process Services, Inc.*
                                  *7500 Greenway Center Drive, Suite 420*
                                        *Greenbelt, Maryland 20770*
                                          *(202) 667-0050*

                      *Client Ref Number: Global Nurse Force, et al. v. Trump*
                                      *Job #:14326607*

October 29, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885016108210

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | R.King | **Delivery Location:** | 1100 Hampton BLVD |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | Washington, DC, 20229 |
| | | **Delivery date:** | Oct 10, 2025 09:40 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 885016108210 | **Ship Date:** | Oct 9, 2025 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
U.S. Customs and Border Protection,
1300 Pennsylvania Avenue
Suite 4.4-B
WASHINGTON, DC, US, 20229

**Shipper:**
Capitol Process Services, Inc.,
7500 Greenway Center Drive
Suite 420
Greenbelt, MD, US, 20770

**Reference**         14326607



Thank you for choosing FedEx