AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-8454

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Homeland Security

was received by me on *(date)*  10/27/2025  .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Service was completed by sending a copy of the documents listed herein to U.S. Department of Homeland Security, 2707 Martin Luther King Jr Avenue, SE, MS 0485, Washington, DC 20528-0485 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885015181044. Service was signed for on 10/10/2025 at 9:40 AM by R. King, Proof of Delivery Attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/06/2025

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
Server's address

Additional information regarding attempted service, etc:

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Global Nurse Force, et al.*
             *Plaintiff(s)*

                                                    *VS.*                    Case No:4:25-cv-08454-HSG

*Donald J. Trump, in his official capacity as President of the United States, et al.*
             *Defendant(s)*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons with Attachments #1 & 2, and Complaint for Declaratory and Injunctive Relief (Administrative Procedure Act Case)

SERVE TO: U.S. Department of Homeland Security

SERVICE ADDRESS: 2707 Martin Luther King Jr Avenue, SE, MS 0485, Washington, DC 20528-0485

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to U.S. Department of Homeland Security, 2707 Martin Luther King Jr Avenue, SE, MS 0485, Washington, DC 20528-0485 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885015181044. Service was signed for on 10/10/2025 at 9:40 AM by R. King, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 11/06/2025

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: Global Nurse Force, et al. v. Trump*
*Job #:14326536*

October 29, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885015181044

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | R.King | Delivery Location: | 1100 Hampton BLVD |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | WASHINGTON, DC, 20528 |
| | | Delivery date: | Oct 10, 2025 09:40 |

---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 885015181044 | Ship Date: | Oct 9, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

| Recipient: | Shipper: |
|---|---|
| U.S. Dept. of Homeland Security, Office of the President | Capitol Process Services, Inc., |
| 2707 Martin Luther King Jr Ave, SE | 7500 Greenway Center Drive |
| MS 0485 | Suite 420 |
| WASHINGTON, DC, US, 20528 | Greenbelt, MD, US, 20770 |

Reference                    14326536



R. KING
#1, 09:54, 100 Del, 0 NonDel

Thank you for choosing FedEx