AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-8454

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kristi Noem, in her official capacity as Secretary of Homeland Security, United States Department of Homeland Security, Office of the General Counsel

was received by me on *(date)*      10/8/2025      .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Service was completed by sending a copy of the documents listed herein to Kristi Noem, in her official capacity as Secretary of Homeland Security, United States Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Avenue, SE, MS 0485, Washington, DC 20528-0485 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885015478220. Service was signed for on 10/10/2025 at 9:40 AM by R. King, Proof of Delivery Attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      10/29/2025

*Carrie Hollingshed*
_____
Server's signature

Carrie Hollingshed, Private Process Server
_____
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
_____
Server's address

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Global Nurse Force, et al.
                    **Plaintiffs**

                                        vs.                    Case No.: 4:25-cv-08454-HSG

Donald J. Trump, in his official capacity as President of the
United States, et al.
                    **Defendants**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons with Attachments #1 & 2, and Complaint for Declaratory and Injunctive Relief (Administrative Procedure Act Case)

SERVE TO: Kristi Noem, in her official capacity as Secretary of Homeland Security, United States Department of Homeland Security, Office of the General Counsel

SERVICE ADDRESS: 2707 Martin Luther King Jr Avenue, SE, MS 0485, Washington, DC 20528 0485

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Kristi Noem, in her official capacity as Secretary of Homeland Security, United States Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Avenue, SE, MS 0485, Washington, DC 20528 0485 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885015478220. Service was signed for on 10/10/2025 at 9:40 AM by R. King, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 10/29/2025

_____
                    Carrie Hollingshed

                    Capitol Process Services, Inc.
                    7500 Greenway Center Drive, Suite 420
                    Greenbelt, Maryland 20770
                    (202) 667-0050

                    Client Ref Number: Global Nurse Force, et al. v. Trump
                    Job #:14326556

**FedEx**

October 29, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885015478220

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | R.King | Delivery Location: | 1100 Hampton BLVD |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | WASHINGTON, DC, 20528 |
| | | Delivery date: | Oct 10, 2025 09:40 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 885015478220 | Ship Date: | Oct 9, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
Kristi Noem, U.S. Dept. of Homeland Security
2707 Martin Luther King Jr Ave, SE
MS 0485
WASHINGTON, DC, US, 20528

Shipper:
Capitol Process Services, Inc.,
7500 Greenway Center Drive
Suite 420
Greenbelt, MD, US, 20770

Reference                14326556



R. KING
#1, 09:54, 100 Del, 0 NonDel

Thank you for choosing FedEx