AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-8454

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rodney Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection, Office of Chief Counsel

was received by me on *(date)*     10/8/2025     .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Service was completed by sending a copy of the documents listed herein to Rodney Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection, Office of Chief Counsel, 1300 Pennsylvania Avenue, Suite 4.4-B, Washington, DC 20229 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885016451804. Service was signed for on 10/10/2025 at 9:40 AM by R. King, Proof of Delivery Attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     10/30/2025

*Carrie Hollingshed*
_____
*Server's signature*

Carrie Hollingshed, Private Process Server
_____
*Printed name and title*

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
_____
*Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Global Nurse Force, et al.
### Plaintiffs

vs.                                              Case No.: 4:25-cv-08454-HSG

Donald J. Trump, in his official capacity as President of the
United States, et al.
### Defendants

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons with Attachments #1 & 2, and Complaint for Declaratory and Injunctive Relief (Administrative Procedure Act Case)

SERVE TO: Rodney Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection, Office of Chief Counsel

SERVICE ADDRESS: 1300 Pennsylvania Avenue, Suite 4.4-B, Washington, DC 20229

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Rodney Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection, Office of Chief Counsel, 1300 Pennsylvania Avenue, Suite 4.4 B, Washington, DC 20229 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885016451804. Service was signed for on 10/10/2025 at 9:40 AM by R. King, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 10/30/2025

Carrie Hollingshed

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667 0050

Client Ref Number: Global Nurse Force, et al. v. Trump
Job #:14326617

**FedEx**

October 30, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885016451804

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | R.King | Delivery Location: | 1100 Hampton BLVD |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | Washington, DC, 20229 |
| | | Delivery date: | Oct 10, 2025 09:40 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 885016451804 | Ship Date: | Oct 9, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
Rodney Scott, U.S. Customs and Border Protection
1300 Pennsylvania Avenue
Suite 4.4-B
WASHINGTON, DC, US, 20229

Shipper:
Capitol Process Services, Inc.,
7500 Greenway Center Drive
Suite 420
Greenbelt, MD, US, 20770

Reference                    14326617



R. KING
#1, 09:54, 100 Del, 0 NonDel

Thank you for choosing FedEx