AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-8454

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of State c/o The Executive Office, Office of the Legal Adviser

was received by me on *(date)*     10/8/2025     .

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Service was completed by sending a copy of the documents listed herein to U.S. Department of State c/o The Executive Office, Office of the Legal Adviser, 600 19th Street, NW, Suite 5.600, Washington, DC 20522 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885016318916. Service was signed for on 10/10/2025 at 9:57 AM by D. Johnson, Proof of Delivery Attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     10/30/2025

*Carrie Hollingshed*

*Server's signature*

Carrie Hollingshed, Private Process Server

*Printed name and title*

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770

*Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Global Nurse Force, et al.

    **Plaintiffs**

                                *vs.*                  Case No.: 4:25-cv-08454-HSG

Donald J. Trump, in his official capacity as President of the
United States, et al.

    **Defendants**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons with Attachments #1 & 2, and Complaint for Declaratory and Injunctive Relief (Administrative Procedure Act Case)

SERVE TO: U.S. Department of State c/o The Executive Office, Office of the Legal Adviser

SERVICE ADDRESS: 600 19th Street, NW, Suite 5.600, Washington, DC 20522

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to U.S. Department of State c/o The Executive Office, Office of the Legal Adviser, 600 19th Street, NW, Suite 5.600, Washington, DC 20522 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885016318916. Service was signed for on 10/10/2025 at 9:57 AM by D. Johnson, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>10/30/2025</u>

_Carrie Hollingshed_

Carrie Hollingshed

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667 0050

Client Ref Number: Global Nurse Force, et al. v. Trump
Job #:14326636

October 30, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885016318916

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | In bond/cage |
| Signed for by: | D.JOHNSON | Delivery Location: | 44132 MERCURE CIR |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | Washington, DC, 20522 |
| | | Delivery date: | Oct 10, 2025 09:57 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 885016318916 | Ship Date: | Oct 9, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
U.S. Department of State,
600 19th Street, NW
Suite 5.600
WASHINGTON, DC, US, 20522

Shipper:
Capitol Process Services, Inc.,
7500 Greenway Center Drive
Suite 420
Greenbelt, MD, US, 20770

Reference                14326636



Thank you for choosing FedEx