AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-8454

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney's Office for the Northern District of California c/o Civil Process Clerk

was received by me on *(date)*    10/8/2025    .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Service was completed by sending a copy of the documents listed herein to United States Attorney's Office for the Northern District of California c/o Civil Process Clerk, 450 Golden Gate Avenue, San Francisco, California 94102-3495 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885017069076. Service was signed for on 10/10/2025 at 11:08 AM by J. James, Proof of Delivery Attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    10/31/2025

*Carrie Hollingshed*
*Server's signature*

Carrie Hollingshed, Private Process Server
*Printed name and title*

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
*Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Global Nurse Force, et al.
                    **Plaintiffs**

                                            vs.                          Case No.: 4:25-cv-08454-HSG

Donald J. Trump, in his official capacity as President of the
United States, et al.
                    **Defendants**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons with Attachments #1 & 2, and Complaint for Declaratory and Injunctive Relief (Administrative Procedure Act Case)

SERVE TO: United States Attorney's Office for the Northern District of California c/o Civil Process Clerk

SERVICE ADDRESS: 450 Golden Gate Avenue, San Francisco, California 94102-3495

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to United States Attorney's Office for the Northern District of California c/o Civil Process Clerk, 450 Golden Gate Avenue, San Francisco, California 94102 3495 on 10/09/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885017069076. Service was signed for on 10/10/2025 at 11:08 AM by J. James, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 10/31/2025

                                                            Carrie Hollingshed

                                                            Capitol Process Services, Inc.
                                                            7500 Greenway Center Drive, Suite 420
                                                            Greenbelt, Maryland 20770
                                                            (202) 667 0050

                                                            Client Ref Number: Global Nurse Force, et al. v. Trump
                                                            Job #:14326683

**FedEx**

October 31, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885017069076

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | J.James | Delivery Location: | 450 GOLDEN GATE AVEFI 14 |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | San Francisco, CA, 94102 |
| | | Delivery date: | Oct 10, 2025 11:08 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 885017069076 | Ship Date: | Oct 9, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

**Recipient:**
United States Attorney's Office, Northern District of California
450 Golden Gate Avenue
SAN FRANCISCO, CA, US, 94102

**Shipper:**
Capitol Process Services, Inc.,
7500 Greenway Center Drive
Suite 420
Greenbelt, MD, US, 20770

Reference                     14326683



J. JAMES
#20, 11:09, 3 Del, 0 NonDel

Thank you for choosing FedEx