Cynthia Liao (CA Bar No. 301818)*
Johanna N. Hickman (D.C. Bar No. 981770)*
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*

* *Admitted pro hac vice*

[Additional co-counsel on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>  Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**DECLARATION OF CYNTHIA LIAO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm: 2, 4th Floor<br>Date: N/A - Movant did not notice hearing<br>Time: N/A - Movant did not notice hearing |

# DECLARATION OF CYNTHIA LIAO

I, Cynthia Liao, hereby declare as follows:

1. I am an attorney at Democracy Forward Foundation and counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Opposition to Motion to Intervene. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the September 24, 2025 article, entitled "Where H-1B visa holders are from, who hires them and what they earn," written by Maham Javaid and Adrián Blanco Ramos and published by the Washington Post, which is available at and has been downloaded from this link: https://www.washingtonpost.com/world/2025/09/24/h1b-countries-india-employers-sectors-companies-workers-map/.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Form G-1055, Fee Schedule, United States Citizenship and Immigration Services (USCIS), listing the fee for H-1B registration, available at and downloaded from this link: https://www.uscis.gov/g-1055?form=h-1b_reg.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Form G-1055, Fee Schedule, USCIS, listing the fees for filing Form I-129, Petition for a Nonimmigrant Worker – H-1B and H-1B1 Petitions, available at and downloaded from this link: https://www.uscis.gov/g-1055?form=i-129_h-1b.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the September 20, 2025 memorandum from Joseph B. Edlow, Director, USCIS, subject line "Proclamation, Restriction on Entry of Certain Nonimmigrant Workers, H-1B," available at and downloaded from this link: https://www.uscis.gov/sites/default/files/document/memos/H1B_Proc_Memo_FINAL.pdf.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the September 20, 2025 memorandum from Matthew S. Davies, Executive Director, Admissibility and Passenger Programs, Office of Field Operations, United States Customs and Border Protection, subject line "Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers [H-1B]*," available at and downloaded from this link: https://www.cbp.gov/sites/default/files/2025-09/2025_09_20_-_memo_-_h1b_restriction_on_entry_1_redacted.pdf.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the September 21, 2025

1  guidance from USCIS, entitled "H-1B FAQ," available at and downloaded from this link:
2  https://www.uscis.gov/newsroom/alerts/h-1b-faq.
3       8.      Attached hereto as **Exhibit 7** is a true and correct copy of the September 21, 2025
4  guidance from the State Department, entitled "H-1B FAQ," available at and downloaded from this
5  link: https://www.state.gov/h-1b-faq.
6       9.      Attached hereto as **Exhibit 8** is a true and correct copy of the October 20, 2025
7  guidance from USCIS regarding "Presidential Proclamation on Restriction on Entry of Certain
8  Nonimmigrant Workers," available at and downloaded from this link: https://www.uscis.gov/working-
9  in-the-united-states/h-1b-specialty-occupations.
10      10.     Attached hereto as **Exhibit 9** is a true and correct copy of USCIS Policy Manual Vol. 2,
11 Part A, Ch. 4, available at and downloaded from this link: https://www.uscis.gov/policy-
12 manual/volume-2-part-a-chapter-4.
13      11.     Attached hereto as **Exhibit 10** is a true and correct copy of USCIS Policy Manual Vol.
14 1, Part E, Ch. 8, available at and downloaded from this link: https://www.uscis.gov/policy-
15 manual/volume-1-part-e-chapter-8.
16      12.     Attached hereto as **Exhibit 11** is a true and correct copy of the September 19, 2025
17 article, entitled "Trump unveils $100K yearly fee on H-1B visas in clampdown on legal immigration,"
18 written by Cat Zakrzewski, Lauren Kaori Gurley, and David Nakamura and published by the
19 Washington Post, available at and downloaded from this link:
20 https://www.washingtonpost.com/politics/2025/09/19/trump-h1b-visa-fee-immigration/.
21      13.     Attached hereto as **Exhibit 12** is a true and correct copy of *Bugoni v. Google, Inc.*, No.
22 4:20-cv-02883-HSG, Order Screening Compl. (May 14, 2020) (ECF 8), available and downloaded
23 from PACER.
24      14.     Attached hereto as **Exhibit 13** is a true and correct copy of *Bugoni v. Google, Inc.*, No.
25 4:20-cv-02883-HSG, Order Adopting Magistrate Judge's Report and Recommendation to Dismiss
26 Complaint (Jan. 21, 2021) (ECF 16), available and downloaded from PACER.
27
28      I declare under penalty of perjury that that the foregoing is true and correct.

Executed this 21st day of November, 2025 in Washington, D.C.

*/s/ Cynthia Liao*

Cynthia Liao