*Democracy Dies in Darkness*

# Where H-1B visa holders are from, who hires them and what they earn

See how President Donald Trump's $100,000 fee for H-1B visas affects countries, industries, employers and workers.

September 24, 2025

By Maham Javaid and Adrián Blanco Ramos

President Donald Trump's newly announced policy of charging $100,000 for H-1B visas, which allow companies to temporarily hire nonimmigrant foreign workers for certain roles, in cases where employers cannot find those skills in the domestic workforce, came as an abrupt shift for U.S. employers and workers around the world — especially in a few key countries and sectors.

While the new fees and entry restrictions do not apply to current visa holders or those renewing them, and are not set to kick in until the next visa lottery cycle, the policy left companies and workers scrambling.

Here is where the most recent slate of H-1B visa holders originated, along with who employs them across which sectors and how much they earn.

## Where most H-1B visa holders are from

About half a million people in the U.S. hold H-1B visas. India accounted for 71 percent of H-1B visa holders in the 2024 fiscal year, which began in October 2023 and ended in September 2024, according to data from the Department of Homeland Security and U.S. Citizenship and Immigration Services, a DHS agency that administers immigration and naturalization processes. Other countries are set to see a major impact, especially China, which accounted for 11.7 percent of total H-1B visas.

# H-1B visas approved by country in FY 2024



Source: USCIS

In a statement, India's foreign ministry said that "skilled talent mobility and exchanges" have made major contributions to "wealth creation in the United States and India."

## H-1B visas approved by country in FY 2024

| PLACE OF BIRTH | TOTAL NUMBER |
| --- | --- |
| India | 283,755 |
| China | 46,722 |
| Philippines | 5,258 |
| Canada | 4,227 |
| Korea, South | 3,987 |
| Mexico | 3,335 |
| Taiwan | 3,103 |
| Pakistan | 3,055 |
| Brazil | 2,641 |
| Nigeria | 2,275 |
| Nepal | 2,157 |
| United Kingdom | 1,727 |
| Colombia | 1,646 |
| Turkey | 1,432 |
| France | 1,281 |
| Iran | 1,237 |
| Vietnam | 1,213 |
| Bangladesh | 1,173 |
| Spain | 1,043 |
| Germany | 1,030 |

+ Show 186 more

Source: USCIS

# Which industries and companies employ H-1B visa holders?

"Computer-related" occupations made up the bulk of H-1B employment in the 2024 fiscal year. Many of these jobs include systems analysis programming, according to a report released in August by DHS and USCIS.

Tech companies have a deeply entrenched culture of hiring immigrant workers. Uncertainty over the new policy has rattled Silicon Valley, as some companies advised immigrant employees on highly skilled visas not to leave the country.

**H-1B visas approved by field in FY 2024**

A total of 399,395 H-1B visas were approved in FY 2024

| OCCUPATION | NUMBER OF VISAS | PERCENTAGE |
| --- | --- | --- |
| Computer-related | 255,250 | 64% |
| Architecture, Engineering and Surveying | 40,669 | 10% |
| Education | 23,778 | 6% |
| Administrative specializations | 21,669 | 5% |
| Medicine and Health | 16,937 | 4% |
| Math and Physical Sciences | 11,246 | 3% |
| Life Sciences | 7,393 | 2% |
| Managers and officials | 6,622 | 2% |
| Professional, technical and managerial | 4,899 | 1% |
| Social Sciences | 3,385 | 1% |
| Unknown | 2,699 | 1% |
| Law and Jurisprudence | 1,819 | 1% |
| Art | 1,743 | 0% |
| Museum, Library and Archival Sciences | 397 | 0% |
| Miscellaneous | 337 | 0% |
| Writing | 270 | 0% |
| Entertainment and Recreation | 147 | 0% |
| Religion and Theology | 123 | 0% |

Sales and Promotions

12

0%

Source: USCIS

Tech companies and outsourcing firms such as Tata and Cognizant employ the largest share of workers on such visas, but manufacturers, financial institutions and universities also import skilled workers from other countries.

Tech giants Microsoft, Google, Amazon and Meta are among the top employers of workers with H-1B visas. Amazon told employees that active or approved H-1B visas will not be affected by the new policy.

**Top 10 employers of H-1B visa holders as of June 2025**

| Employer | Count |
|---|---|
| Amazon Com Services LLC | 10,044 |
| Tata Consultancy Services Limited | 5,505 |
| Microsoft Corporation | 5,189 |
| Meta Platforms INC | 5,123 |
| Apple INC | 4,202 |
| Google LLC | 4,181 |
| Cognizant Tech Solutions US Corp | 2,493 |
| JPMorgan Chase and Co | 2,440 |
| Wal-Mart Associates INC | 2,390 |
| Deloitte Consulting LLP | 2,353 |

Data as of June 30, 2025

Source: USCIS

# How much do H-1B visa holders make?

The fields with the highest median salaries for H-1B visa holders include law and jurisprudence, but data shows that fewer than 2,000 visas were given out for these jobs in 2024.

The median salary for computer-related occupations, which accounted for the bulk of H-1B visas in 2024, was $101,000 for those who had their visas approved for these jobs for the first time and $135,000 for those who have been working in their fields in the U.S. for longer.

These median salaries highlight the scale of the $100,000 fee — 99 percent of the median salary for new visa holders.

The real median household income in the U.S. was $83,730 in 2024, the U.S. Census Bureau reported in September.

**Income in dollars for workers with H-1B visas approved in FY 2024**

| OCCUPATION | NEW VISAS | MEDIAN INCOME (NEW VISAS) | RENEWED VISAS | MEDIAN INCOME (RENEWED VISAS) |
|---|---|---|---|---|
| Computer-related | 75,428 | $101K | 179,822 | $135K |
| Architecture, Engineering and Surveying | 15,123 | $97K | 25,546 | $126K |
| Education | 13,725 | $68K | 10,053 | $140K |
| Administrative specializations | 9,270 | $94K | 12,399 | $76K |
| Medicine and Health | 8,492 | $80K | 8,445 | $141K |
| Math and Physical Sciences | 4,781 | $104K | 6,465 | $140K |
| Life Sciences | 3,927 | $77K | 3,466 | $100K |
| Managers and officials | 2,589 | $110K | 4,033 | $155K |
| Professional, technical and managerial | 2,345 | $125K | 2,554 | $162K |
| Social Sciences | 1,806 | $97K | 1,579 | $130K |
| Unknown | 1,202 | $82K | 1,497 | $124K |
| Law and Jurisprudence | 946 | $207K | 873 | $230K |
| Art | 813 | $80K | 930 | $112K |
| Museum, Library and Archival Sciences | 197 | $93K | 200 | $145K |
| Miscellaneous | 224 | $53K | 113 | $72K |
| Writing | 145 | $71K | 125 | $92K |
| Entertainment and Recreation | 94 | $64K | 53 | $74K |
| Religion and Theology | 93 | $49K | 30 | $81K |
| Sales and Promotions | 5 | $78K | 7 | $84K |

Source: USCIS

## What readers are saying

The comments reflect a strong sentiment against the H-1B visa program, with many arguing that it depresses wages and displaces American workers. Some commenters support the $100,000 fee, believing it will encourage companies to hire domestically and invest in training American... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.