BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN GIRDHARRY
Acting Deputy Director
Office of Immigration Litigation

DAVID J. BYERLEY
Senior Litigation Counsel

JAIME A. SCOTT
Trial Attorney
DC Bar # 90027182
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-8454-HSG<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(a) and Local Rule 6-3, the Defendants hereby submit this unopposed motion to extend Defendants' time to answer or otherwise respond to the Complaint by 45 days, to be submitted on or before January 29, 2026.

UNOPPOSED MOT. EXT. OF TIME                1                          No. 4:25-cv-8454-HSG

This is the first proposed time modification in this case. Defendants seek this reasonable extension because of the complexity of the issues raised in the Complaint, as well as undersigned counsels' recent assignment to the litigation. Further, Defendants request this reasonable extension because of the holiday season and high workload after funding resumed to the Department in mid-November. Thus, substantial prejudice would come to Defendants if this extension was not granted. Defendants' counsel conferred with Plaintiffs' counsel on this matter, and Plaintiffs do not oppose Defendants' request to extend their responsive pleading deadline to January 29, 2026.[1]

By granting this Motion, Defendants' new deadline would fall on January 29, 2026. A proposed order for the Court's consideration is submitted with this motion.

Dated: December 4, 2025                    Respectfully Submitted,

                                                                BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN GIRDHARRY
Acting Deputy Director
Office of Immigration Litigation

DAVID J. BYERLEY
Senior Litigation Counsel

/s/ Jaime A. Scott
JAIME A. SCOTT (DC Bar # 90027182)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

*Attorneys for Defendants*

---

[1] The Parties are discussing a briefing schedule in relation to the pending pseudonym motion as well as seeking a continuance of the case management conference, but an agreement has not yet been reached as of the time of this motion

UNOPPOSED MOT. EXT. OF TIME            2            No. 4:25-cv-8454-HSG

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jaime A. Scott
JAIME A. SCOTT
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

*Attorney for Defendants*