# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLOBAL NURSE FORCE, *et al.*,

              Plaintiffs,

        v.

DONALD J. TRUMP, President of the United States, *et al.*,

              Defendants.

Case No.  4:25-cv-8454

## [PROPOSED] ORDER

UPON consideration of the Defendants' Unopposed Motion for Extension of Time, it is hereby ordered that the motion is GRANTED. Defendants' response to the Complaint shall be due on or before January 29, 2026.

IT IS SO ORDERED.


Dated: _____

                                        _____
                                        Hon. Haywood S Gilliam, Jr.
                                      United States District Court Judge