UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NURSE FORCE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 25-cv-08454-HSG<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

Notice is hereby given that the Case Management Conference, previously set for January 13, 2026, is continued to February 10, 2026, before Judge Haywood S. Gilliam, Jr., via zoom at 2:00 p.m. The Zoom information and instructions remain the same as previously provided in docket no. 15. Case Management Statement due by February 3rd.

Dated: December 4, 2025

                                              Mark B. Busby
                                              Clerk, United States District Court

                                              By: _____
                                              Nikki D. Riley, Deputy Clerk to the
                                              Honorable HAYWOOD S. GILLIAM, JR.