Cynthia Liao (CA Bar No. 301818)*
Johanna N. Hickman (D.C. Bar No. 981770)*
Elena Goldstein (D.C. Bar No. 90034087)*
Steven Y. Bressler (D.C. Bar No. 482492)**
Jennie L. Kneedler (D.C. Bar No. 500261)**
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
egoldstein@democracyforward.org
sbressler@democracyforward.org
jkneedler@democracyforward.org

*Counsel for Plaintiffs*

\* Admitted *pro hac vice*
\*\* Motion to appear *pro hac vice* forthcoming

[Additional co-counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 4:25-cv-08454-HSG <br><br> **PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION AND REPLY BRIEF** |

Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully move for leave to extend the page limits for Plaintiffs' forthcoming motion for preliminary injunction (or in the alternative, summary judgment), from 25 pages to 45 pages, and to extend page limits for Plaintiffs' reply brief from 15 pages to 25 pages. This request is supported by good cause as follows:

1. Plaintiffs are a coalition of individuals and entities from healthcare, education (K-12 and higher education), and STEM fields, as well as religious organizations. In this lawsuit, Plaintiffs challenge the President's September 19, 2025, Proclamation and various federal agencies' implementation of the Proclamation, which unlawfully imposed a $100,000 fee on employers for each H-1B worker.

2. Over the next few days, Plaintiffs intend to file an amended complaint, including class allegations on behalf of a putative class of employers who are subject to the $100,000 fee. A subset of Plaintiffs also intends to file a motion for preliminary injunction (or in the alternative, summary judgment) and a motion for class certification.

3. Plaintiffs' motion for preliminary injunction will address Plaintiffs' claims that the $100,000 requirement was ultra vires and contrary to law because it conflicts with the Immigration and Naturalization Act provisions that Congress enacted to provide a pathway for American employers to hire skilled non-U.S.-workers in specialty occupations through the H-1B visa program, including provisions that limit filing fees. *See* Immigration and Naturalization Act, 8 U.S.C. § 1101(a)(15)(H)(i)(b). The motion will also address Plaintiffs' claims that the actions taken by agencies to implement the Proclamation are arbitrary and capricious and were done without notice and comment as required by the Administrative Procedure Act. Plaintiffs will also explain how the $100,000 fee is causing present, irreparable harm to them and their communities because employers are unable to hire much-needed doctors, nurses, teachers, and other specialized workers, especially in rural areas where recruiting is more difficult.

4. Plaintiffs are working to present their legal claims and evidence to the Court concisely but anticipate requiring additional pages to adequately present the relevant issues.

5. Plaintiffs' counsel met and conferred with Defendants' counsel regarding this motion. The parties have stipulated that Plaintiffs may file a motion of up to 45 pages, Defendants may file an

opposition of up to 45 pages, and that Plaintiffs may file a reply brief of up to 25 pages. The parties' stipulation is attached.

      6.      Based on the foregoing showing of good cause, the Court should grant Plaintiffs' motion.

Date: December 11, 2025

Respectfully submitted,

*/s/ Karen C. Tumlin*
Karen C. Tumlin (CA Bar No. 234691)
Esther H. Sung (CA Bar No. 255962)
Laura Flores-Perilla (CA Bar No. 355645)
Hillary Li (GA Bar No. 898375)*
Brandon Galli-Graves (TX Bar No. 24132050)*
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

*/s/ Charles H. Kuck*\*\*
GA Bar No. 429940
**KUCK BAXTER LLC**
365 Northridge Rd., Suite 300
Atlanta, GA 30350
404-949-8154
Ckuck@immigration.net

*/s/ Zachary R. New*
Zachary R. New**
Atty. Reg. No. (Colorado): 53992
**JOSEPH & HALL, P.C.**
12203 East Second Ave.
Aurora, CO 80011
(303) 297-9171
zachary@immigrationissues.com

*/s/ Cynthia Liao*
Cynthia Liao (CA Bar No. 301818)*
Johanna N. Hickman (D.C. Bar No. 981770)*
Elena Goldstein (D.C. Bar No. 90034087)*
Steven Y. Bressler (D.C. Bar No. 482492)**
Jennie L. Kneedler (D.C. Bar No. 500261)**
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
egoldstein@democracyforward.org
sbressler@democracyforward.org
jkneedler@democracyforward.org

*/s/ Kalpana Peddibhotla*
Kalpana Peddibhotla (CA Bar No. 200330)
**SOUTH ASIAN AMERICAN JUSTICE COLLABORATIVE (SAAJCO)**
333 W. San Carlos Street, Suite 600
San Jose, CA 95110
(408) 550-9240
kalpana@saajco.org

*/s/ Jesse M. Bless*
JESSE M. BLESS*
MA Bar # 660713
**BLESS LITIGATION LLC**
6 Vineyard Lane
Georgetown MA 01833
781-704-3897
jesse@blesslitigation.com

*/s/ Greg Siskind*
Greg Siskind**
TN Bar No. 14487
**SISKIND SUSSER**
1028 Oakhaven Road

2
PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION AND REPLY BRIEF

Case No. 4:25-cv-08454-HSG

Memphis, TN 38119
(901) 682-6455
gsiskind@visalaw.com

*Counsel for Plaintiffs*

\* Admitted *pro hac vice*
\*\* Motion to appear *pro hac vice* forthcoming

PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED
PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION
AND REPLY BRIEF

Case No. 4:25-cv-08454-HSG