UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**[PROPOSED ORDER] GRANTING ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION AND REPLY BRIEF** |

**[PROPOSED] ORDER**

Good cause having been shown and pursuant to the parties' stipulation, the Court grants Plaintiffs' motion for administrative relief to exceed the page limitation applicable to their motion for preliminary injunction and reply brief. Plaintiffs may file a motion of up to 45 pages. Defendants may file an opposition of up to 45 pages. Plaintiffs may file a reply brief of up to 25 pages.

IT IS SO ORDERED.

Dated: _____, 2025

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge