BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN GIRDHARRY
Acting Deputy Director
Office of Immigration Litigation

JAIME A. SCOTT
Trial Attorney

DAVID J. BYERLEY
Senior Litigation Counsel
DC Bar # 1618599
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 532-4523
Email: david.byerley@usdoj.gov

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GLOBAL NURSE FORCE, *et al.*<br><br>               Plaintiffs,<br><br>          v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>               Defendants. | Case No.  4:25-cv-8454-HSG<br><br>**MOTION FOR LEAVE TO FILE** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(a) and Local Rule 6-3, the Defendants hereby submit this motion for leave to file the Government's opposition to Plaintiffs' motion to proceed pseudonymously (ECF #4).  The document for which leave to file is sought is appended to this motion as an attachment.

MOTION FOR LEAVE TO FILE                    1                           No. 3:25-cv-8454

Defendants seek this reasonable order because the Motion to Proceed Pseudonymously, although filed concurrently with the Complaint, was not served or noticed with the Complaint. Moreover, the Complaint and the Motion were filed just after the onset of the lapse of appropriations between October 1 to November 12, 2025.  Further, undersigned counsel was assigned to this matter last week, and has acted expeditiously to get the Government's memorandum in opposition on file. Consequently, the Government requests that the Court consider their opposition to Plaintiffs' pseudonym motion timely filed.  The opposition is filed as an attachment to this motion.

Defendants counsel attempted to obtain Plaintiffs' position on an agreed briefing schedule, or a stipulation to this motion.  Plaintiffs did not offer a position, but instead insisted on a protective order that would largely shield their identities from the agency defendants.  For the reasons stated in the opposition, this tactic is the issue and it is exactly why the Court should scrutinize the pseudonym motion. As such, no agreement was made on this administrative motion.

Dated: December 12, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN GIRDHARRY
Acting Deputy Director
Office of Immigration Litigation

JAIME A. SCOTT
Trial Attorney

*/s/ David J. Byerley*
DAVID J. BYERLEY
Senior Litigation Counsel
DC Bar # 1618599
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 532-4523
Email: david.byerley@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ David J. Byerley*
DAVID J. BYERLEY
Senior Litigation Counsel

*Attorney for Defendants*