UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLOBAL NURSE FORCE, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, President of the United States, *et al.*,

    Defendants.

Case No. 4:25-cv-8454

**[PROPOSED] ORDER**

UPON consideration of the Defendants' Motion for Leave to File an opposition to Plaintiffs' motion to proceed pseudonymously, it is hereby ordered that the motion is GRANTED.

IT IS SO ORDERED.

Dated: _____

                                                                Hon. Haywood S Gilliam, Jr.
                                                              United States District Court Judge