1  Karen C. Tumlin (CA Bar No. 234691)
2  Esther H. Sung (CA Bar No. 255962)
   Laura Flores-Perilla (CA Bar No. 355645)
3  Hillary Li (GA Bar No. 898375)*
   Brandon Galli-Graves (TX Bar No. 24132050)*
4  Emily Satifka (NJ Bar No. 330452020)*
   **JUSTICE ACTION CENTER**
5  P.O. Box 27280
   Los Angeles, CA 90027
6  (323) 450-7272
7  karen.tumlin@justiceactioncenter.org
   esther.sung@justiceactioncenter.org
8  laura.flores-perilla@justiceactioncenter.org
   hillary.li@justiceactioncenter.org
9  brandon.galli-graves@justiceactioncenter.org
10 emily.satifka@justiceactioncenter.org

11 *Counsel for Plaintiffs*

12 * *Admitted pro hac vice*

13 [Additional co-counsel on signature page]
14

15
                   **UNITED STATES DISTRICT COURT**
16                 **NORTHERN DISTRICT OF CALIFORNIA**

17

18   GLOBAL NURSE FORCE, *et al.*,
                                                **Case No.** 4:25-cv-08454-HSG
19        *Plaintiffs*,

20              v.

21   DONALD J. TRUMP, *et al.*,
                                        **Plaintiffs' Response to Defendants'**
22        *Defendants*.                 **Motion for Leave to File Opposition**

23

24

25

26

27

28

                                        1

1    Plaintiffs take no position on Defendants' Motion for Leave to File.

2

3    However, Plaintiffs file this brief response to correct a mischaracterization of discussions

4 between counsel. Defendants claim that "Plaintiffs did not offer a position but instead insisted on

5 a protective order that would largely shield their identities from agency defendants."

6

7    When Defendants' counsel asked for Plaintiffs' position on Defendants' Motion for Leave

8 to File, Plaintiffs' counsel responded promptly to inquire whether Defendants would be amenable

9 to discussing a protective order that could resolve the issues underlying Defendants' opposition

10

11 and obviate the need for motions practice by allowing a limited disclosure of the pseudonymous

12 Plaintiffs' identities to the Court, Defendants, and their counsel.

13

14    In reply, Defendants' counsel merely expressed their intent to move forward with filing

15 their motion for leave and did so shortly thereafter.

16

17    Plaintiffs' counsel have continued seeking to meet and confer with Defendants' counsel

18 concerning a reasonable protective order to meet all parties' needs.

19

20    Plaintiffs reserve their right to file a reply in support of their Motion to Proceed Under

21 Pseudonym (ECF No. 4) in accordance with the Local Rules.

22

23

24
    Date: December 15, 2025                    Respectfully submitted,
25

26  /s/ Karen C. Tumlin                        /s/ Cynthia Liao
    Karen C. Tumlin (CA Bar No. 234691)        Cynthia Liao (CA Bar No. 301818)*
27  Esther H. Sung (CA Bar No. 255962)         Johanna N. Hickman (D.C. Bar No. 981770)*
    Laura Flores-Perilla (CA Bar No. 355645)   Jennie Kneedler (D.C. Bar No. 500261)*
28  Hillary Li (GA Bar No. 898375)*            Steven Y. Bressler (D.C. Bar No. 482492)**

Brandon Galli-Graves (TX Bar No. 24132050)*
Emily Satifka (NJ Bar No. 330452020)*
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org
emily.satifka@justiceactioncenter.org

*/s/ Charles H. Kuck*\*
GA Bar No. 429940
**KUCK BAXTER LLC**
365 Northridge Rd., Suite 300
Atlanta, GA 30350
404-949-8154
Ckuck@immigration.net

*/s/ Zachary R. New*
Zachary R. New**
Atty. Reg. No. (Colorado): 53992
**JOSEPH & HALL, P.C.**
12203 East Second Ave.
Aurora, CO 80011
(303) 297-9171
zachary@immigrationissues.com

Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
egoldstein@democracyforward.org

*/s/ Kalpana Peddibhotla*
Kalpana Peddibhotla (CA Bar No. 200330)
**SOUTH ASIAN AMERICAN JUSTICE COLLABORATIVE (SAAJCO)**
333 W. San Carlos Street, Suite 600
San Jose, CA 95110
(408) 550-9240
kalpana@saajco.org

*/s/ Jesse M. Bless*
JESSE M. BLESS*
MA Bar # 660713
**BLESS LITIGATION LLC**
6 Vineyard Lane
Georgetown MA 01833
781-704-3897
jesse@blesslitigation.com

*/s/ Greg Siskind*
Greg Siskind**
TN Bar No. 14487
**SISKIND SUSSER**
1028 Oakhaven Road
Memphis, TN 38119
(901) 682-6455
gsiskind@visalaw.com
*Counsel for Plaintiffs*

\* Admitted *pro hac vice*
\*\* Motion to appear *pro hac vice* forthcoming