UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-8454 |

### [PROPOSED] ORDER

UPON consideration of the Defendants' Motion for Leave to File an opposition to Plaintiffs' motion to proceed pseudonymously, it is hereby ordered that the motion is GRANTED.

IT IS SO ORDERED.

Dated: _____  _____
                                                                                      Hon. Haywood S Gilliam, Jr.
                                                                                      United States District Court Judge