

Lawyers Serving the Public and the Justice System

Mr. Charles Herman Kuck
Kuck Baxter Immigration LLC
365 Northridge Road Suite 300
Atlanta, GA 30350
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/22/1994 |
| **BAR NUMBER:** | 429940 |
| **TODAY'S DATE:** | 12/16/2025 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*[signature]*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435