Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)**
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*

\* Admitted *pro hac vice*
\*\* Motion to appear *pro hac vice* pending

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**EXHIBIT LIST - PLAINTIFFS NEPHROLOGY ASSOCIATES OF THE CAROLINAS, PA, BAE INDUSTRIES, LOWER BRULE DAY SCHOOL, GLOBAL VILLAGE ACADEMY COLLABORATIVE, GLOBAL NURSE FORCE, AND PHOENIX DOE'S MOTION FOR PRELIMARY INJUNCTION** |

**EXHIBIT LIST TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**Declarations and exhibits concurrently filed with this motion**

| Document |
| --- |
| Declaration of Dattie Michaelle Waters (Nephrology Associates of the Carolinas) |
| Declaration of Melynn Zylka (BAE Industries) |
| Declaration of Lance Witte (Lower Brule Day School) |
| Exhibit A to Witte Decl. – Lower Brule Sioux Tribal Council Resolution No. 2026-006 |
| Declaration of Michael Henderson (Global Village Academy Collaborative) |
| Declaration of Lalit Pattanaik (Global Nurse Force) |
| Declaration of Phoenix Doe |
| Declaration of Sarah K. Peterson (International Medical Graduate Taskforce) |
| Declaration of Cynthia Liao |
| Exhibit 1 to Liao Decl. - USCIS, *H-1B Electronic Registration Process* |
| Exhibit 2 to Liao Decl. – Madeleine Ngo, Lauren Hirsch & Pranav Baskar, *Trump's $100,000 Visa Fee Spurs Confusion and Chaos*, N.Y. Times (Sept. 22, 2025) |
| Exhibit 3 to Liao Decl. – Emma Rossiter & Ishadrita Lahiri, *I spent $8,000 to get back to US after fears over Trump visa deadline*, BBC (Sept. 21, 2025) |
| Exhibit 4 to Liao Decl. – Aditya Soni & Echo Wang, *'Fast and furious': H-1B workers abroad race to US as Trump order sparks dismay, confusion*, Reuters (Sept. 21, 2025) |
| Exhibit 5 to Liao Decl. – Health Resources and Services Administration, *What Is Shortage Designation?* |
| Exhibit 6 to Liao Decl. – Declaration of Jerome Jackson, a U.S. Treasury official, in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Dec. 5, 2025) (ECF 36-2) |
| Exhibit 7 to Liao Decl. – Administrative Record filed by the Department of State in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Dec. 5, 2025) (ECF 45-1) |
| Exhibit 8 to Liao Decl. – Administrative Record filed by U.S. Customs and Border Protection in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Dec. 5, 2025) (ECF 45-2) |
| Exhibit 9 to Liao Decl. – Administrative Record filed by USCIS in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Dec. 5, 2025) (ECF 45-3) |
| Exhibit 10 to Liao Decl. – Docket Report in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (downloaded Dec. 13, 2025) |

| |
|---|
| Exhibit 11 to Liao Decl. – USCIS, *Characteristics of H-1B Specialty Occupation Workers: Fiscal Year 2024 Annual Report to Congress, October 1, 2023 – September 30, 2024* (Apr. 29, 2025) |
| Exhibit 12 to Liao Decl. – USCIS, *Characteristics of H-1B Specialty Occupation Workers: Fiscal Year 2023 Annual Report to Congress, October 1, 2022 – September 30, 2023* (Mar. 6, 2024) |
| Exhibit 13 to Liao Decl. – USCIS, *Characteristics of H-1B Specialty Occupation Workers: Fiscal Year 2022 Annual Report to Congress, October 1, 2021 – September 30, 2022* (Mar. 13, 2023) |
| Exhibit 14 to Liao Decl. – Bureau of Health Workforce, Health Resources & Servs. Admin., HHS, *Physician Workforce: Projections, 2022-2037* (2024) |
| Exhibit 15 to Liao Decl. – Liz Mineo, *How Immigrant Doctors Fill Critical Gap in U.S. Healthcare System*, The Harvard Gazette (Nov. 20, 2025) |
| Exhibit 16 to Liao Decl. – Srikrishna Malayala, et al., *Medically Underserved Areas and International Medical Graduates (IMGs) in the United States: Challenges During the Covid-19 Era*, 11 J. Cmty. Hosp. Internal Med. Perspectives 457, 458 (2021) |
| Exhibit 17 to Liao Decl. – Isaac Yu & Nusaiba Mizan, *Hundreds of Texas teachers are on H-1B visas. Could that change after Trump's new $100k fee?*, Hous. Chron. (Sept. 25, 2025) |
| Exhibit 18 to Liao Decl. – T. Keung Hui & Brian Gordon, *New $100,000 fee for H-1B Visas Could Hurt Teacher Recruitment for NC Schools*, Raleigh News & Observer (Sept. 23, 2025) |
| Exhibit 19 to Liao Decl. – USCIS, Alert, *FY 2026 H-1B Cap Initial Registration Period Opens on March 7* (Feb. 5, 2025) |
| Exhibit 20 to Liao Decl. – USCIS, Alert, *FY 2025 H-1B Registration Period and myUSCIS Organizational Account Reminders* (Feb. 28, 2024) |
| Exhibit 21 to Liao Decl. – USCIS, Alert, *FY 2024 H-1B Cap Initial Registration Period Opens on March 1* (Jan. 27, 2023) |

**Exhibits previously filed on the docket**

| ECF No. | Document |
|---|---|
| 46-2 | Maham Javaid & Adrián Blanco Ramos, *Where H-1B visa holders are from, who hires them and what they earn*, Wash. Post (Sept. 24, 2025) |
| 46-3 | USCIS Form G-1055, Fee Schedule (listing H-1B registration fee) |
| 46-4 | USCIS Form G-1055, Fee Schedule (listing fees for filing Form I-129, Petition for a Nonimmigrant Worker – H-1B and H-1B1 Petitions) |
| 46-5 | Joseph B. Edlow, *Proclamation, Restriction on Entry of Certain Nonimmigrant Workers, H-1B*, USCIS (Sept. 20, 2025) |

| | |
|---|---|
| 46-6 | Matthew S. Davies, *Proclamation, Restriction on Entry of Certain Nonimmigrant Workers [H-1B]*, CBP (Sept. 20, 2025) |
| 46-7 | *H-1B FAQ*, USCIS (Sept. 21, 2025) |
| 46-8 | *H-1B FAQ*, State Dept. (Sept. 21, 2025) |
| 46-9 | *H-1B Specialty Occupations*, USCIS (Oct. 20, 2025) |
| 46-10 | USCIS Policy Manual Vol. 2, Part A, Ch. 4.A |
| 46-11 | USCIS Policy Manual Vol. 1, Part E, Ch. 8.C.2 |
| 46-12 | Cat Zakrzewski, et al., *Trump unveils $100K yearly fee on H-1B visas in clampdown on legal immigration*, Wash. Post (Sept. 19, 2025) |