1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*, | Case No. 4:25-cv-08454-HSG |
| Plaintiffs, | **DECLARATION OF DATTIE MICHAELLE WATERS** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF DATTIE MICHAELLE WATERS

I, Dattie Michaelle Waters, declare as follows:

1. I am the Business Manager of Nephrology Associates of the Carolinas, PA, ("Nephrology Associates"), a medical practice in North Carolina. I am authorized to make this declaration on behalf of Nephrology Associates.

2. I am a Licensed Practical Nurse, Certified Medical Insurance Specialist, Certified Professional Coder, and Certified Professional Medical Auditor. I have been the Business Manager of Nephrology Associates since July 2010.

3. I am over the age of eighteen and am competent to give this declaration. I have personal knowledge of the facts set forth in this declaration in support of Plaintiffs' Motion for Preliminary Injunction, and if called as a witness in this action, I could and would testify competently to these facts.

4. I am aware of the September 19, 2025, Presidential Proclamation that conditioned the adjudication of H-1B petitions and entry of H-1B beneficiaries into the United States on a $100,000 payment. I also am aware of the guidance published by U.S. Citizenship and Immigration Services ("USCIS") on or about October 20, 2025, limiting the application of the fee to certain H-1B petitions.

5. Nephrology Associates is a medical practice incorporated in the state of North Carolina, with a principal place of business in Shelby, North Carolina. Nephrology is the medical specialty that focuses on the study, diagnosis, and treatment of kidney diseases, which is the focus of our practice. We have 19 employees, including three physicians, three nurse practitioners, and other medical, administrative, and support staff, and annual revenue of over $3 million. Nephrology Associates' practitioners provide care at its two office locations, at five dialysis clinics, and at Cleveland County's only hospital, Atrium Health Cleveland, which is part of the Advocate Atrium Health System, the third largest nonprofit hospital system in the nation.

6. Shelby is located in Cleveland County, North Carolina. Cleveland County is a rural community of approximately 100,000 people located in the south-central part of the state. Nephrology Associates' second office is in Rutherfordton, located in neighboring Rutherford County. Rutherford County's population is also rural, with a population of approximately 64,000 people. Both Cleveland and Rutherford counties are designated as Medically Underserved Areas and Health Professional

1  Shortage Areas as defined by the Bureau of Health Workforce within the Health Services and
2  Resource Administration, an agency of the U.S. Department of Health and Human Services.
3  Approximately 75% of Nephrology Associates patients are on Medicare and another 15-20% are
4  uninsured. Nephrology Associates also serves many unhoused patients. The Cleveland County and
5  Rutherford County communities are home to a large population of patients with a high incidence of
6  problems related to the kidneys, high blood pressure or certain types of metabolic disorders. These
7  conditions, while prevalent, are often underdiagnosed or inadequately managed due to limited access
8  to nephrologists.

9      7.  Most patients are not diagnosed with kidney disease until later in life because the
10  likelihood increases significantly with age. The vast majority of Nephrology Associates patients are
11  over the age of 65, which is the most common age group diagnosed with chronic kidney disease.
12  Conditions like diabetes, hypertension, and heart disease affect the kidneys but can take years to cause
13  damage that would require a nephrology appointment. Kidney function also starts to naturally decline
14  after the age of fifty. Kidney disease is classified into five stages based on the level of kidney function,
15  with Stage Five being failure or near-failure of the kidneys. Nephrology Associates' practitioners see
16  patients at all stages of kidney disease. Nephrology Associates' practitioners also serve as the medical
17  directors at five kidney dialysis centers in the area. Finally, Nephrology Associates' practitioners are
18  the only nephrologists who have privileges to provide kidney care at Atrium Health Cleveland, the
19  only hospital in the Cleveland County.

20      8.  When fully staffed, Nephrology Associates' physicians rotate between on-call hospital
21  rounds and clinical rounds at both our Shelby and Rutherfordton offices. Their rotation typically
22  consists of the following type of itinerary: one (1) week per month of on-call rounds in the hospital
23  (Atrium Health Cleveland) including the weekend; two (2) weeks per month of clinic where they see
24  patients in the main office in Shelby; and one (1) week per month where they rotate between the clinics
25  in Shelby (Monday, Thursday and Friday) and in Rutherfordton (Tuesday and Wednesday).

