**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*, | Case No. 4:25-cv-08454-HSG |
| Plaintiffs, | **DECLARATION OF MELYNN ZYLKA** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

1

### DECLARATION OF MELYNN ZYLKA

2 | I, Melynn Zylka, declare as follows:

3 |     1.    I am the Chief Financial Officer of BAE Industries, a privately held automotive parts

4 | manufacturing company headquartered in Auburn Hills, Michigan. Founded in 1970, BAE Industries

5 | specializes in precision metal stamping, assembly, and integrated component manufacturing. I am

6 | authorized to make this declaration on behalf of BAE Industries.

7 |     2.    I am over the age of eighteen and am competent to give this declaration. I have personal

8 | knowledge of the facts set forth in this declaration in support of Plaintiffs' position in this matter, and

9 | if called as a witness in this action, I could and would testify competently to these facts.

10 |     3.    I am aware of the September 19, 2025, Presidential Proclamation that conditioned the

11 | adjudication of H-1B petitions and entry of H-1B beneficiaries into the United States on a $100,000

12 | payment. I am also aware of the guidance published by USCIS on October 20, 2025, limiting the

13 | application of the fee to certain H-1B petitions.

14 |     4.    BAE Industries provides support across the entire manufactured parts production cycle,

15 | from initial concept and prototyping through full-scale production and launch. Its operations include

16 | the manufacture of engineered metal stampings, machined components, and assemblies using

17 | advanced joining methods such as robotic welding, MIG welding, TIG welding, and resistance spot

18 | welding. BAE Industries operates multiple production facilities across Auburn Hills, Warren, and

19 | Fraser in the Metro Detroit region. It plays an important role in the automotive supply chain and

20 | related manufacturing sectors, supplying components that must meet stringent quality, performance,

21 | and regulatory standards.

22 |     5.    BAE has approximately 250 employees. Recruiting has been a challenge for BAE due

23 | to the highly competitive nature of our market in Detroit, often referred to as "Motor City" and

24 | recognized as the center of automobile manufacturing in the United States. As a smaller, privately held

25 | Tier II Company, we supply products to Tier I Companies, like Lear and Adient, which in turn supply

26 | products to Original Equipment Manufacturers ("OEMs") like Ford and General Motors that produce

27 | the final vehicles like cars and trucks. Operating a smaller company in such a competitive market

28 | makes it particularly difficult for us to hire and retain talent. To address these challenges, we

---

DECL. OF MELYNN ZYLKA

1

2   have hired several H-1B beneficiaries, including the one who is the subject of this declaration.

3         6.     BAE first hired this employee in July 2018 while he was in F-1 STEM Optional

4   Practical Training following completion of his master's degree at Wayne State University. BAE filed a

5   Fiscal Year 2020 cap-subject H-1B petition on his behalf, which was approved, and he transitioned

6   into H-1B status on October 1, 2019.

7         7.     This employee works in BAE's Quality Department as a Senior Quality Engineer. The

8   Quality Department is responsible for ensuring compliance with the strict performance and safety

9   requirements that apply to automotive and industrial component manufacturing. He works in the BAE

10   plant that is responsible for manufacturing stampings that are assembled into highly engineered seat

11   mechanisms, which are subject to Fair Motor Vehicle Safety Standards.

12         8.     As he had been a member of the team for several years and was a valued contributor to

13   the company's workforce, BAE initiated the process to sponsor him for employment-based permanent

14   residence. BAE filed an application for Permanent Employment Certification ("PERM") on May 17,

15   2024, after conducting mandatory recruitment and verifying that no qualified U.S. workers were

16   available for the future permanent position of Project Engineer in accordance with Department of

17   Labor ("DOL") regulations. The DOL certified the PERM application on August 13, 2025. BAE then

18   filed the Form I-140 Immigrant Petition for Alien Worker on September 8, 2025, and United States

19   Citizenship and Immigration Services ("USCIS") approved the petition on September 24, 2025.

20         9.     The employee's H-1B status reached the statutory six-year maximum period of stay on

21   October 16, 2025. My understanding is that a person's H-1B status may be extended beyond the six-

22   year limit if that person is the beneficiary of an approved immigrant petition and does not yet have an

23   immigrant visa number available so that they can apply for permanent resident status. After his I-140

24   immigrant petition was approved, BAE prepared to file an H-1B extension petition that would extend

25   the employee's H-1B status beyond the six-year limit. Because the employee is from India, he is not

26   likely to become eligible for a green card for at least ten years.

