1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 4:25-cv-08454-HSG <br><br> **DECLARATION OF LANCE WITTE** |

## DECLARATION OF LANCE WITTE

I, Lance Witte, declare as follows:

1. I am the Superintendent of Lower Brule Day School ("LBDS"). LBDS is a K-12 school serving the Lower Brule Sioux Tribe, with a principal place of business in Lower Brule, South Dakota. I am authorized to make this declaration on behalf of LBDS.

2. I earned a Bachelor's degree and a Master of Arts in Teaching from Northern State University in Aberdeen, South Dakota. I also hold an MBA and an Education Specialist degree in Superintendency from the University of Sioux Falls, South Dakota. I have over 20 years of experience in the education sector. In addition to my role as Superintendent of LBDS, I currently serve as an Associate with the Cambrian Group and have led multiple other school districts through strategic planning processes that have resulted in facility upgrades and other improvements.

3. I am over the age of eighteen and am competent to give this declaration. I have personal knowledge of the facts set forth in this declaration in support of Plaintiffs' Motion for Preliminary Injunction, and if called as a witness in this action, I could and would testify competently to these facts.

4. I am aware of the September 19, 2025, Presidential Proclamation that conditioned the adjudication of H-1B petitions and entry of H-1B beneficiaries into the United States on a $100,000 payment. I also am aware of the guidance published by U.S. Citizenship and Immigration Services on October 20, 2025, limiting the application of the fee to certain H-1B petitions.

5. LBDS is located on the Lower Brule Sioux Reservation ("Reservation"), which covers approximately 400 square miles in rural central South Dakota along the Missouri River. The Reservation is bounded to the east by Lake Sharpe and to the north by Francis Case, which are large reservoirs formed by dams on the Missouri River. There are approximately 3,400 enrolled members of the Lower Brule Sioux Tribe, of whom approximately half live on the Reservation.

6. The Lower Brule Sioux Tribe is part of the Great Sioux Nation, a historic alliance of the Lakota, Dakota, and Nakota peoples of the Northern Plains. In Lakota, the Great Sioux Nation is known as "Oceti Sakowin," or "Seven Council Fires." The Lower Brule Tribal Members are part of the Sicangu band of the Lakota Sioux.

7. The Bureau of Indian Education ("BIE") is an agency within the U.S. Department of the Interior that manages and oversees a system of schools for American Indian and Alaska Native students as defined by U.S. Department of the Interior. There are 183 Bureau-funded elementary and secondary schools, located on 64 reservations in 23 states, serving approximately 40,000 American Indian students. Of these, 55 are operated directly by the BIE, and 128 are tribally-operated under BIE contracts or grants.

8. LBDS was originally known as the Lower Brule Boarding and Day School and was founded in 1895 as part of the federal government's forced assimilation of American Indian children. LBDS was operated by the federal government until 1997 when the Lower Brule Sioux Tribe assumed responsibility for the school. The Tribe manages the school pursuant to a grant with the BIE.

9. LBDS serves approximately 350 K-12 children. The student population is 99% American Indian and 100% of the students qualify for free or reduced-price meals. LBDS is guided by the twelve Wolakota ("Lakota Way") values of the Kul Wicasa Oyate: humility, perseverance, respect, honor, love, sacrifice, truth, compassion, bravery, fortitude, generosity, and wisdom. LBDS prioritizes integrating native language and culture into daily school life.

10. LBDS has had trouble recruiting teachers. I know that there is a nationwide shortage of teachers, and that fewer and fewer people are entering the teaching profession. Our rural location makes recruiting especially challenging. The shortage of teachers is particularly acute in special education.

11. There are 45 teachers at LBDS, ten of whom are on H-1B visas. Four of the ten teach in special education, and they are the only teachers currently teaching in special education at LBDS. Without the H-1B visa program, we would not have an adequate number of certified teachers to teach our students. We are especially grateful for the H-1B visa holders because they provide continuity to LBDS's students and to our community, as their visas last for three years, can be extended to six years, and can be further extended if LBDS starts the employment-based green card process for the H-1B visa holder. LBDS has one teacher who has made the transition from an H-1B visa to a green card. Turnover has a very negative impact on LBDS's students, many of whom are already dealing with instability at home.

12. LBDS will be recruiting at least one new teacher for the 2026-2027 school year. The recruiting season starts in February 2026. While LBDS will hire any qualified candidate, based on our experience in previous years, it is highly likely that the most qualified and available candidates will come from outside the United States and will require H-1B visas. When I found out about the $100,000 fee, I was shocked and very concerned for the future of our school and our students. There is no way LBDS can pay even one $100,000 fee. It is approximately twice a starting teacher's salary. It is not viable or sustainable.

13. Within days of the Proclamation, the Lower Brule Sioux Tribal Council passed Resolution No. 2-26-006, "Resolution to Request Waiver from the Presidential Proclamation Restriction On Entry of Certain Non-immigrant Workers'" ("Resolution"). A true and correct copy of the Resolution is attached to this declaration as Exhibit A. The LBDS uses H-1B visas to hire for hard-to-fill professional positions but lacks sufficient funding to pay the $100,000 fee for the teachers requiring H-1B sponsorship who need a visa in the future. The Resolution therefore calls on the Director of the BIE, Tony Dearman, to advocate for a fee waiver for LBDS and other BIE-Funded Schools.

14. I know that if the Class (as defined in the Amended Complaint) is certified, LBDS will be representing more than just itself in this case. I have spoken with the lawyers who represent LBDS in this case about what being a class representative means, and I can confirm that LBDS is prepared and willing to serve as a representative party on behalf of the putative Class, including providing testimony at deposition and trial, if necessary.

15. LBDS will strive to provide fair and adequate representation and work directly with Class counsel to obtain the most favorable recovery for the putative Class consistent with good faith and meritorious judgment.

16. LBDS is unaware of any conflicts of interest with other prospective Class members and will represent the interests of those Class members as it would its own.

Executed on  12/17/2025 | 11:19 AM PST

*Lance Witte*
Lance Witte