# Exhibit C



Page **1** of **2**

Chairman Boyd Gourneau - Vice Chairman Neil Cody Russell - Secretary/Treasurer Marty Jandreau
Council Members: Kamela Wilson – Joelle Battese – Marlo Langdeau

## Lower Brule Sioux Tribal Council Meeting – October 1, 2025

### RESOLUTION NO. 2026-006

**RESOLUTION TO REQUEST WAIVER FROM THE PRESIDENTIAL PROCLOMATION "RESTRICTION ON ENTRY OF CERTAIN NONIMMIGRANT WORKERS"**

**WHEREAS,** the Lower Brule Sioux Tribe is a federally recognized Indian Tribe organized pursuant to the Indian Reorganization Act of 1934; and

**WHEREAS,** as empowered by the Constitution and Bylaws, Article VI, Section 1, (e) the Tribal Council as authorized by law to safeguard and promote the peace, safety, morals, and general welfare of the Lower Brule Sioux Tribe and to regulate and conduct of trade and the use and disposition of property upon the reservation provided that any ordinance directly affecting nonmembers of the reservation shall be subject to review by the Secretary of the Interior; and

**WHEREAS,** The Lower Brule Tribal Council recognizes that President Trump's Proclamation Restriction on Entry of Certain Nonimmigrant Workers requires a $100,000.00 fee for H-1 visas; and

**WHEREAS,** The Lower Brule Tribal Council understands that Lower Brule Day School uses H-1 Visas as a tool to hire staff for hard to fill professional positions; and

**WHEREAS,** The Lower Brule Tribal Council understands that Lower Brule Day School does not have sufficient funding to pay the $100,000.00 fee for the H-1 visa holders that it expects to need in the future; and

**WHEREAS,** The Lower Brule Tribal Council understands that Lower Brule Day School prefers H-1 visa employees over J-1 visa holders because H-1 visa holders

have the potential of becoming permanent employees for the school and J-1 visa holders are temporary employees; and

**NOW THEREFORE BE RESOLVED,** that the Lower Brule Sioux Tribal Council does hereby request that the Bureau of Indian Education Director, Tony Dearman advocate on behalf of Lower Brule Day School and other BIE Funded Schools to have the $100,000.00 fee included in Presidential Proclamation <u>Restriction on Entry of Certain Nonimmigrant Workers</u> be waived for Lower Brule Day School and that BIE Funded Schools be excluded from any and all fees related to acquiring an employee utilizing the H-1 Visa process.

## CERTIFICATION

The foregoing resolution was duly adopted by the Lower Brule Sioux Tribal Council assembled in Regular Session with a quorum present on the 1st day of October, 2025 by the affirmative vote of four members for, none against, one absent and none not-voting.

_____
Boyd Gourneau, Chairman
Lower Brule Sioux Tribe

**ATTEST**

_____
Marty Jandreau, Secretary/Treasurer
Lower Brule Sioux Tribe