1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 4:25-cv-08454-HSG <br><br> **DECLARATION OF MICHAEL HENDERSON** |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF MICHAEL HENDERSON,
## EXECUTIVE DIRECTOR OF GLOBAL VILLAGE ACADEMY COLLABORATIVE

I, Michael Henderson, declare under penalty of perjury as follows:

1. I am the Executive Director of Global Village Academy Collaborative ("GVAC"), a public, nonprofit organization authorized under Colorado statute and headquartered in Thornton, Colorado.

2. I have been GVAC's Executive Director for six years. I started in the role in 2017 and served for two years. I then took another position for three years before returning to the role for the last four years. As Executive Director, my role is to carry out GVAC's vision and mission, including ensuring our GVA school students are receiving impactful instruction in English and a second world language, supervising a staff of thirteen people, providing operational support to GVAC's three member schools – the Global Village Academies ("GVA") – and providing leadership coaching to school leaders. As to GVA school employees who are on H-1B visas, I oversee the work of GVAC's Director of Human Resources ("HR") and the GVA school principals who manage the day-to-day work involving the recruitment, hiring, and retention of all employees, including making strategic staffing decisions and troubleshooting employee or employment issues that arise. I am authorized to make this declaration on behalf of GVAC.

3. GVAC opened its first school in 2007, and it became a nonprofit organization in 2013 when it opened its second school. GVAC operates similar to a school district, providing centralized operational and educational support services to its three member schools and its staff across Colorado. Global Village Academies are tuition-free, public charter schools that provide English and second world language immersion instruction in Spanish, Mandarin Chinese, Russian, and French for their students from kindergarten through eighth grade. The three GVA schools serve approximately 2,200 students across the cities of Aurora, Thornton, and Parker, Colorado. GVAC ranks among the top 25 school districts in Colorado based on enrollment.

4. Each GVA school is a member of GVAC, and GVAC has a charter school collaborative contract with each school per Colorado statute. As a result, all schools receive centralized operational and educational support services from GVAC. These services include staff recruitment support, legal services, human resources, facilities and site support, curriculum, instruction, material development,

1 financial management, instructional technology support, and marketing/communications. GVAC also
2 provides strategic planning and develops policies for all GVA schools. GVAC is in regular
3 communication with each of its member schools, including through monthly meetings with the
4 principals, attending monthly school board meetings, sending weekly newsletters to the school
5 communities, and other, more informal communications. GVAC regularly speaks on behalf of all GVA
6 schools publicly regarding any issues or incidents concerning the schools, including in press releases.

7     5.    When GVAC helps recruit employees for GVA schools, the process starts when a GVA
8 school informs the GVAC Human Resources Department that they need to recruit a new teacher. The
9 principal of that school then works with the GVAC HR Department to create the job posting, and
10 GVAC posts for the position and identifies potential candidates through our recruitment process. Next,
11 the school principal and their GVA school staff interview possible candidates. Once they choose a
12 candidate, GVAC provides the onboarding, background checks, and benefits packages for that
13 individual, and, if relevant, supports the school in submitting the school's H-1B petition for that
14 individual. Once these steps are complete, the individual is officially an employee of the GVA school.
15 GVAC continues to handle Human Resources and legal issues that arise as needed during the
16 individual's term of employment.

17     6.    GVAC's mission is to provide essential services to its Global Village Academies to
18 cultivate academic excellence, high levels of linguistic proficiency, and cultural competences in GVA
19 school students, starting as early as kindergarten and continuing through eighth grade. This helps set
20 students up to start high school at a higher level in their language of choice, and to develop the global
21 perspectives and modern-day skills necessary to live and work with people of all backgrounds and all
22 around the world.

23     7.    GVAC and its Global Village Academies achieve this shared mission through a
24 language immersion model. This means that for at least half of each school day, students receive core
25 subject instruction in their target world language taught by GVA's world language teachers. The other
26 half of the day, students receive instruction in English. Unlike typical stand-alone language courses,
27 our immersion model depends on students beginning their language instruction as early as kindergarten
28 and continuing until eighth grade to achieve the highest levels of fluency.

