1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 4:25-cv-08454-HSG <br><br> **DECLARATION OF LALIT PATTANAIK** |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF LALIT PATTANAIK,
# CHIEF EXECUTIVE OFFICER OF GLOBAL NURSE FORCE

I, Lalit Pattanaik, declare upon my personal knowledge as follows:

1. I am the Chief Executive Officer of Global Nurse Force, based in Laguna Beach, California. I am authorized to make this declaration on behalf of this company.

2. Global Nurse Force is a company that facilitates the hiring and placement of international nurses with healthcare facilities globally, including in the United States in Louisiana, Ohio, Washington, and Washington, D.C.

3. Many of Global Nurse Force's partner healthcare facilities in the United States are located in rural or otherwise underserved areas where recruiting and retaining nurses presents significant challenges. The nursing shortage in the United States is particularly acute in these areas, which means that specialized nurses who can come and work in underserved regions through the H-1B program have an immense impact on patient care and hospital operations. Since 2020, the COVID-19 pandemic has worsened the decades-long nursing shortage, with many nurses leaving the profession.

4. Global Nurse Force successfully matched over 1,500 nurses to U.S. healthcare facilities, using the H-1B program to place hundreds of nurses in recent years. All healthcare facilities that we work with are cap-exempt. Global Nurse Force manages the complete hiring process for all nurses it connects with United States healthcare facilities. The comprehensive process involves recruiting and screening nurses outside of the United States, facilitating the interviewing process with healthcare facilities, managing all immigration paperwork, verifying nurse credentials and licensure, confirming specialized skills and training, and matching qualified nurses with facilities requiring their specific expertise.

5. Global Nurse Force's wrap-around services also include providing logistical travel and relocation support for hired nurses, such as arranging for their travel, transportation from airports, temporary housing for nurses and their families arriving in the U.S., and assistance with school enrollment for children of nurses. Additionally, Global Nurse Force assists hired nurses with obtaining driver's licenses and helps the nurses and their families find religious facilities and other support networks in their new location.

6. Global Nurse Force operates on an ethical recruitment model where nurses are directly employed by the healthcare facility at the same salary and benefits as U.S. nurses, ensuring fair treatment and alignment of interests between the nurse, the facility's existing workforce, and Global Nurse Force.

7. Global Nurse Force's direct-hire H-1B model differs significantly from temporary staffing agencies that utilize "travel nurses." Travel nurses move from state to state for short-term assignments where a need is identified. The hiring health facility must pay a fee to the staffing agency as well as a higher hourly wage to the travel nurse compared to the wages paid to already-hired, long-term employees, ultimately resulting in significantly higher costs for healthcare facilities. In contrast, Global Nurse Force's model provides healthcare systems with permanent core staff at a standard salary and benefits, resulting in substantial cost savings for the healthcare facility.

8. For example, one Ohio healthcare system saved over $10 million by using Global Nurse Force's direct-hire model instead of travel nurses. Beyond cost savings, the direct-hire model provides continuity of care, stable staffing, and better patient outcomes. In this Ohio healthcare system, the nurses quickly became integral to the hospital's operations, becoming mentors for new graduate nurses within months of starting their work. One nurse even won a DAISY Award while at the facility, an award given from an international program honoring extraordinary nurses for compassionate and skillful care.

9. Only nurses with advanced specializations qualify for H-1B visas. Following a policy change in 2015, H-1B visas became available for nurses in advanced practice and specialized roles. Qualifying nurses have completed English language competency qualifications, visa screen certificates verifying educational equivalency to the U.S. educational requirements, state nursing licensure, and specialized certifications in areas such as critical care (ICU), emergency nursing, oncology, perioperative nursing, neonatal intensive care (NICU), and mental health nursing. Many hospitals in the United States face staffing shortages in these and other specialties, which then force some healthcare facilities to close certain units, reduce their hours, or postpone or delay certain procedures or treatments.

10. The United States' domestic nursing education infrastructure is insufficient to meet the immediate and growing demand for nursing services caused by an aging population and workforce attrition through retirement, necessitating reliance on internationally trained nursing professionals.

11. The circumstances of the nursing shortage are already worsened by the fee required in the Proclamation, and the resulting inability of healthcare systems to afford to hire nurses through the H-1B process. For example, a healthcare system working with Global Nurse Force in the Washington, D.C. area successfully hired three H-1B nurses into their operations, and based on these successful H-1B approvals, this healthcare system identified the need for 60-70 additional specialized nurses across various departments. Now that the Proclamation requires a $100,000 fee for each new H-1B hire from abroad, this hospital, as well as the majority of clients we work with, have paused their hiring. Travel nurses are not a meaningful solution for this healthcare system because, while they currently hire some travel nurses, they have difficulties attracting a sufficient number of qualified nurses given the socio-economic issues in the area. Additionally, the turnover of short-term travel nurses negatively impacts the quality and continuity of care for patients and is cost prohibitive for their staffing needs.

12. The disruption extends beyond immediate placements. Healthcare facilities typically plan international recruitment 12-18 months in advance; the Proclamation fee disrupts hiring cycles that are already in process. For example, a Louisiana healthcare system that has struggled with staffing since Hurricane Katrina traveled with Global Nurse Force representatives to London and Dubai to interview over 200 specialized nurses for critical positions throughout their facility. However, with the new $100,000 fee per nurse, hiring these 200 nurses would cost the system over $20 million in visa fees alone, a financially impossible burden.

13. From what I have seen while working with healthcare systems across the U.S., this financial burden is shared across the industry, and the fee required by the Proclamation is having and will continue to have a seismic impact on hiring much-needed specialized international nurses across the country. Experienced international nurses we work with now see coming to the United States as an unpredictable choice due to the sudden Proclamation fee.

14. The Proclamation causes irreparable harm to Global Nurse Force that cannot be remedied if the fee is later ruled unlawful. The lost business opportunities, severed client relationships with healthcare facilities, and damaged relationships with international nurses cannot be restored

1  through any monetary damages. To date, we have already lost approximately $5,000,000 in revenue
2  due to this change, and these losses continue to accrue as this fee remains in place.

3      15.    The Proclamation fee also eliminates Global Nurse Force's ability to operate its H-1B
4  placement business in the United States. Global Nurse Force does not have any other business model
5  to meet the immediate nursing needs of healthcare facilities in the U.S. The ultimate victims of this fee
6  remain the patients across the country, and especially in underserved communities, who will lose
7  access to critical and specialized medical care due to these facilities not being able to recruit the nurses
8  that they need to provide this critical care.

9      16.    Nurses trained in specialties who come into the U.S. on H-1B visas do not replace
10 American workers but rather complement existing staff, making everyone's work more manageable
11 while providing critical care in underserved areas of the United States.

12     17.    My understanding of the critical importance of nurses comes not just from my
13 professional role but from deeply personal experiences I have had with the healthcare system. When
14 my parents required medical care in the United States, I could not have gotten through those periods
15 without nurses who provided not just medical care but kindness and empathy. Over time, I have
16 witnessed how the nursing shortage impacted the quality of care available across facilities. In short-
17 staffed facilities, even the most dedicated nurses become exhausted, impacting their ability to provide
18 the critical care and services patients need for healing and recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on    12/16/2025 | 7:55 PM EST

DocuSigned by:
*Lalit Pattanaik*
50E9E4EDD9C840A...
Lalit Pattanaik

---
DECL. OF LALIT PATTANAIK      4      Case No. 4:25-cv-08454-HSG