Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)**
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*

* *Admitted pro hac vice*
** Motion to appear *pro hac vice* pending

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**DECLARATION OF CYNTHIA LIAO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR CLASS CERTIFICATION** |

## DECLARATION OF CYNTHIA LIAO

I, Cynthia Liao, hereby declare as follows:

1. I am an attorney at Democracy Forward Foundation and counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction and Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of United States Citizenship and Immigration Services (USCIS), H-1B Electronic Registration Process, listing the number of H-1B lottery registrations by fiscal year, downloaded from this link: https://www.uscis.gov/working-in-the-united-states/temporary-workers/h-1b-specialty-occupations/h-1b-electronic-registration-process.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the September 22, 2025 article, entitled "Trump's $100,000 Visa Fee Spurs Confusion and Chaos," written by Madeleine Ngo, Lauren Hirsch, and Pranav Baskar, and published by the New York Times, downloaded from this link: https://www.nytimes.com/2025/09/20/business/trump-h1b-visas-fee-employees.html.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the September 21, 2025 article, entitled "I spent $8,000 to get back to US after fears over Trump visa deadline," written by Emma Rossiter & Ishadrita Lahiri, and published by the BBC, downloaded from this link: https://www.bbc.com/news/articles/cn4wwwz2p1po.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the September 21, 2025 article, entitled "'Fast and furious': H-1B workers abroad race to US as Trump order sparks dismay, confusion," written by Aditya Soni and Echo Wang, and published by Reuters, downloaded from this

link: https://www.reuters.com/sustainability/sustainable-finance-reporting/fast-furious-h-1b-workers-abroad-race-us-trump-order-sparks-dismay-confusion-2025-09-21/.

6. Attached hereto as **Exhibit 5** is a true and correct copy of U.S. Department of Health and Human Services, Health Resources and Services Administration, What is Shortage Designation?, downloaded from this link: https://bhw.hrsa.gov/workforce-shortage-areas/shortage-designation.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the declaration filed by Jerome Jackson, a U.S. Treasury official, in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Dec. 5, 2025) (ECF 36-2), available and downloaded from PACER.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the administrative record filed by the Department of State in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Dec. 5, 2025) (ECF 45-1), available and downloaded from PACER.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the administrative record filed by U.S. Customs and Border Protection in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Dec. 5, 2025) (ECF 45-2), available and downloaded from PACER.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the administrative record filed by United States Citizenship and Immigration Services in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Dec. 5, 2025) (ECF 45-3), available and downloaded from PACER.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the docket report in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH, including the district court's October 29, 2025 Minute Order, downloaded from PACER on December 13, 2025.

12. Attached hereto as **Exhibit 11** is a true and correct copy of USCIS, *Characteristics of H-1B Specialty Occupation Workers: Fiscal Year 2024 Annual Report to Congress, October 1, 2023 – September 30, 2024* (Apr. 29, 2025), downloaded from this link: https://www.uscis.gov/sites/default/files/document/reports/ola_signed_h1b_characteristics_congressional_report_FY24.pdf.

13. Attached hereto as **Exhibit 12** is a true and correct copy of USCIS, *Characteristics of H-1B Specialty Occupation Workers: Fiscal Year 2023 Annual Report to Congress, October 1, 2022 – September 30, 2023* (Mar. 6, 2024), downloaded from this link:

https://www.uscis.gov/sites/default/files/document/reports/OLA_Signed_H-1B_Characteristics_Congressional_Report_FY2023.pdf.

14. Attached hereto as **Exhibit 13** is a true and correct copy of USCIS, *Characteristics of H-1B Specialty Occupation Workers: Fiscal Year 2022 Annual Report to Congress, October 1, 2021 – September 30, 2022* (Mar. 13, 2023), downloaded from this link: https://www.uscis.gov/sites/default/files/document/data/OLA_Signed_H-1B_Characteristics_Congressional_Report_FY2022.pdf.

15. Attached hereto as **Exhibit 14** is a true and correct copy of U.S. Department of Health and Human Services, Health Resources and Services Administration, Physician Workforce: Projections, 2022-2037, downloaded from this link: https://bhw.hrsa.gov/sites/default/files/bureau-health-workforce/data-research/physicians-projections-factsheet.pdf.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the November 20, 2025 article, entitled "How immigrant doctors fill critical gap in U.S. healthcare system," written by Liz Mineo, and published by The Harvard Gazette, which is available at and has been downloaded from this link: https://news.harvard.edu/gazette/story/2025/11/how-immigrant-doctors-fill-critical-gap-in-u-s-healthcare-system/.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Srikrishna Malayala, et al., *Medically Underserved Areas and International Medical Graduates (IMGs) in the United States: Challenges During the Covid-19 Era*, 11 J. Cmty. Hosp. Intern. Med. Perspectives 457, 458 (2021), available at and downloaded from this link:
https://pmc.ncbi.nlm.nih.gov/articles/PMC8221155/pdf/ZJCH_11_1915548.pdf.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the September 25, 2025 article, entitled "Hundreds of Texas teachers are on H-1B visas. Could that change after Trump's new $100k fee?," written by Isaac Yu and Nusaiba Mizan, and published by the Houston Chronicle, which is available at and has been downloaded from this link:

https://www.houstonchronicle.com/politics/texas/article/texas-schools-h1b-visa-teachers-21061449.php.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the September 23, 2025 article, entitled "$100,000 fee for H-1B Visas Could Hurt Teacher Recruitment for NC Schools" written by T. Keung Hui and Brian Gordon, and published by the Herald Sun, which is available at and has been downloaded from this link:

https://www.newsobserver.com/news/business/article312215292.html.

20. Attached hereto as **Exhibit 19** is a true and correct copy of USCIS, Alert, *FY 2026 H-1B Cap Initial Registration Period Opens on March 7* (Feb. 5, 2025), downloaded from this link: https://www.uscis.gov/newsroom/alerts/fy-2026-h-1b-cap-initial-registration-period-opens-on-march-7.

21. Attached hereto as **Exhibit 20** is a true and correct copy of USCIS, Alert, *FY 2025 H-1B Registration Period and myUSCIS Organizational Account Reminders* (Feb. 28, 2024), downloaded from this link: https://www.uscis.gov/newsroom/alerts/fy-2025-h-1b-registration-period-and-myuscis-organizational-account-reminders.

22. Attached hereto as **Exhibit 21** is a true and correct copy of USCIS, Alert, *FY 2024 H-1B Cap Initial Registration Period Opens on March 1* (Jan. 27, 2023), downloaded from this link: https://www.uscis.gov/newsroom/alerts/fy-2024-h-1b-cap-initial-registration-period-opens-on-march-1.

I declare under penalty of perjury that that the foregoing is true and correct.

Executed this 18th day of December, 2025.

*/s/ Cynthia Liao*
Cynthia Liao