# Exhibit 5

Case 4:25-cv-08454-HSG   Document 75-13   Filed 12/18/25   Page 2 of 6

 



# I spent $8,000 to get back to US after fears over Trump visa deadline

21 September 2025

Share   Save

**Emma Rossiter** and **Ishadrita Lahiri,** Delhi



Anadolu via Getty Images

The White House later clarified the position for current visa holders but it was too late for some

Rohan Mehta - not his real name - spent over $8,000 (£5,900) on flights in his scramble to get back to the US ahead of a deadline that would dramatically increase visa fees for some.

He had been in Nagpur, India for the anniversary of his father's death before he cut his trip short.

On Friday, President Donald Trump signed an executive order adding a $100,000 (£74,000) fee for applicants to the visa programme for skilled foreign workers which US-based companies would have to pay.

Companies and immigration lawyers had already advised those on the H-1B visa who were outside the US to return before the order came into force Sunday.

A day later, the White House clarified it would be a one-time fee and would not apply to current visa holders, but it was too late for some.

Workers from India receive by far the most skilled visas in the programme, at more than 70% of the 85,000 issued each year.

Despite the clarification posted on X by White House Press Secretary Karoline Leavitt, concern and confusion had already spread.

The BBC spoke to many H-1B visa holders from India.

Many have been working in the US for decades.

None wanted to be identified as they were not authorised by their employers. Many refused to speak to us entirely.

Rohan Mehta, a software professional, has lived in the US with his family for 11 years but had travelled to Nagpur at the beginning of the month to see relatives commemorating his father's death.

But on 20 September, he said he feared he would not be able to return to his home if he did not get back before the deadline.

He spent over $8,000 (£5,900) in eight hours booking and rebooking return flights to the US.

"I booked multiple options because most were cutting it very close," he said just after he had boarded a Virgin Atlantic flight from Mumbai to John F. Kennedy International Airport.

"Even if there was a slight delay, I'd have missed the deadline."

- Trump adds $100,000 fee for skilled worker visa applicants

- India warns H-1B visa fee will have 'humanitarian consequences'

In its clarification, the White House said the new fee, which is more than 60 times the amount currently charged, would not be enforced until the next round of visa applications was approved.

Rohan Mehta described the last few days as "traumatic" adding he was glad his wife and daughter had not come to India with him on this trip.

"I'm regretting the choices I've made in life. I gave the prime of my youth to working for this country [the US] and now I feel like I'm not wanted.

"My daughter has spent her entire life in the US. I'm not sure how I'll uproot my life from there and start all over in India."

The H-1B is a work visa programme for people looking to work in the US in specialised fields and roles. Employers are able to sponsor professionals to get them into the country with a job offer required for the application.

According to government statistics, the greatest beneficiary of the programme the previous fiscal year was Amazon, followed by tech giants Tata, Microsoft, Meta, Apple and Google.

Another visa holder who was on holiday in Europe agreed there was confusion.

"We are yet to see how employers are thinking and how this will play out.

"From my understanding, the order is only for new H-1B visas. Immigration lawyers are still figuring it out and have advised us to go back."

White House Press Secretary Karoline Leavitt posted on X clarifying some details including that it would not be an annual fee, just a one-off.

She wrote: "Those who already hold H-1B visas and are currently outside of the country right now will not be charged $100,000 to re-enter.

"H-1B visa holders can leave and re-enter the country to the same extent as they normally would."

She added that the new fee would only apply to "new visas, not renewals, and not current visa holders".

## More on this story

**H-1B: Visa row under Trump fuels anxiety for Indian dreamers**

US immigration    India    Donald Trump    United States

**RELATED**

**US could ask foreign tourists for five-year social media history before entry**

**US judge blocks Trump's National Guard deployment in Los Angeles**

**US Supreme Court agrees to hear case challenging birthright citizenship**

**MORE FROM THE BBC**

53 mins ago

## Cambodia shuts border crossings with Thailand as fighting continues

It comes despite US President Donald Trump saying both sides had agreed to a ceasefire deal.



53 mins ago

59 mins ago

## One million households without power in Ukraine after Russia attacks energy grid

The latest overnight attacks come as US envoy Steve Witkoff prepares to hold more talks with Ukraine's president.



59 mins ago

2 hrs ago

## Angry fans throw chairs and bottles at Messi event in India

The Inter Miami and Argentina forward is in India for a tour, taking in events in Kolkata, Hyderabad, Mumbai and Delhi.



2 hrs ago

2 hrs ago

## Watch: Furious fans invade pitch at Messi event in India

Thousands of adoring supporters had paid up to 12,000 rupees (£100; $133) to catch a glimpse of the football star.



2 hrs ago

10 hrs ago

## Trump officials sue Georgia county to force release of 2020 voting records

The lawsuit comes as Donald Trump continues to question his 2020 election loss to Joe Biden, despite any reliable evidence.



10 hrs ago



Home    News    Sport    Business    Innovation    Culture    Arts    Travel    Earth    Audio    Video    Live    Documentaries    Weather

BBC Shop    BritBox

BBC in other languages  ▼

Follow BBC on:

Terms of Use    Subscription Terms    About the BBC    Privacy Policy    Cookies    Accessibility Help    Contact the BBC    Advertise with us

Do not share or sell my info    BBC.com Help & FAQs    Content Index

Copyright 2025 BBC. All rights reserved. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**