# Exhibit 4

Case 4:25-cv-08454-HSG    Document 75-14    Filed 12/18/25    Page 2 of 19

Learn more about



Subscribe

# 'Fast and furious': H-1B workers abroad race to US as Trump order sparks dismay, confusion

By **Aditya Soni** and **Echo Wang**

September 21, 2025 8:40 PM EDT · Updated September 21, 2025

  



**Summary**     **Companies**

Firms urge employees to return amid visa fee confusion

Trump's visa fee order causes panic among H-1B holders

Debate over H-1B visa program's impact on U.S. labor market

Case 4:25-cv-08454-HSG   Document 75-14   Filed 12/18/25   Page 3 of 19

SAN FRANCISCO/NEW YORK, Sept 21 (Reuters) - Panic, confusion and anger reigned as workers on H-1B visas from India and China were forced to abandon travel plans and rush back to the U.S. after President Donald Trump imposed new visa fees ⤤, in line with his wide-ranging immigration crackdown.

Tech companies and banks sent urgent memos to employees, advising them to return before a deadline of 12:01 a.m. EDT on Sunday (0401 GMT), and telling them not to leave the country.

The Reuters Daily Briefing newsletter provides all the news you need to start your day. Sign up here.

A White House official on Saturday clarified that the order applied only to new applicants and not holders of existing visas or those seeking renewals, addressing some of the confusion over who would be affected.

But Trump's proclamation a day before had already set off alarm bells in Silicon Valley.

RUSH BACK TO U.S.

Fearing they would not be allowed back once the new rule took effect, several Indian nationals at San Francisco airport said they cut short vacations.

"It is a situation where we had to choose between family and staying here," said an engineer at a large tech company whose wife had been on an Emirates flight from San Francisco to Dubai that was scheduled to depart at 5:05 p.m. local time on Friday (0005 GMT on Saturday)

The flight was delayed by more than three hours after several Indian passengers who received news of the order or memos from their employers demanded to deplane, said the person who spoke on condition of anonymity. At least five passengers were eventually allowed off, the engineer said.

A video of the incident was circulating on social media, showing a few people leaving the plane. Reuters could not independently verify the veracity of the video.

The engineer's wife, also an H-1B visa holder, chose to head to India to care for her sick mother.

"It's quite tragic. We have built a life here," he told Reuters.

On the popular Chinese social media app Rednote, people on H-1B visas shared their experiences of having to rush back to the U.S. - in some cases just hours after landing in China or another country.

"My feelings are a mix of disappointment, sadness, and frustration," said one woman in a post with a user handle "Emily's Life in NY."

The woman said she had boarded a United Airlines flight from New York to Paris, and it started taxiing, but after some back-and-forth with the airline the captain agreed to return to the gate to let her off the aircraft.

Feeling what she described to Reuters as "shaken," she canceled her trip to France, abandoning plans with friends, including some who were flying in from China, after she received a letter from her company's lawyers asking employees abroad to return to the U.S.

Companies including Microsoft (MSFT.O) ⤢ , Amazon (AMZN.O) ⤢ , Alphabet (GOOGL.O) ⤢ and Goldman Sachs (GS.N) ⤢ were among those that sent urgent emails to their employees with travel advisories.

Amazon gave guidance to staff on Saturday, after clarity emerged on who would be impacted, that no action was required for staff currently holding H-1B visas, according to a source who had viewed an internal portal. Amazon did not immediately respond to a request for comment outside business hours.

As of Sunday, some of the panic had dissipated, said IBM (IBM.N) ⤢ Vice Chairman Gary Cohn, on CBS's "Face the Nation" program.

U.S. President Donald Trump speaks before signing an executive order directing federal agencies to recommend changes to a temporary visa program used to bring foreign workers to the United… Purchase Licensing Rights ⤢ **Read more**

12/13/25, 8:27 AM
Case 4:25-cv-08454-HSG    Document 75-14    Filed 12/18/25    Page 5 of 19
Fast and furious: H-1B workers abroad race to US as Trump order sparks dismay, confusion | Reuters

"I think it caused a panic over the weekend because people weren't sure what was going on with the existing H-1B visas," said Cohn. "It's been cleaned up over the weekend, so at this point, there's not a panic in the system."

Cohn praised the move as ultimately good for the economy.

