# Exhibit 6

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, *et al.*

   Plaintiffs,

   v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

   Defendants.

No. 1:25-cv-3675-BAH

## DECLARATION OF JEROME JACKSON

I, Jerome Jackson, declare as follows:

1. I currently serve as the Branch Manager of the Budget Reporting Branch (BRB) in the Central Accounting and Reporting Division at the Department of the Treasury's Bureau of the Fiscal Service (BFS). I have been employed in this role since May 13, 2015.

2. BFS is responsible for, among other things, collecting federal taxes, charges, and fees; disbursing U.S. Treasury payments; and providing financial management services and solutions to federal agencies. BRB is an office in BFS that is responsible for, among other things, providing guidance to Federal agencies regarding the accounting and reporting of their transactions and account balances, and establishing and maintaining an official record of Federal account symbols and titles for all government programs,

1

appropriations, funds, and receipt accounts. Treasury Account Symbols (TAS) are the cornerstones for reporting the government's financial transactions. Each TAS allows the Department of the Treasury and the Office of Management and Budget (OMB) to track funds collected or spent by Federal agencies, accurately perform accounting and reporting for those funds, and ensure that those funds are spent in accordance with law.

3. To establish a new account to appropriately account for the expenditure or collection of funds, a Federal program agency works OMB and BRB. BRB assigns a TAS after considering the Federal government's relationship to the accounts, such as the source of receipts and the availability of the funds. Each TAS is composed of numbers identifying the responsible agency, the period of availability (for accounts related to appropriations), and the type of account.

4. BRB will establish a General Fund Receipt Account (GFRA) for an agency for the purpose of receiving and accounting for collections not defined by law for a specific purpose.

5. Consistent with the Miscellaneous Receipts Act, 31 U.S.C. § 3302, all amounts held in a Federal agency's GFRA sweep into the General Fund of the U.S. Treasury at the end of the fiscal year.

6. On October 7, 2025, BRB received a request from the Department of Homeland Security (DHS) to establish an account for amounts collected pursuant to the September 19, 2025 Presidential Proclamation entitled "Restriction on Entry of Certain Nonimmigrant Workers" (Proclamation).

7. In response to DHS's request, BRB established a GFRA for amounts collected pursuant to the Proclamation, because such collections are not defined by law for a specific purpose. As with all GFRAs, the amounts in

2

this GFRA will sweep to the General Fund of the U.S. Treasury at the end of the fiscal year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of December, 2025.

Jerome L. Jackson Jr.

Digitally signed by Jerome L. Jackson Jr.
Date: 2025.12.01 14:04:23 -05'00'

Jerome Jackson, Branch Manager

Bureau of the Fiscal Service

Department of the Treasury

3