# Exhibit ;

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CHAMBER OF COMMERCE OF THE )
UNITED STATES OF AMERICA, *et al*. )
  Plaintiffs, )
  )
  v. )
  )    No. 1:25-cv-3675-BAH
U.S. DEPARTMENT OF HOMELAND )
SECURITY, *et al*., )
  Defendants. )
  )
  )
  )
  )
  )
  )
  )
_____ )

## CERTIFICATION OF INDEX TO ADMINISTRATIVE RECORD

    I, ANDREW JENSEN, BEST Portfolio Director (Acting) within the Service Center Operations of the United States Citizenship and Immigration Services, hereby certify that the USCIS documents indexed in the appended document constitute the administrative record of the implementation documents challenged in Plaintiffs' amended complaint.

Executed this 5th day of December, 2025, in Lincoln, NE.

ANDREW D
JENSEN

Digitally signed by ANDREW D
JENSEN
Date: 2025.12.05 19:20:38 -06'00'

_____

ANDREW JENSEN

Service Center Operations

US Citizenship and Immigration Services

INDEX

| DATE | DOCUMENT | BATES NUMBER |
|---|---|---|
| 09/20/2025 | USCIS H-1B Proclamation Memo | USCIS000001 |
| 09/21/2025 | USCIS H-1B FAQ | USCIS000002 |
| 10/15/2025 | USCIS Alert Banner and Information Regarding Proclamation on H-1B Specialty Occupations website | USCIS000004 |
| 10/20/2025 | USCIS G-1055, Fee Schedule (Updated for $100K Fee) | USCIS000007 |
| 10/20/2025 | USCIS Pay.gov H1B payment page | USCIS000012 |
| 9/19/2025 | Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* | USCIS000014 |

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009



U.S. Citizenship
and Immigration
Services

September 20, 2025

# Memorandum

TO:        Associate Directors,
           Deputy Associate Directors,
           Program Office Chiefs

FROM:      Joseph B. Edlow
           Director, United States Citizenship and Immigration Services

SUBJECT:   Proclamation, Restriction on Entry of Certain Nonimmigrant Workers, H-1B

On September 19, 2025, the President issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers*, to address systemic abuse of H-1B nonimmigrant visas.  Pursuant to sections 212(f) and 215(a) of the Immigration and Nationality Act (INA), 8 U.S.C. 1182(f) and 1185(a), the entry into the United States of aliens as nonimmigrants to perform services in a specialty occupation under section 101(a)(15)(H)(i)(b) of the INA, 8 U.S.C. 1101(a)(15)(H)(i)(b), is restricted, except for those aliens whose petitions *are accompanied or supplemented* by a payment of $100,000.  This guidance applies to H-1B employment-based petitions filed after 12:01 AM ET on September 21, 2025.

**This proclamation only applies prospectively to petitions that have not yet been filed.** The proclamation does not apply to aliens who: are the beneficiaries of petitions that were filed prior to the effective date of the proclamation, are the beneficiaries of currently approved petitions, or are in possession of validly issued H-1B non-immigrant visas. All officers of United States Citizenship and Immigration Services shall ensure that their decisions are consistent with this guidance. The proclamation does not impact the ability of any current visa holder to travel to or from the United States.

cc: David V. Roy, Chief Counsel (A)

FOUO, For Official Use Only

Case 4:25-cv-08454-HSG    Document 75-19    Filed 12/18/25    Page 5 of 23

 **U.S. Citizenship and Immigration Services**

MENU

# H-1B FAQ

Release Date : 09/21/2025

On Friday, Sept. 19, 2025, President Donald J. Trump signed a Proclamation, "Restriction on Entry of Certain Nonimmigrant Workers," that took an important, initial, and incremental step to reform the H-1B visa program to curb abuses and protect American workers.

This Proclamation:

- Requires a $100,000 payment to accompany any new H-1B visa petitions submitted after 12:01 a.m. eastern daylight time on Sept. 21, 2025. This includes the 2026 lottery, and any other H-1B petitions submitted after 12:01 a.m. eastern daylight time on Sept. 21, 2025.

