# Exhibit 39

12/15/25, 9:10 AM
Case 4:25-cv-08454-HSG   Document 75-27   Filed 12/18/25   Page 2 of 9
Trump's $100k visa fee could curb hiring of foreign teachers in Texas



Subscribe          Sign in

# Hundreds of Texas teachers are on H-1B visas. Could that change after Trump's new $100k fee?

By **Isaac Yu**, **Nusaiba Mizan**, *Staff Writers*

Sep 25, 2025

   



President Donald Trump holds up the signed Gold Card executive order as Commerce Secretary Howard Lutnick looks on in the Oval Office of the White House, Friday, Sept. 19, 2025, in Washington.

Alex Brandon/Associated Press

🎧 Listen Now:  Hundreds of Texas teachers are on H-1B visas. C

3:24
1x

📊 Everlit

With the Trump administration's announcement of a new $100,000 fee for H-1B visas, companies are scrambling to determine whether the high-skill workers they want to hire are worth the fee.

But the steep cost could shut out one group of employers entirely: Texas public schools, which have historically employed more foreign teachers under the program than any other state education system.

**Texas school districts sponsoring the most H-1B visas, 2024**

See More ∨

Texas school districts, including charter schools, currently employ around 500 teachers on H-1B visas, according to the most recent federal data. Most of them are concentrated in large, urban districts, to help ease teacher shortages and meet mandates to serve students who are still learning English in bilingual classrooms.

ADVERTISEMENT
Article continues below this ad



**READ MORE**: 'Great impact': S.A.-area schools find hard-to-hire educators by looking outside U.S.

Dallas ISD, which recruits more teachers via H-1B than any other school district in the country, leads the state with over 200, records show. The district, which has spent thousands on marketing campaigns in Spain and Latin America to recruit teachers, did not respond to a request for comment. Houston ISD was also among the country's top districts as of 2022 but has since scaled back.



## Want more Houston Chronicle?

Add Preferred Source

Unlike the large tech or finance firms that dominate the H-1B process, schools have such limited budgets that a six-figure fee could be difficult to bear. The amount is roughly double the average teacher salary in Texas and much higher than the several thousand dollars districts currently pay in associated visa costs.

"If enacted, the proposed $100,000 fee for new H-1B petitions would be a significant financial barrier for public school districts and an unsustainable cost for Alief ISD," a district spokesperson said in a statement. The district outside Houston sponsored 8 H-1B visas last year.

**ADVERTISEMENT**
Article continues below this ad

"Alief will remain focused on strengthening its educator pipelines through grow-your-own initiatives with external partnerships and internal teacher apprenticeships to ensure continued support for students and the community."

Other districts with a significant number of H-1B visa holders are Austin ISD and the Harmony Public Schools charter group. The Dallas Morning News reported in 2023 that Texas sponsors more foreign teachers through the H-1B program than any other state.

**FACT CHECK**: Are H-1B visas being used to hire dog trainers, massage therapists and cooks?

The new fee does not apply to workers already in the country or to petition renewals, the Trump administration clarified a day after the announcement. Trump has said the new fee, a staggering increase from the current $215 application fee, will limit the visa to only the most valuable workers and encourage more job training for Americans.

**ADVERTISEMENT**
Article continues below this ad

In light of the change, some districts may turn to a different visa known as the J-1, a cultural exchange program run through the State Department that also employs several hundred teachers in Texas. Several districts in San Antonio have teachers on those visas, including Southwest and North East ISDs. But that visa offers no path to

permanent residency, making it less attractive for high-skilled teachers unwilling to uproot careers for temporary placements.

Though H-1B visas can last up to six years, employers can choose to sponsor those workers for a "green card" or permanent residency. Workers must have a bachelor's degree, and must obtain a recognition of their teacher's certification from the Texas Education Agency before teaching in the state.

Sep 25, 2025

**Isaac Yu**

**REPORTER**

Originally from Garland, Texas, Isaac Yu is a politics reporter based in Austin. He previously wrote for the Texas Tribune, Wall Street Journal and Milwaukee Journal Sentinel. He can be reached at isaac.yu@hearst.com.

**Nusaiba Mizan**

**HOUSTON ISD REPORTER**

Nusaiba Mizan covers Houston ISD for the Houston Chronicle. You can reach her at nusaiba.mizan@houstonchronicle.com

## Editor's Picks

**TRENDING**                    **INTERACTIVES**                    **NEWSR(**

Case 4:25-cv-08454-HSG    Document 75-27    Filed 12/18/25    Page 9 of 9

## Dave Ward's family reveals cause of death for legendary news anchor

## Photos of the year: The Chronicle's defining images of 2025

## How the C

### Let's Play

| SpellTower | Pile-Up Poker | Typeshift | Really Bad Ch |
|---|---|---|---|

Top

⭐

About

Contact

Services

Account

HEARST *newspapers*   © 2025 Hearst Newspapers, LLC   Terms of Use   |   Privacy Notice   |   DAA Industry Opt Out   |

Your Privacy Choices (Opt Out of Sale/Targeted Ads)