# Exhibit 3:

Case 4:25-cv-08454-HSG    Document 75-28    Filed 12/18/25    Page 2 of 11

BUSINESS

# New $100,000 fee for H-1B visas could hurt teacher recruitment for NC schools

By **T. Keung Hui** and **Brian Gordon**

Updated September 24, 2025 6:00 PM     🎁 Gift Article

Case 4:25-cv-08454-HSG    Document 75-28    Filed 12/18/25    Page 3 of 11

AD

Ad Choices [▷]



Continue watching
**How will Trump'...**
after the ad

North Carolina employers, schools, and tech firms that rely on foreign H-1B visa skilled workers are scrambling after President Trump set a $100,000 application fee on the program used by businesses, universities and some rural schools. By Kevin Keister

✦ **Key Takeaways**

AI-generated summary reviewed by our newsroom.

Case 4:25-cv-08454-HSG    Document 75-28    Filed 12/18/25    Page 4 of 11

🎧 **Listen to this article**

A new $100,000 fee on H-1B work visas could make it harder for North Carolina schools to fill teaching positions during a time when thousands of vacancies still exist statewide.

The Trump administration says it's protecting American jobs by raising the permit fee for companies to bring in new overseas workers on an H-1B visa. But schools that have come to rely on the H-1B visas say they need to be exempted because the $100,000 fee per worker is too high for them.

TOP VIDEOS



TOP VIDEOS



"While we respect the administration's efforts to ensure fairness and national security in the immigration process, the proposed $100,000 fee per H-1B application would create a significant barrier for nonprofit, tax-exempt, and public institutions like ours. Simply put, most schools could not sustain such costs," said Fatih Sahin, a spokesperson for TMSA Public Charter Schools, which operates charter schools across North Carolina, including in Wake and Mecklenburg counties.

"Without an exemption, the result could be a severe shortage of qualified teachers at a time when schools nationwide already face staffing challenges."

President Donald Trump's order issued Friday empowers the secretary of Homeland Security to exempt certain individuals, companies, and entire industries from the $100,000 fee if they determine doing so "is in the national interest and does not pose a threat to the security or welfare of the United States."

The Trump administration has not issued any exemptions since the rule went into effect Sunday. The $100,000 fee is about 50 times higher than what some employers had previously paid per application and is more than double the starting salary for beginning teachers — unlike the salaries of tech workers who account for most H-1B visas.

According to federal records, at least 758 education services H-1B visas have been approved in North Carolina at the K-12 and higher education levels. The $100,000 fee, which is expected to be challenged in court, will only apply to new applications and not to existing H-1B visa holders, the administration clarified in a follow-up memo.

## Which NC school district relies most on H-1Bs?

Launched in 1990, the H-1B program has paired foreign workers who have bachelor's or higher degrees with employers who say they can't find qualified U.S. candidates for specialized jobs. Visas can last up to six years, though workers who begin the green card application process may remain in the program as long as their employer continues to sponsor them.

Most H-1B holders are male, Indian nationals, and hired in the technology sector. Amazon, Microsoft, Meta, Google and Apple are five of the six top visa recipients this year. Supporters say the program addresses persistent sector shortages while opponents on the political left and right contend some employers have exploited the system to find cheaper workers with less job mobility.

But alongside major corporations, the list of North Carolina employers hiring H-1B workers includes the state's biggest universities and many K-12 districts.

Some schools have also turned to the H-1B program to fill positions because fewer people in this country want to become teachers. Even though teacher vacancies are down compared to a year ago, a survey by the N.C. School Superintendents' Association found that school districts opened the new school year with 2,155 teaching vacancies.

"With university systems no longer graduating prospective teachers at the same rate they once did, school districts are heavily competing with other school districts for a smaller pool of teacher candidates entering K-12 education through traditional pathways," said Ken Derksen, a spokesperson for Wayne County Public Schools.

Wayne County has the most H-1B visas of any North Carolina school district at 47, followed by 31 in Halifax County. TMSA Public Charter Schools has 22 people employed on an H-1B visa.

Charlotte-Mecklenburg Schools has 20 employees on an H-1B visa. The district said in a statement Wednesday that the new fee is cost prohibitive so they'd prioritize

other strategies to recruit staff.

## Rural districts use H-1B program to hire teachers

A $100,000 fee to bring in new teachers on an H-1B visa would be particularly difficult for a poor rural school system such as Halifax County in northeastern North Carolina.

Halifax County uses the H-1B program in part because it already has difficulties recruiting and retaining teachers.

Halifax County has the highest fourth-highest teacher turnover rates in the state at 15.3%. Last year, it had a 25% teacher vacancy rate on the first day of classes, compared to 6.3% statewide.

Halifax County Schools did not return emails and voicemails from The News & Observer requesting comment.

## Schools want exemption to $100,000 fee

A potential out for schools is the Department of Homeland Security can grant "case-by-case exemptions if in the national interest." It's unclear if schools will qualify because Homeland Security is supposed to "prioritize high-skilled, high-paid H-1B workers" in the wake of President Trump's order.

Exemptions for schools would clearly fall into the category of national interest, according to Sahin of TMSA.

"Exempting schools from the proposed fee would help ensure that students continue to have access to the high-quality instruction they deserve, while still upholding the principles of fairness and accountability in the immigration process," Sahin said.

