# Exhibit 42

Case 4:25-cv-08454-HSG   Document 75-30   Filed 12/18/25   Page 2 of 3

 **U.S. Citizenship and Immigration Services**

MENU

Home > Newsroom > All News > Alerts > FY 2025 H-1B Registration Period and myUSCIS Organizational Account Reminders

# FY 2025 H-1B Registration Period and myUSCIS Organizational Account Reminders

Release Date : 02/28/2024

> ⓘ **ALERT:** USCIS has extended the initial registration period for the fiscal year (FY) 2025 H-1B cap. The initial registration period, which opened at noon Eastern on March 6, 2024, and was originally scheduled to run through noon Eastern on March 22, will now run through noon Eastern on March 25, 2024. USCIS is aware of a temporary system outage experienced by some registrants, and is extending the registration period to provide additional time due to this issue. Read more here: USCIS Extends Initial Registration Period for FY 2025 H-1B Cap.

On Feb. 28, 2024, we launched new myUSCIS organizational accounts that will allow multiple people within an organization, as well as their legal representatives, to collaborate on and prepare H-1B registrations, H-1B petitions, and any associated Form I-907, Request for Premium Processing Service. A new organizational account is required to participate in the H-1B Electronic Registration Process starting in March 2024.

We are working expeditiously to address any technical issues that may arise for legal representatives whose accounts migrated when they logged into their online account on or after Feb. 14, 2024, including impacts on cases other than H-1B filings. If you previously experienced issues upon logging in to your online account after migration, please log back in to see if your issues have been resolved by our ongoing technical fixes. For additional information and resources, please review updated information on the Organizational Accounts Frequently Asked Questions page.

The initial registration period for the FY 2025 H-1B cap will open at noon Eastern on March 6, 2024, and run through noon Eastern on March 22, 2024. During this period, prospective petitioners and their representatives, if applicable, must use a USCIS online account to register each beneficiary electronically for the selection process and pay the associated registration fee for each beneficiary.

Starting with the FY 2025 initial registration period, USCIS will require registrants to provide valid passport information or valid travel document information for each beneficiary. The passport or travel document provided must be the one the beneficiary, if or when abroad, intends to use to enter the United States if issued an H-1B visa. Each beneficiary must only be registered under one passport or travel document.

In March we will launch online filing of Form I-129 and associated Form I-907 for non-cap H-1B petitions. On April 1, USCIS will begin accepting online filing for H-1B cap petitions and associated Forms I-907 for

petitioners whose registrations have been selected.

To help guide organizations and legal representatives through the new process, we launched our Tech Talks session in February 2024. During these sessions, individuals can ask questions about the organizational accounts and online filing of Form I-129 for H-1B petitions. USCIS encourages all individuals involved in the H-1B registration and petition filing process to attend these sessions. Additional information and dates are available on the Upcoming National Engagements page.

Last Reviewed/Updated: 03/21/2024