26      9.  Maintaining staffing of nephrologists for two offices, five dialysis centers, and a
27  hospital is complicated and requires the nephrologists to travel between locations on a daily or weekly
28  basis. Patients receiving dialysis in a dialysis center are seen once per week – three times per month by
    a nurse practitioner and one time per month by a doctor. Those patients who do dialysis at home are

1  seen by a doctor once a month at one of the two clinics. Chronic kidney disease patients not on
2  dialysis are seen in the office every one to three months, depending on the severity of their disease.
3  Because Nephrology Associates' nephrologists are the only nephrologists who have privileges at the
4  local hospital, they see hospital patients with a broad range of medical concerns related to their
5  kidneys, such as patients with kidney disease, patients on dialysis, patients with precursor conditions
6  such as uncontrolled hypertension, acidosis, hypo or hypernatremia (sodium), and hypo or
7  hyperkalemia (potassium), and patients who may have experienced kidney trauma as a result of an
8  accident or other incident.

10. On average, 25 to 50 patients are seen in our offices per day, depending on how many doctors are in the office that day. Between November 2024 and November 2025, Nephrology Associates saw approximately 3,000 unique patients. We had 8,050 private office visits during that time, 797 of which were new patients. We already have more than 2,550 patients scheduled for 2026. During the same time period, our providers completed 9,352 visits to patients on dialysis, and 8,215 hospital visits. We currently have a list of approximately 100 patients who are waiting to be seen.

11. Recruiting physicians with the right specialized knowledge and willingness to work in our geographic area has been challenging for Nephrology Associates for many reasons, including that the community is rural. Nephrology Associates has only been able to meet its physician staffing needs through the H-1B program. Our physician staff includes two individuals currently on H-1B visas (a Pakistani national and an Ecuadorian national). In fact, our owner was originally from Bangladesh and required visa sponsorship. Today, he is a U.S. citizen. Nearly all of our physicians have been or are currently on an H-1B visa.

12. In late 2023, we learned that one of our H-1B sponsored physicians intended to leave the practice in the summer of 2024, at the end of her contract. To replace this physician, Nephrology Associates retained a recruiting company. Over the course of nine months of active recruiting, Nephrology Associates received ten applications; eight applicants were foreign nationals requiring visa sponsorship. Only one applicant, an Indian physician completing her nephrology fellowship in the US on a J-1 visa, was qualified for the position and willing to accept its terms. Nephrology Associates offered the prospective employee the position in August 2024.

13. I understand that it is common for foreign national medical graduates on J-1 status to continue practicing in the US through an employer like us willing to sponsor them for an H-1B visa. This involves obtaining a waiver of the general requirement to return to their country for two years by agreeing to work for at least three years in an underserved area like the areas served by Nephrology Associates.

14. In June 2025, Nephrology Associates submitted the application to the North Carolina Office of Rural Health ("NCORH"), the Appalachian Regional Commission ("ARC"), and the Department of State ("DOS") for recommendation and approval of a J-1 waiver for the prospective employee. The prospective employee completed her fellowship in nephrology the same month. Following completion of her J-1 program, she returned to India to see her family and wait for the J-1 waiver and subsequent H-1B visa petition to be approved so that she can attend an interview at a U.S. Consulate to obtain an H-1B visa stamp in her passport and enter the U.S. to fulfill the terms and conditions of her J-1 waiver in H-1B status. The prospective employee is still in India.

15. The prospective employee's expertise will ensure access to timely and accurate diagnostic services for Nephrology Associates' patients, which is crucial for addressing the underserved healthcare needs of the community. In addition to clinical care, she will provide accurate and timely diagnoses, guide treatment decisions, and monitor patient progress. She will collaborate with other healthcare professionals, such as cardiologists, endocrinologists, and oncologists, to manage complex conditions that affect the kidneys, a critical service currently in short supply. Her presence in the community will also foster long-term relationships with local physicians, enhancing collaboration and improving the overall quality of care across the region.