27

28

DECL. OF MELYNN ZYLKA

10.     As the first step in the H-1B process, BAE submitted a Labor Condition Application (LCA) to the DOL on September 25, 2025. My experience is that an LCA is certified within seven working days. However, the government shut down on October 1. As a result, the DOL did not certify the LCA until November 4, 2025.

11.     Because the LCA remained pending, BAE was unable to file the H-1B extension petition before the employee's H-1B status expired on October 16, 2025. As a result, the employee, who did not want to be out of status, took leave from BAE and reluctantly departed the United States on October 15, 2025. On October 20, 2025, after the employee had returned to India, the government issued guidance stating that individuals who filed H-1B petitions after September 21, 2025, and who required a new H-1B visa, would be subject to the $100,000 fee.

12.     BAE has already invested significant time and money in pursuing an H-1B extension for this critical employee.  However, BAE cannot pay the $100,000 required by the Presidential Proclamation, so we have not filed the H-1B petition for this employee. We need this employee and would file the petition immediately but for the exorbitant $100,000 fee. BAE just unfortunately lost a significant amount of business (20% of sales) due to a customer bringing the work we were manufacturing and selling to them back inside their own facilities to help fill idle capacity in their own plants. We have had to undergo cost-saving measures as a result. Asking BAE to spend $100,000 to rightfully return an employee who has followed all the regulations down to the finite details, following the government shutdown being resolved, is untenable and unaffordable.

13.     When BAE learned of the fee, I was speechless. I cannot understand how, in the process of doing everything right, BAE finds itself subject to a penalty so severe it may make it impossible for BAE to retain its valued employee. At this point, after nearly six years with the company, this employee is a critical member of our Quality Department. Moreover, BAE had planned to promote this employee into a Quality Manager position, which he would assume on January 5, 2026, when the current Quality Manager planned to retire after serving BAE for over a decade. BAE intended to file an amended H-1B petition for this role. The fact that this employee is in India, not Warren, Michigan, at work, means he is missing the final months of the retiring employee's time and will prevent BAE from accomplishing a smooth transition.

14.     Without this employee, BAE is suffering immediate harm. As a Senior Quality Engineer, this employee is responsible for ensuring the metal parts leaving the facility are properly manufactured. Burrs, which are rough, raised edges, spurs, or other imperfections that develop on the surface of metal parts during the stamping process, must be identified and removed before the metal parts are sent to the assembly plant. Failure to detect and remove burrs could cause defects in the latch mechanisms BAE manufactures. Senior Quality Engineers are responsible for quality control and ensuring any errors or defects are caught before the metal parts leave the manufacturing facility for the assembly facility. Senior Quality Engineers are responsible for completing beginning- and end-run analyses to ensure the products are of the same quality throughout. Senior Quality Engineers are also responsible for managing the Production Part Approval Process, which is a standardized quality management system in the automotive industry used to demonstrate to buyers that the manufacturer is capable of consistently producing parts that meet buyer's specifications. Finally, Senior Quality Engineers are responsible for managing rigorous third-party auditing processes, regular recertification processes, and spot audits.

15.     People in internal quality control positions often encounter resistance from other employees who are reluctant to admit errors. This employee is especially valuable to BAE because over the course of the years he has been with BAE, he has built relationships across the company and is well-liked and well-respected by his colleagues. He has built an excellent rapport with the other employees who work at his plant, and they value the role that he plays. The combination of his skill set and his relationships within the company cannot be replaced.

16.     I know that if the Class (as defined in the Complaint) is certified, BAE will be representing more than just itself in this case. I have spoken with the lawyers who represent BAE in this case about what being a class representative means, and I can confirm that BAE is prepared and willing to serve as a representative party on behalf of the putative Class, including providing testimony at deposition and trial, if necessary.

17.     BAE will strive to provide fair and adequate representation and work directly with Class counsel to obtain the most favorable recovery for the prospective Class to the best of our ability.

DECL. OF MELYNN ZYLKA

1    18.    BAE is unaware of any conflicts of interest with other prospective Class members and

2    will represent the interests of those Class members as it would its own.

3    I declare under penalty of perjury under the laws of the United States of America that the

4    foregoing is true and correct.

5

6                                                    Executed on December 17, 2025

7

8                                                    _____

9                                                    Melynn Zylka

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF MELYNN ZYLKA

Case No. 4:25-cv-08454-HSG