Docusign Envelope ID: 74E54228-EB55-4105-BDD7-9EC1A27FEE7B
Case 4:25-cv-08454-HSG     Document 75-6     Filed 12/18/25     Page 4 of 8

8. GVA schools have a strong reputation in the Denver metropolitan area for the immersion model and programming provided to students. Our schools have received prestigious awards for their language instruction, including the LabelFrancÉducation Seal, a distinction granted by the French ministry of Foreign Affairs for schools that teach French at a high level and offer strong French language instruction. GVA school students have also traveled domestically and internationally to compete in language proficiency competitions and have placed highly in those competitions. Two GVA school students recently competed in the Chinese Bridge language competition, with one advancing to the global finals which featured 155 finalists from 133 countries, out of more than 50,000 students who participated in preliminary rounds worldwide. Additionally, our school in Thornton has been rated as a "Top Elementary and Middle Charter Schools" by U.S. World & News Report. Finally, our school in Parker offers the HSK, YCT, DELF, and DELE internationally-normed language assessment sponsored by the Chinese, French, and Spanish governments, which can allow GVA school students to qualify to attend university in one of these countries as well as provide a potential path to citizenship, if so desired.

9. To provide this immersive second language instruction that is consistent with an internationally-benchmarked curriculum, GVAC relies on recruiting native-speaking world language teachers from around the world for its schools. Since 2007, GVA schools have regularly utilized the H-1B visa process in sponsoring world language teachers through the recruitment conducted by GVAC. During the current 2025-2026 academic year that is underway, GVA schools are employing ten world language teachers who required H-1B visa sponsorship, including three who were hired directly from abroad. These teachers teach Spanish, Mandarin Chinese, and French. They represent approximately 11% of GVA's world language teachers, and collectively they serve more than 300 students.

10. Each year, due to increasing enrollment and natural teacher turnover, GVAC recruits, on average, two to five new world language teachers across their GVA schools. As part of this process, each year GVAC consistently recruits teachers from abroad. Once job offers are made, our GVA schools must sponsor the teacher for an H-1B visa in order for them to be employed in the U.S. Over the last six years, of the 17 total teachers hired on H-1B visas, six came to the United States from abroad on an H-1B visa to teach at a GVA school. GVA schools have also employed many other foreign teachers already present in the United States who changed status to H-1B visas upon receiving

3
DECL. OF MICHAEL HENDERSON                                    Case No. 4:25-cv-08454-HSG

a job offer. GVAC advertises broadly and considers applications from teachers all around the world, and is doing so over the next few months as our schools hire for the 2026-2027 school year.

11. Recruiting the right talent for GVA schools requires identifying highly qualified native-speaking teachers. Because native speakers of world languages are not always available in sufficient numbers within the United States, this recruitment effort often involves identifying qualified foreign national teachers, including candidates residing outside the United States, who will require immigration sponsorship by the GVA schools. The H-1B visa program provides the primary and appropriate immigration pathway through which GVA schools are able to employ these teachers in specialty occupation teaching positions. GVAC's educational model depends on instruction by native speakers. Our model aims to provide GVA school students with the most immersive language-learning and cultural experience possible so that they can achieve high levels of language literacy and fluency by the end of eighth grade. By the time students enter high school, the expectation is that they are already proficient enough in their chosen language to achieve a passing score in an Advanced Placement ("AP") exam in that language. Additionally, GVA schools are not only language schools; they are schools of many cultures. Students would lose out on a significant part of the immersion experience if they did not have teachers who could share cultural practices, customs, and awareness from their home country. All of this requires the recruitment of highly qualified, experienced teachers with native-language skills who also bring their unique cultural perspectives and competencies from their home countries into the classroom. For this reason, GVAC does not recruit world language teachers who learned the language as a second language.

12. Based on our prior recruitment efforts, we know that this special combination of native-language skills and cultural competencies is not easily found if we were recruiting only U.S. workers, particularly given the already-challenging teacher recruitment market. It is necessary for GVAC to attract world language teachers from outside the United States. Therefore, without the H-1B visa system, GVAC would not be able to continue recruiting qualified world language teachers for its schools to carry out its educational model and provide the level of instruction it has provided for nearly two decades. GVAC and its schools would not be what they are today without the H-1B system.

13. For example, Lin Fang, originally from Yueyang, Hunan, China joined Global Village Academy Douglas County in 2015 after teaching for three years in Thailand and China. She joined our

organization on a J-1 Visa and worked as a Mandarin Immersion teacher for three years while earning her master's degree in Curriculum and Instruction from the University of Denver. In 2018, Lin's visa status changed to an H-1B, and she transferred to our Thornton campus as a lead Mandarin Immersion teacher for three years. Now as a permanent resident, Lin has transitioned to a GVAC staff member leading all language immersion programming as the Director of World Languages. Lin is a model for all of our foreign-born teachers joining our organization and is making a tremendous impact on GVA school students and staff.