"I actually think this is a good idea, if you understand the H-1B visa program in the United States," Cohn said. "Historically, it has been a lottery system."

The new policy also drew support from Netflix (NFLX.O) [↗] Chairman Reed Hastings, who said in a social media post it will eliminate the need for the lottery and provide more certainty for those who get the H-1B visas.

Netflix was not immediately available for comment.

**TRUMP'S U-TURN ON H-1B**

Since taking office in January, Trump has kicked off a wide-ranging immigration crackdown, including moves to limit some forms of legal immigration.

This step to reshape the H-1B visa program represents his administration's most visible effort yet to rework temporary employment visas and underscores what critics have said is a protectionist agenda.

It is a U-turn from Trump's earlier stance when he sided with one-time ally and Tesla (TSLA.O) [↗] CEO Elon Musk in a public dispute over the use of the H-1B visa, saying he fully backed the program for foreign tech workers even though it was opposed by some of his supporters.

Trump administration officials say the visa allows companies to suppress wages, and curbing it opens more jobs for U.S. tech workers. Supporters of the program argue that it brings in highly skilled workers essential to filling talent gaps and keeping firms competitive.

In the hours following Trump's proclamation, social media was flooded with debate on the scope of the order and dismay at what many saw as a move that dimmed the United States' allure as a work destination.

An anonymous user on Rednote said that their life was like that of an "H-1B slave." The person cut short a holiday in Tokyo to rush back to the U.S., describing it as "a real-life 'Fast & Furious' return to the U.S.," a reference to the hit Hollywood film series about street racing.

Trump's H-1B proclamation read: "Some employers, using practices now widely adopted by entire sectors, have abused the H-1B statute and its regulations to artificially suppress wages, resulting in a disadvantageous labor market for American citizens."

The secretary of Homeland Security, Kristi Noem, could exempt petitioners from the fee at her discretion, the proclamation said.

12/13/25, 8:27 AM
Case 4:25-cv-08454-HSG    Document 75-14    Filed 12/18/25    Page 6 of 19
Fast and furious: H-1B workers abroad race to US as Trump order sparks dismay, confusion | Reuters

Commerce Secretary Howard Lutnick said on Friday that companies would have to pay $100,000 per year for H-1B worker visas.

However, White House spokesperson Karoline Leavitt said in a post on X on Saturday that this was not an annual fee, only a one-time fee that applied to each petition.

A Nvidia (NVDA.O) ↗ engineer, who has lived in the U.S. for 10 years, told Reuters at the San Francisco airport that he had been vacationing in Japan with his wife and infant when he rushed to reschedule his return flight after hearing the news.

"It feels surreal," he said. "Everything is changing in an instant."

Reporting by Aditya Soni in San Francisco and Echo Wang in New York; Additional reporting by Bhargav Acharya in Toronto, Surbhi Misra in Bengaluru and Chris Prentice in New York; Writing by Sayantani Ghosh; Editing by Megan Davies, Michael Perry, Mark Porter, Matthew Lewis and Chizu Nomiyama

Our Standards: **The Thomson Reuters Trust Principles.** ↗

Suggested Topics:

**Sustainable Finance & Reporting**    **Worker Rights**

**Purchase Licensing Rights**



**Echo Wang**
Thomson Reuters

Echo Wang is a correspondent at Reuters covering U.S. equity capital markets, and the intersection of Chinese business in the U.S, breaking news from U.S. crackdown on TikTok and Grindr, to restrictions Chinese companies face in listing in New York. She was the Reuters' Reporter of the Year in 2020.

  

## Read Next

Climate & Energy
**Bitcoin hoarding company Strategy remains in Nasdaq 100**
11 hours ago