- Authorizes the Department of Homeland Security and the Department of State to coordinate to take all necessary and appropriate action to implement this Proclamation.

  - U.S. Citizenship and Immigration Services has so far taken such action by issuing guidance regarding the Proclamation, available [here (PDF, 177.48 KB)](#).

  - U.S. Customs and Border Protection has also issued guidance, available [here](#) ⧉.

  - The Department of State has posted guidance to all consular offices, consistent with the guidance from U.S. Citizenship and Immigration Services and U.S. Customs and Border Protection guidance.

This Proclamation does not:

- Apply to any previously issued H-1B visas, or any petitions submitted prior to 12:01 a.m. eastern daylight time on Sept. 21, 2025.

- Does not change any payments or fees required to be submitted in connection with any H-1B renewals. The fee is a one-time fee on submission of a new H-1B petition.

- Does not prevent any holder of a current H-1B visa from traveling in and out of the United States.

Further steps that will be taken to reform the H-1B program, as contemplated in the Proclamation, include:

- A rulemaking by the Department of Labor to revise and raise the prevailing wage levels in order to upskill the H-1B program and ensure that it is used to hire only the best of the best temporary foreign workers.

- A rulemaking by the Department of Homeland Security to prioritize high-skilled, high-paid aliens in the H-1B lottery over those at lower wage levels.

Additional reforms are also under consideration and will be announced in the coming months.

**Need Help? Chat with Emma™**

USCIS000002

For more information on USCIS and its programs, please visit uscis.gov or follow us on X (formerly Twitter)⧉ , Instagram⧉, YouTube⧉, Facebook⧉ and LinkedIn⧉.

Last Reviewed/Updated: 09/21/2025

USCIS000003

Case 4:25-cv-08454-HSG     Document 75-19     Filed 12/18/25     Page 7 of 23



**U.S. Citizenship and Immigration Services**

MENU

[Home](#) > [Working in the United States](#) > [Temporary Workers](#) > H-1B Specialty Occupations

# H-1B Specialty Occupations

> ℹ️ **ALERT:** On Sept. 19, 2025, the President issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers*, an important initial step to reform the H-1B nonimmigrant visa program. Under the Proclamation, new H-1B petitions filed at or after 12:01 a.m. eastern daylight time on September 21, 2025 must be accompanied by an additional $100,000 payment as a condition of eligibility. Additional information is available in the "Presidential Proclamation on Restriction on Entry of Certain Nonimmigrant Workers" section below.

> ℹ️ **ALERT:** USCIS will process H-1B, H-2A, and H-2B related [Form I-129](#) petitions and CW-1 related [Form I-129CW](#) petitions during the government shutdown. We recognize, however, that the shutdown may affect a petitioner's ability to get required documentation (such as a labor condition application or a temporary labor certification from the U.S. Department of Labor), which may delay their ability to file Form I-129 or Form I-129CW.
>
> If an H-1B, H-2A, H-2B, or CW-1 petitioner meets all other applicable requirements and submits evidence establishing that the primary reason they did not timely file an extension of stay or change of status request was due to the government shutdown, we will consider the government shutdown an extraordinary circumstance beyond the petitioner's control when we determine whether to excuse their failure to timely file the extension of stay or change of status request. We will monitor the situation closely and publish additional guidance if needed. Find additional information in [Vol. 2, Part A, Chapter 4](#) of the USCIS Policy Manual.

> ℹ️ **Alert:** We have [received enough petitions](#) to reach the congressionally mandated 65,000 H-1B visa regular cap and the 20,000 H-1B visa U.S. advanced degree exemption, known as the master's cap, for fiscal year 2026.

This nonimmigrant classification applies to people who wish to perform services in a specialty occupation, services of exceptional merit and ability relating to a Department of Defense (DOD) cooperative research and development project, or services as a fashion model of distinguished merit or ability.