In addition, Derksen of Wayne County Public Schools said they want to know whether current H-1B holders will be exempted from the $100,000 when they renew

Case 4:25-cv-08454-HSG    Document 75-28    Filed 12/18/25    Page 8 of 11

their visa or transfer to work in another school district.

"Ultimately, like other school districts, WCPS will have to strengthen its ongoing recruitment efforts in other areas, as it will no longer be able to use this particular visa program as a viable option to employ new international teachers to fill teacher vacancies," Derksen said.

## Hiring teachers from Participate Learning

Restrictions on the use of H-1B visas would not eliminate hiring new foreign teachers for North Carolina schools.

Many schools also use Chapel Hill-based Participate Learning to recruit international teachers. Participate Learning brings teachers into the U.S. under a J-1 visa used for cultural exchange programs.

A J-1 visa lasts for a maximum of five years. An H-1B visa lasts up to six years but can renewed.

The Wake County school system only has three employees on an H-1B visa. It gets most of its 240 international teachers from Participate Learning.

*Database editor David Raynor contributed.*

This story was originally published September 23, 2025 at 3:58 PM.

---

### Do you want to see more? Check out these articles!

1. [NC employers react, others remain silent, as Trump sets $100,000 H-1B visa fee](#)
2. [New $100,000 fee for H-1B visas could hurt teacher recruitment for NC schools](#)
3. [Which NC companies (and school systems) get the most H-1B foreign worker visas?](#)
4. [Open Source: NC's growth ingredients | IBM explains H-1B visa use | Net neutrality nixed](#)

12/15/25, 9:16 AM
NC schools face challenges with Trump's new H-1B visa fees | Raleigh News & Observer
Case 4:25-cv-08454-HSG    Document 75-28    Filed 12/18/25    Page 9 of 11

5. [These job ads in local newspapers don't really want applicants. Here's why.](#)

6. [IBM scales back H-1B visa hiring but still employs thousands. What about US tech talent?](#)

7. [Open Source: When Canada welcomed H-1B workers, hundreds in NC immediately applied](#)

8. [With layoffs, Triangle H-1B holders have 60 days to find new jobs or face deportation](#)

9. [They came to the US legally. But will the kids of H-1B visa holders be able to stay?](#)

10. [Career-minded women in Triangle made housewives by H-1B visa system](#)

**Want to see more content like this?** 👍 👎

## 📩 Open Source

Open Source brings you the top stories from the Triangle's bustling tech sector.

[                                        ] [ SIGN UP ]

By submitting, I agree to the [Privacy Policy](#) and [Terms of Service](#).

## Related Stories from Raleigh News & Observer

**BUSINESS**

**NC employers react, others remain silent, as Trump sets $100,000 H-1B visa fee**

September 23, 2025 1:31 PM

**EDUCATION**

**NC teaching vacancies down 31%. Why that news may not be as good as you think.**

September 18, 2025 3:47 PM



**T. Keung Hui**   *The News & Observer*   ✉   📞 919-829-4534

T. Keung Hui has covered K-12 education for the News & Observer since 1999, helping parents, students, school employees and the community understand the vital role education plays in North Carolina. His primary focus is Wake County, but he also covers statewide education issues.

Case 4:25-cv-08454-HSG    Document 75-28    Filed 12/18/25    Page 10 of 11



**ENERGY COSTS GOT YOU CRABBY?**

Washington Gas | The Washington Gas Energy Efficiency Hub is **here** for the DMV. →

## Marketplace  Sell Your Items - Free to List

Visit Full Marketplace



**Greenworks 24V Cordless Brushless 400 in-lbs**

~~$200~~  $110

sellwild.com



**QGI Interactive Dog Toys, Random Path Electric**

~~$25~~  $19

sellwild.com



**OPOWO Bird Feeder with Camera**

~~$85~~  $40

sellwild.com



**MechMaxx 60″ 3 Point PTO Snow Blower 24″ Impeller**

~~$752~~  $2

sellwild.com



**Ever think you could do this?**

See her favorite thing to do in Madrid...

This city's Chinese egg tart is the best in the world.

The cheapest way to see Dubai wasn't what they expected.

[Ad]



**GOOLOO A3 Jump Starter with**

~~$110~~  $66

sellwild.com

**Holiday Christmas Nuts Gift Basket –**

~~$30~~  $23

sellwild.com

Powered by  **Sellwild**

**M** McClatchy Media

Part of the McClatchy Media Network

## ABOUT

About Us

Contact Us

Archives

Connect with us:

f  X  ▶  ◎  ♪

## SUBSCRIPTIONS

Customer Service

Start a Subscription

Cancel a Subscription

Make a Payment

## ADVERTISING

Case 4:25-cv-08454-HSG    Document 75-28    Filed 12/18/25    Page 11 of 11

McClatchy Advertising

Place an Ad

Place a Classified Ad

Place an Ad - Celebrations

Place an Obituary

Staffing Solutions

Political | Advocacy Advertising

## EXPLORE

📰 Read Today's Edition

📱 Mobile Apps

📰 Newsletters

🎲 Puzzles & Games

✨ Horoscopes

COPYRIGHT    COMMENTING POLICY    PRIVACY POLICY    COOKIE PREFERENCES    YOUR PRIVACY CHOICES    TERMS OF SERVICE

☰Q The News&Observer

Log In | **Subscribe**

**WELCOME OFFER**    **$3.99/MONTH FOR 1 WHOLE YEAR**    Real reporting on real issues in your community.    SUBSCRIBE NOW