16. Because of the value that the prospective employee's expertise would bring to our community, NCORH, ARC, and DOS approved the J-1 waiver of home residency requirement for the prospective employee. Following the approval of the offered salary and specific working conditions in a Labor Condition Application by the U.S. Department of Labor ("DOL"), Nephrology Associates filed the H-1B petition for the prospective employee, which was receipted by USCIS on September 24, 2025, and simultaneously requested that USCIS approve the I-612 Application to Waive Foreign Residence Requirement (J-1 Waiver), the last step necessary for the H-1B petition to be approved. Nephrology Associates paid an additional $2,805 to request premium processing of the petition, which

typically means that decisions are to be made within 15 business days. Thus, ordinarily a petition filed on September 24, 2025, should have been adjudicated on or around October 15, 2025. However, Nephrology Associates' petition has still not been adjudicated.

17. USCIS approved the I-612 Application to Waive Foreign Residence Requirement (J-1 Waiver) for the prospective employee on October 3, 2025.

18. On October 20, 2025, USCIS published additional guidance regarding the new Proclamation and $100,000 fee, including some guidance on how to apply for a "national interest" exception ("NIE"). On the same day, following publication of the additional guidance, Nephrology Associates submitted a request to USCIS requesting that the Indian physician's H-1B petition be excepted from the recently announced $100,000 fee based on national interest.

19. USCIS issued a Request for Evidence ("RFE") to Nephrology Associates in connection with its H-1B petition on November 3, 2025, stating that because the prospective employee was outside of the U.S. at the time the petition was filed, Nephrology Associates is required to demonstrate that it has either paid the $100,000 fee or received a NIE, before it will resume processing of the case. Nephrology Associates then submitted additional supplementary documentation and evidence to USCIS on November 24, 2025. Nephrology Associates, as a small practice in a rural community serving a low-income population, cannot afford to pay the $100,000 fee for the prospective employee, so it is depending on approval of the NIE request in order to respond to the RFE. However, Nephrology Associates to date has not received a decision on the NIE request that was submitted on October 20, 2025, thereby impeding the practice's ability to respond to the RFE, which has a response deadline of January 29, 2026.

20. It was devastating to the practice to learn about the Proclamation and the $100,000 fee. Without the H-1B program, Nephrology Associates would have been unable to hire any of the practicing nephrologists we currently and recently have had on staff. Now, because of the unanticipated delay in bringing the prospective employee on board, we have had to move patient appointments, delaying critical care for members of our community whose needs will otherwise be unmet. Nephrology Associates currently has a wait for new patients, with approximately 100 people on its waiting list. Without relief from this Court, Nephrology Associates will not be able to bring the prospective employee aboard, will face months or years of additional recruiting, and may never be

able to find a qualified and willing physician to replace the physician it lost. Meanwhile, hundreds of people with kidney disease will experience delays in essential care. The lack of this physician is also negatively impacting Nephrology Associates' revenue.

21. I also am concerned about the practice's ability to hire physicians in the future, if the $100,000 fee remains in place. One of our physicians is on a contract that ends in August of 2026, and another is on a contract that ends in September 2027. If those physicians do not choose to remain with us, or if we are not able to successfully extend their H-1B status for another three years, we will need to find new physicians to fill the vacancies. Based on our recent experience, it is likely that any new physician we would seek to hire and who would be willing to join our practice in rural North Carolina would require H-1B sponsorship.

22. I know that if the Class (as defined in the Complaint) is certified, Nephrology Associates will be representing more than just itself in this case. I have spoken with the lawyers who represent Nephrology Associates in this case about what being a class representative means, and I can confirm that Nephrology Associates is prepared and willing to serve as a representative party on behalf of the putative Class, including providing testimony at deposition and trial, if necessary.

23. Nephrology Associates will strive to provide fair and adequate representation and work directly with Class counsel to obtain the most favorable recovery for the putative Class consistent with good faith and meritorious judgment.

24. Nephrology Associates is unaware of any conflicts of interest with other prospective Class members and will represent the interests of those Class members as it would its own.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 18, 2025



Dattie Michaelle Waters