14. On September 19, 2025, the President issued a Proclamation requiring a $100,000 fee for all H-1B applications. I first learned about it from GVAC's immigration attorney who assists with H-1B applications for our GVA schools. I immediately knew that our schools would not be able to afford this exorbitant fee for even one future employee. I felt frustrated and disappointed because I knew GVA students would be the ones most impacted if our GVA schools were not able to hire individuals on H-1B visas anymore. Along with my staff and GVAC's Board of Directors – which is composed of GVA school parents and community members – I started thinking through what the impact would be financially and how we would manage the financial impact while maintaining the high level of programming we offer students.

15. If the Proclamation is enforced, the $100,000 fee would effectively block GVAC's ability to recruit new and qualified teachers from outside the United States for the upcoming academic year. Additionally, GVA schools would have to pay the $100,000 for any new teachers who would be changing status from F-1 OPT or J-1 status who are denied that change or who need to depart the United States for consular processing for their H-1B or for any other reason before their H-1B is approved. GVA schools receive most of their budget from the state of Colorado, allocated per pupil enrolled, and the funding for each student is approximately $11,000 per student each year they attend a GVA school. Most of GVAC's funding then comes directly from the schools' budgets; GVAC receives approximately 8.6% of the schools' funds to provide the robust services it does for each school. As GVA schools are tuition-free and all three GVA schools and GVAC have a limited budget, GVA schools cannot afford to pay $100,000 for even one new teacher, let alone up to $500,000 each year to simply continue our routine practice. Just one H-1B payment of $100,000 equates to the funding for approximately nine students.

16. This financial infeasibility means that if the Proclamation is enforced against any of the GVA schools, it will be practically impossible for any of the schools to realistically hire any employees coming from abroad on H-1B visas or any employees for whom their change of status will require the $100,000 payment. To be able to continue to recruit teachers on H-1B visas as it currently does for its member schools, GVAC would have to take drastic measures to offset the costs for the schools, like decreasing staffing for other positions. And if the $100,000 is enforced against a GVA school for even one teacher, GVAC would not be able to recruit and attract enough teachers who are native-language speakers, and we would likely need to place a cap on enrollment as a result, which currently does not exist. In recent years, GVAC has experienced an increase in enrollment while many school districts in Colorado are experiencing declining enrollment. Capping the number of students at GVA schools would have a dramatic impact on GVAC's funding. The largest proportion of GVAC's funding, which GVAC budgets for staff salaries and benefits, and student services, is the per-pupil funding from the state of Colorado that flows to each school, of which GVAC receives a portion for its services. Lower enrollment would directly mean less of this funding both for the schools and for GVAC.

17. If GVA schools are not able to hire employees on H-1B visas, GVAC would have to fundamentally change its unique educational model that sets its schools apart for parents and students attracted to the benefits of dual language immersion, and the schools' mission would be directly undermined. Recruiting teachers who were trained in college in a second world language and are not native-language speakers would materially harm the GVA schools' reputations as award-winning, immersive language-learning schools, which would have a lasting negative impact on GVAC, the schools, and the students served.

18. GVAC plans to begin recruitment for new teachers for the 2026-2027 academic year in February 2026, as we usually do each year, including assessing which teachers will be leaving and will need to be replaced. The process for submitting H-1B petitions can start as early as March. However, our school leaders are worried about this process and how the Proclamation might impact our ability to recruit highly qualified world language teachers, especially if unforeseen circumstances arise that could require the need to recruit teachers in the middle of the year, such as mid-year teacher resignations, which have happened in the past. For example, recently a GVA world language teacher at

one of our schools left unexpectedly. As a result, GVAC is now actively recruiting to replace this teacher, mid-year, given their unforeseen departure. Further, if GVAC's member schools cannot hire highly qualified teachers by the beginning of the next school year, we will be forced to hire substitute teachers to fill these positions, which disrupts the continuity of services for students and is only a temporary solution that cannot be maintained for the longer term.

19. If the Proclamation is enforced against GVAC's member schools, GVAC will suffer irreparable harm to our mission, funding, operations, and staff. Our member schools and the communities we serve, including thousands of students and hundreds of families who send their students to GVA schools, will also be seriously harmed. I respectfully request that the Court restrain Defendants from enforcing the Proclamation so GVAC can continue to recruit new and qualified teachers for the upcoming academic year and continue to provide GVA students with our unique, immersive educational model and quality language instruction.

20. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  12/17/2025 | 10:08 AM PST

DocuSigned by:
[signature]
608B6489CF9B44A...
Michael Henderson