Case 4:25-cv-08454-HSG   Document 75-14   Filed 12/18/25   Page 7 of 19

Climate & Energy

## Spain urges EU not to weaken 2035 combustion engine ban, letter shows

15 hours ago

Climate & Energy

## Nigeria issues permits for gas-flaring project, targets $2 billion investment and 3 GW power potential

19 hours ago

Boards, Policy & Regulation

## Coty chair, CEO may exit as owner JAB plans leadership shake-up, FT reports

19 hours ago

## Sponsored Content



Dianomi Advertise Here



**Differentiated insights on the forces shaping the future of markets.**

BARCLAYS | Investment Bank

Listen Now



### Dos and Don'ts When You Get an Inheritance

Sponsored by
Charles Schwab



### New Power E*TRADE Pro, A Desktop Trading Platform Tailored To You.

Sponsored by
E*TRADE from Morgan Stanley

## Sponsored Content

Dianomi™  Advertise Here ▷

**New Power E*TRADE Pro: Get 120+ Technical Studies & 30+ Drawing Tools.**



Sponsored by E*TRADE from Morgan Stanley

**How to Freeze Your Credit—and Why It Matters**



Sponsored by Charles Schwab

**Real Estate Investing: 5 Mistakes to Avoid**



Sponsored by Charles Schwab

## Sustainability >

# Sustainable Switch Climate Focus: Do rising temperatures cause Asia's deadly storms?

Sustainability · December 13, 2025 · 5:00 AM EST · 3 hours ago

Scientists say higher sea temperatures are making individual weather events more...

Climate & Energy

Flood-stricken towns in Washington state brace for potential levee failures

10 hours ago

---

Climate & Energy

Bitcoin hoarding company Strategy remains in Nasdaq 100

11 hours ago

---

Boards, Policy & Regulation

Live Nation, Ticketmaster must face sprawling class action over prices

13 hours ago

---

Boards, Policy & Regulation

Bipartisan group of US lawmakers calls for export controls on synthetic DNA sequences

15 hours ago

12/13/25, 8:27 AM
Case 4:25-cv-08454-HSG   Document 75-14   Filed 12/18/25   Page 10 of 19
Fast and furious: H-1B workers abroad race to US as Trump order sparks dismay, confusion | Reuters

**Sponsored Content**

 
Dianomi   Advertise Here



Charles Schwab

Dos and Don'ts When You Get an Inheritance



Northern Trust

Could a family office help you navigate complex wealth?



E*TRADE from Morgan Stanley

New Power E*TRADE Pro: Get Up to 120 tools & Charts Over 6 Workspaces.

| Latest | Browse |
| --- | --- |
| Home | World |
| Authors | Business |
| Topic Sitemap | Markets |
| Archive | Sustainability |

12/13/25, 8:27 AM
Case 4:25-cv-08454-HSG   Document 75-14   Filed 12/18/25   Page 11 of 19
'Fast and furious': H-1B workers abroad race to US as Trump order sparks dismay, confusion | Reuters

**Article Sitemap**

**Legal**

Media

**Breakingviews**

**Technology**

📹  **Videos**

**Investigations**

📷  **Pictures**

**Sports**

🖼  **Graphics**

**Science**

🎧  **Podcasts**

**Lifestyle**

About Reuters

**About Reuters** ⧉

**Advertise with Us** ⧉

**Careers** ⧉

**Reuters News Agency** ⧉

**Brand Attribution Guidelines** ⧉

**Reuters and AI** ⧉

**Reuters Leadership** ⧉

**Reuters Fact Check**

**Reuters Diversity Report** ⧉

**Commercial Disclosure (Japan)** ⧉

Stay Informed

**Download the App (iOS)** ⧉

**Download the App (Android)** ⧉

**Newsletters**

**Subscribe**

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

Case 4:25-cv-08454-HSG    Document 75-14    Filed 12/18/25    Page 12 of 19

     

## LSEG Products

### Workspace ⊡

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

### Data Catalogue ⊡

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

### World-Check ⊡

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Advertise With Us ⊡    Advertising Guidelines    Purchase Licensing Rights ⊡

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

Cookies ⊡    Terms & Conditions    Privacy ⊡    Copyright ⊡    Digital Accessibility ⊡    Corrections
Data Disclosure and Sources ⊡    Site Feedback ⊡    Opt Out of Targeted Advertising

© 2025 Reuters. All rights reserved

Case 4:25-cv-08454-HSG    Document 75-14    Filed 12/18/25    Page 13 of 19

Case 4:25-cv-08454-HSG   Document 75-14   Filed 12/18/25   Page 14 of 19

Case 4:25-cv-08454-HSG  Document 75-14  Filed 12/18/25  Page 15 of 19

Case 4:25-cv-08454-HSG   Document 75-14   Filed 12/18/25   Page 16 of 19