↙ Close All    ↗ Open All



Need Help? Chat with Emma™

USCIS000004

## Presidential Proclamation on Restriction on Entry of Certain Nonimmigrant Workers



On September 19, 2025, the President issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers*, an important initial step to reform the H-1B nonimmigrant visa program. Under the Proclamation, certain H-1B petitions filed at or after 12:01 a.m. eastern daylight time on September 21, 2025 must be accompanied by an additional $100,000 payment as a condition of eligibility.

**Who is subject to the $100,000 payment:**

The Proclamation applies to new H-1B petitions filed at or after 12:01 a.m. eastern daylight time on September 21, 2025, on behalf of beneficiaries who are outside the United States and do not have a valid H-1B visa. The Proclamation also applies if a petition filed at or after 12:01 a.m. eastern daylight time on September 21, 2025, requests consular notification, port of entry notification, or pre-flight inspection for an alien in the United States.

In addition, if a petition filed at or after 12:01 a.m. eastern daylight time on September 21, 2025, requests a change of status or amendment or extension of stay and USCIS determines that the alien is ineligible for a change of status or an amendment or extension of stay (e.g., is not in a valid nonimmigrant visa status or if the alien departs the United States prior to adjudication of a change of status request), the Proclamation will apply and the payment must be paid according to the instructions provided by USCIS.

The Proclamation does not apply to any previously issued and currently valid H-1B visas, or any petitions submitted prior to 12:01 a.m. eastern daylight time on September 21, 2025. In addition, the Proclamation does not prevent any holder of a current H-1B visa, or any alien beneficiary following petition approval, from traveling in and out of the United States.

The Proclamation also does not apply to a petition filed at or after 12:01 a.m. eastern daylight time on September 21, 2025, that is requesting an amendment, change of status, or extension of stay for an alien inside the United States where the alien is granted such amendment, change, or extension. Further, an alien beneficiary of such petition will not be considered to be subject to the payment if he or she subsequently departs the United States and applies for a visa based on the approved petition and/or seeks to reenter the United States on a current H-1B visa.

**How to pay the $100,000 payment:**

Petitioners should submit the required $100,000 payment using pay.gov, following the instructions on pay.gov at the following link: https://www.pay.gov/public/form/start/1772005176.

**When to pay the $100,000 payment:**

Payment must be made prior to filing a petition with USCIS, as petitioners must submit proof that the payment has been scheduled from pay.gov or evidence of an exception from the $100,000 payment from the Secretary of Homeland Security at the time of filing the H-1B petition. Petitions subject to the $100,000 payment that are filed without a copy of the proof of the payment from pay.gov or evidence of an exception from the Secretary of Homeland Security will be denied.

**Exceptions granted by the Secretary of Homeland Security:**

USCIS000005

Exceptions to the $100,000 payment are granted by the Secretary of Homeland Security in the extraordinarily rare circumstance where the Secretary has determined that a particular alien worker's presence in the United States as an H-1B worker is in the national interest, that no American worker is available to fill the role, that the alien worker does not pose a threat to the security or welfare of the United States, and that requiring the petitioning employer to make the payment on the alien's behalf would significantly undermine the interests of the United States. Petitioning employers who believe their alien worker satisfies this high threshold may seek an exception by sending their request and all supporting evidence to H1BExceptions@hq.dhs.gov.

Eligibility Criteria ⌄

H-1B Licensing ⌄

H-1B Electronic Registration Process ⌄

Petition Filing Process ⌄

Labor Condition Application (LCA) ⌄

Period of Stay ⌄

H-1B Cap ⌄

Changing Employers or Employment Terms with the Same Employer (Portability) ⌄

Family of H-1B Nonimmigrants ⌄

More Information ⌄

↗ Close All    ↗ Open All

Last Reviewed/Updated: 10/20/2025

USCIS000006



# U.S. Citizenship and Immigration Services

MENU

Home > Forms > Filing Fees > Fee Schedule

# G-1055, Fee Schedule

> **ⓘ** **ALERT:** On Oct. 1, 2025, we began sending notices to all aliens with a pending Form I-589, Application for Asylum and for Withholding of Removal, who are required to pay the new Annual Asylum Fee (AAF) as provided in the July 22, 2025 Federal Register notice titled "USCIS Immigration Fees Required by HR-1 Reconciliation Bill." We also sent notices to any representatives of these aliens listed on Form G-28.
>
> On Oct. 30, 2025, the United States District Court for the District of Maryland in *Asylum Seeker Advocacy Project v. United States Citizenship and Immigration Services, et al.*, SAG-25-03299 (D. Md.), temporarily stayed the AAF implementation provisions by USCIS. USCIS strongly disagrees with the Court's order but will follow its terms pending possible further judicial review.
>
> In accordance with the Oct. 30 order, USCIS has paused the issuance of AAF notices pending further litigation developments. Any applicant who has received a notice from USCIS instructing him or her to pay the AAF may disregard that notice while the temporary stay is in place. USCIS will not refund previously paid annual asylum fees, and applicants who paid the fee should retain their receipts. USCIS will issue updated instructions on payment of the AAF pending further litigation developments.

> **ⓘ** **ALERT**: On Nov. 14, 2025, we published a new edition of Form G-1055, Fee Schedule. The new edition changed the filing fees for EB-5 related petitions and applications to the pre April 1, 2024, Fee Rule filing fees for:
> - Form I-526, Immigrant Petition by Standalone Investor;
>
> - Form I-526E, Immigrant Petition by Regional Center Investor;
>
> - Form I-829, Petition by Investor to Remove Conditions on Permanent Resident Status;
>
> - Form I-956, Application for Regional Center Designation;
>
> - Form I-956F, Application for Approval of an Investment in a Commercial Enterprise; and
>
> - Form I-956G, Regional Center Annual Statement
>
> Read more here: Court Order on Partial Stay of DHS 2024 USCIS Fee Rule.

Use this form to verify fee information for immigration forms.



Need Help?
Chat with Emma™

USCIS000007

Each application, petition, or request must be accompanied by the correct fee(s) unless you are exempt from paying the fee(s) or are eligible for a fee waiver.  If the fee is incorrect, your application, petition, or request will be rejected.

Fees for applications, petitions, or requests can be paid by ACH debit, or credit card.

**Filing at a USCIS Office**

If you are filing your application or petition at a USCIS office, you must pay for the filing fee through pay.gov via a credit card or debit card, or electronic funds transfer (EFT) from a U.S. banking institution using Form G-1650, Authorization for ACH Transactions. Cash can never be used to pay a filing and/or biometric services fee, even when filing at a USCIS Office.

**Fees required under Public Law 119-21 (Pub. L. 119-21)**

Certain forms require additional fees along with any filing fee. Additional fees are not eligible for fee waivers and must be paid by separate payment concurrent with any filing fee. If your form does not have a filing fee or you have applied for a fee waiver for the form's filing fee, you must still pay the new fee mandated by Pub. L. 119-21.

**NOTE:** Pub. L. 119-21 fees adjust each year as required by law. For specific information regarding the form you are filing, please see the Additional Fee for the form you are filing.

**Fee Waivers**

Certain filers may qualify for a fee waiver for certain forms. To determine your eligibility for a fee waiver, please review Form I-912, Request for Fee Waiver. If you are not eligible for a fee waiver, you must submit the correct fee(s). For most forms, you cannot request a fee waiver when filing online. You must file a paper version of Form I-912, or a written request for a fee waiver, and the form for which you are requesting a fee waiver. You may not request a fee waiver of the additional fees required by Pub. L. 119-21. However, you may request a waiver of the filing fee set by USCIS, if otherwise eligible, while submitting the additional fee required by Pub. L. 119-21.

**Fee Exemptions**

Fee-exempt forms and filing categories list $0 as the Filing Fee. You do not need to file Form I-912, Request for Fee Waiver, or make a formal request to qualify for a fee exemption. However, the fee exemptions in this schedule only indicate that the form is free to file. They do not indicate eligibility to file those benefit requests in all circumstances. Eligibility to file a particular benefit request is set forth in the applicable regulations and form instructions.



**Edition Date**

11/14/25. You can find the edition date at the bottom of the page of Form G-1055, Fee Schedule.



**Downloads**

USCIS Fee Schedule

USCIS000008

If you need help downloading and printing forms, read our instructions.

# Select a Form for Fee Information

I-129, Petition for a Nonimmigrant Worker – H-1B and H-1B1 Petitions ▾

---

# I-129, Petition for a Nonimmigrant Worker – H-1B and H-1B1 Petitions

Visit the I-129 page for more information.

| Filing Category | Paper Filing Fee | Online Filing Fee |
|---|---|---|
| 1. If you are filing H-1B or H-1B1 petitions.<br>2. If you are filing as a Small Employer or Nonprofit. | 1. $780 plus additional fees<br>2. $460 plus additional fees, if applicable | 1. $730 plus additional fees<br>2. $460 plus additional fees, if applicable |
| Additional Fees:<br><br>Asylum Program Fee<br><br>a. If you are filing as a Regular Petitioner<br>b. If you are filing as a Non-profit<br>c. If you are filing as a Small Employer | Varies<br><br>a. $600<br>b. $0<br>c. $300 | Varies<br><br>a. $600<br>b. $0<br>c. $300 |

USCIS000009

| Filing Category | Paper Filing Fee | Online Filing Fee |
|---|---|---|
| Additional Fees:<br><br>H-1B petitioners must submit a Fraud Prevention and Detection fee if they are:<br><br>a. Seeking initial approval of H-1B nonimmigrant status for a beneficiary; or<br><br>b. Seeking approval to employ an H-1B nonimmigrant currently working for another petitioner.<br><br>Petitioners for Chile or Singapore H-1B1 Free Trade Nonimmigrants do not have to pay the Fraud Prevention and Detection fee.  Fraud Prevention and Detection fee, when applicable, may not be waived. | $500 | $500 |
| Additional Fees:<br><br>H-1B petitioners are required to submit an additional fee mandated by Public Law 114-113, if:<br><br>a. They are required to submit the Fraud Prevention and Detection fee; **and**<br><br>b. They employ 50 or more individuals in the United States; and<br><br>c. More than 50 percent of those employees are in H-1B, L-1A, or L-1B nonimmigrant status. | $4,000 | $4,000 |

USCIS000010

| Filing Category | Paper Filing Fee | Online Filing Fee |
|---|---|---|
| **Additional Fees:**<br><br>American Competitiveness and Workforce Improvement Act (ACWIA). Petitioners filing for:<br><br>a. An H-1B nonimmigrant; or<br><br>b. A Chile or Singapore H-1B1 Free Trade Nonimmigrant must submit an additional ACWIA fee unless they are exempt under Section 2 of the H-1B Data Collection and Filing Fee Exemption Supplement.<br><br>To determine which ACWIA fee to pay, complete Section 2 of the H-1B Data Collection and Filing Fee Exemption Supplement. | $1,500 or $750 (depending on number of workers the petitioner employs) | $1,500 or $750 (depending on number of workers the petitioner employs) |
| **Additional Fees:**<br><br>Presidential Proclamation on Restriction of Entry of Certain Nonimmigrant Workers.<br><br>Do not submit payment for this fee with your petition. You must use pay.gov to pay this fee prior to filing your petition. For additional information, see our H-1B Specialty Occupations page. | N/A | $100,000 (unless an exception has been granted by the Secretary of Homeland Security) |

**File Online**

Last Reviewed/Updated: 11/18/2025

USCIS000011

Case 1:25-cv-08415-HSG    Document 75-19    Filed 12/05/25    Page 15 of 23
Pay.gov - H-1B VISA PAYMENT TO REMOVE RESTRICTION



An official website of the United States government  Here's how you know

MENU

# H-1B VISA PAYMENT TO REMOVE RESTRICTION

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| **Before You Begin** | Complete Agency Form | Enter Payment Info | Review & Submit | Confirmation |

## About this form

Use this form to pay your H-1B VISA PAYMENT TO REMOVE RESTRICTION.

**Attention!** You must capture the Pay.gov and Agency Tracking ID information after completing your transaction. Keep this information for your records.

**Accepted Payment Methods:**

- Bank account (ACH)

**With an account you can:**

- See the payments you made since you created an account.
- Store payment information so you don't have to re-enter it.
- Copy a form you already submitted the next time you need to make a payment.

**To take advantage of these benefits, you can <u>Sign In</u> . If you don't have an existing account, you will have the option to create an account on the sign-in page. To continue as a guest user, click the 'Continue to the Form' button.**

| Preview Form | Cancel | Continue to the Form |
|---|---|---|

This is a secure service provided by United States Department of the Treasury. The information you will enter will remain private. <u>Please review our privacy policy </u>for more information.

**We're here to help!**

USCIS000012

Case 4:25-cv-03457-HSG    Document 75-19    Filed 12/05/25    Page 16 of 23

Return to top

**Accessibility Policy**                **Privacy and Security Policy**                **Notices and Agreements**

**For Agencies**                                    *                                    **Feedback**



## Pay.gov

Pay.gov is a program of the U.S. Department of
the Treasury, Bureau of the Fiscal Service

## Pay.gov Support

WARNING WARNING WARNING

You have accessed a U.S. Government information system, which includes (1) this computer, (2) this network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network. U.S. Government information systems are provided for the processing of official U.S. Government information only. Unauthorized or improper use of this information system is prohibited and may subject you to disciplinary action, as well as civil and criminal penalties. All data contained on U.S. Government information systems is owned by the U.S. Government and may, for the purpose of protecting the rights and property of the U.S. Government, be monitored, intercepted, recorded, read, searched, copied, or captured in any manner and disclosed or used for any lawful government purpose at any time. THERE IS NO RIGHT TO PRIVACY IN THIS SYSTEM. System personnel may give to law enforcement officials any potential evidence of crime found on U.S. Government information systems. USE OF THIS SYSTEM BY ANY USER, AUTHORIZED OR UNAUTHORIZED, CONSTITUTES YOUR UNDERSTANDING AND CONSENT TO THIS MONITORING, INTERCEPTION, RECORDING, READING, COPYING, OR CAPTURING AND DISCLOSURE.

Note: This system may contain Sensitive But Unclassified (SBU) data that requires specific data privacy handling.

USCIS000013

Case 1:25-cv-08345-HSG   Document 45-19   Filed 11/05/25   Page 17 of 23

*The* WHITE HOUSE

PRESIDENTIAL ACTIONS

RESTRICTION ON ENTRY OF CERTAIN NONIMMIGRANT WORKERS

Proclamations

September 19, 2025

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA
A PROCLAMATION

The H-1B nonimmigrant visa program was created to bring temporary workers into the United States to perform additive, high-skilled functions, but it has been deliberately exploited to replace, rather than supplement, American workers with lower-paid, lower-skilled labor. The large-scale replacement of American workers through systemic abuse of the program has undermined both our economic and national security. Some employers, using practices now widely adopted by entire sectors, have abused the H-1B statute and its regulations to artificially suppress wages, resulting in a disadvantageous labor market for American citizens, while at the same time making it more difficult to attract and retain the highest skilled subset of temporary workers, with the largest impact seen in critical science, technology, engineering, and math (STEM) fields.

The number of foreign STEM workers in the United States has more than doubled between 2000 and 2019, increasing from 1.2 million to almost 2.5 million, while overall STEM employment has only increased 44.5 percent during that time. Among computer and math occupations, the foreign share of the workforce grew from 17.7 percent in 2000 to 26.1 percent in 2019. And the key facilitator for this influx of foreign STEM labor has been the abuse of the H-1B visa.

Information technology (IT) firms in particular have prominently manipulated the H-1B system, significantly harming American workers in computer-related fields. The share

USCIS000014

of IT workers in the H-1B program grew from 32 percent in Fiscal Year (FY) 2003 to an average of over 65 percent in the last 5 fiscal years.  In addition, some of the most prolific H-1B employers are now consistently IT outsourcing companies.  Using these H 1B-reliant IT outsourcing companies provides significant savings for employers:  one study of tech workers showed a 36 percent discount for H-1B "entry-level" positions as compared to full-time, traditional workers.  To take advantage of artificially low labor costs incentivized by the program, companies close their IT divisions, fire their American staff, and outsource IT jobs to lower-paid foreign workers.

Further, the abuse of the H-1B visa program has made it even more challenging for college graduates trying to find IT jobs, allowing employers to hire foreign workers at a significant discount to American workers.  These effects of abuse of H-1B visas have coincided with increasing challenges in the labor market in which H-1B workers serve.  According to a study from the Federal Reserve Bank of New York, among college graduates ages 22 to 27, computer science and computer engineering majors are facing some of the highest unemployment rates in the country at 6.1 percent and 7.5 percent, respectively — more than double the unemployment rates of recent biology and art history graduates.  Recent data reveals that unemployment rates among workers in computer occupations jumped from an average of 1.98 percent in 2019 to 3.02 percent in 2025.

Reports also indicate that many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers.  One software company was approved for over 5,000 H-1B workers in FY 2025; around the same time, it announced a series of layoffs totaling more than 15,000 employees.  Another IT firm was approved for nearly 1,700 H-1B workers in FY 2025; it announced it was laying off 2,400 American workers in Oregon in July.  A third company has reduced its workforce by approximately 27,000 American workers since 2022, while being approved for over 25,000 H-1B workers since FY 2022.  A fourth company reportedly eliminated 1,000 jobs in February; it was approved for over 1,100 H-1B workers for FY 2025.

American IT workers have reported they were forced to train the foreign workers who were taking their jobs and to sign nondisclosure agreements about this indignity as a condition of receiving any form of severance.  This suggests H-1B visas are not being used to fill occupational shortages or obtain highly skilled workers who are unavailable in the United States.

USCIS000015

The high numbers of relatively low-wage workers in the H-1B program undercut the integrity of the program and are detrimental to American workers' wages and labor opportunities, especially at the entry level, in industries where such low-paid H-1B workers are concentrated.  These abuses also prevent American employers in other industries from utilizing the H-1B program in the manner in which it was intended:  to fill jobs for which highly skilled and educated American workers are unavailable.

The abuse of the H-1B program is also a national security threat.  Domestic law enforcement agencies have identified and investigated H-1B-reliant outsourcing companies for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities to encourage foreign workers to come to the United States.

Further, abuses of the H-1B program present a national security threat by discouraging Americans from pursuing careers in science and technology, risking American leadership in these fields.  A 2017 study showed that wages for American computer scientists would have been 2.6 percent to 5.1 percent higher and employment in computer science for American workers would have been 6.1 percent to 10.8 percent higher in 2001 absent the importation of foreign workers into the computer science field.

It is therefore necessary to impose higher costs on companies seeking to use the H-1B program in order to address the abuse of that program while still permitting companies to hire the best of the best temporary foreign workers.

The severe harms that the large-scale abuse of this program has inflicted on our economic and national security demands an immediate response.  I therefore find that the unrestricted entry into the United States of certain foreign workers who are described in section 1 of this proclamation would be detrimental to the interests of the United States because such entry would harm American workers, including by undercutting their wages.

Accordingly, by the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

Section 1.  Restriction on Entry.  (a)  Pursuant to sections 212(f) and 215(a) of the Immigration and Nationality Act (INA), 8 U.S.C. 1182(f) and 1185(a), the entry into the United States of aliens as nonimmigrants to perform services in a specialty occupation under section 101(a)(15)(H)(i)(b) of the INA, 8 U.S.C. 1101(a)(15)(H)(i)(b), is restricted, except for those aliens whose petitions are accompanied or supplemented by a payment

USCIS000016

Case 1:25-cv-08344-HSG    Document 75-19    Filed 12/05/25    Page 20 of 23

of $100,000 — subject to the exceptions set forth in subsection (c) of this section.  This restriction shall expire, absent extension, 12 months after the effective date of this proclamation, which shall be 12:01 a.m. eastern daylight time on September 21, 2025.

(b)  The Secretary of Homeland Security shall restrict decisions on petitions not accompanied by a $100,000 payment for H-1B specialty occupation workers under section 101(a)(15)(H)(i)(b) of the INA, who are currently outside the United States, for 12 months following the effective date of this proclamation as set forth in subsection (a) of this section.  The Secretary of State shall also issue guidance, as necessary and to the extent permitted by law, to prevent misuse of B visas by alien beneficiaries of approved H-1B petitions that have an employment start date beginning prior to October 1, 2026.

(c)  The restriction imposed pursuant to subsections (a) and (b) of this section shall not apply to any individual alien, all aliens working for a company, or all aliens working in an industry, if the Secretary of Homeland Security determines, in the Secretary's discretion, that the hiring of such aliens to be employed as H-1B specialty occupation workers is in the national interest and does not pose a threat to the security or welfare of the United States.

Sec. 2.  Compliance.  (a)  Employers shall, prior to filing an H-1B petition on behalf of an alien outside the United States, obtain and retain documentation showing that the payment described in section 1 of this proclamation has been made.

(b)  The Secretary of State shall verify receipt of payment of the amount described in section 1 of this proclamation during the H-1B visa petition process and shall approve only those visa petitions for which the filing employer has made the payment described in section 1 of this proclamation.

(c)  The Department of Homeland Security and the Department of State shall coordinate to take all necessary and appropriate action to implement this proclamation and to deny entry to the United States to any H-1B nonimmigrant for whom the prospective employer has not made the payment described in section 1 of this proclamation.

Sec. 3.  Scope and Implementation of Restriction on Entry.  (a)  The restriction on entry pursuant to section 1 of this proclamation shall apply only to aliens who enter or attempt to enter the United States after the effective date of this proclamation as set forth in section 1(a) of this proclamation.

(b)  No later than 30 days following the completion of the H-1B lottery that immediately follows this proclamation, the Secretary of State, the Attorney General, the

USCIS000017

Case 4:25-cv-08345-HSG   Document 45-13   Filed 12/05/25   Page 21 of 23

Secretary of Labor, and the Secretary of Homeland Security shall jointly submit to the President, through the Assistant to the President and Homeland Security Advisor, a recommendation on whether an extension or renewal of the restriction on entry pursuant to section 1 of this proclamation is in the interests of the United States.

Sec. 4.  Amending the Prevailing Wage Levels.  (a)  The Secretary of Labor shall initiate a rulemaking to revise the prevailing wage levels to levels consistent with the policy goals of this proclamation consistent with section 212(n) of the INA, 8 U.S.C. 1182(n). (b)  The Secretary of Homeland Security shall initiate a rulemaking to prioritize the admission as nonimmigrants of high-skilled and high-paid aliens, consistent with sections 101, 212, and 214 of the INA, 8 U.S.C. 1101, 1182, and 1184.

Sec. 5.  General Provisions.  (a)  Nothing in this proclamation shall be construed to impair or otherwise affect:

(i)   the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This proclamation shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This proclamation is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

IN WITNESS WHEREOF, I have hereunto set my hand this nineteenth day of September, in the year of our Lord two thousand twenty-five, and of the Independence of the United States of America the two hundred and fiftieth.

DONALD J. TRUMP

USCIS000018

Case 1:25-cv-08345-HSG    Document 45-19    Filed 12/05/25    Page 22 of 23



GET THE FACTS →

NEWS

WIRE

ISSUES

CONTACT

VISIT

EOP

ADMINISTRATION

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS

THE SIGNERS



Subscribe to The White House newsletter

Your email                                                    SIGN UP

USCIS000019

Case 1:25-cv-08345-JSR    Document 45-19    Filed 12/05/25    Page 23 of 23

Text POTUS to 45470 to receive updates

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy



USCIS000020