# Exhibit 43

Case 4:25-cv-08454-HSG   Document 75-31   Filed 12/18/25   Page 2 of 3

 **U.S. Citizenship and Immigration Services**

MENU

Home > Newsroom > All News > Alerts > FY 2024 H-1B Cap Initial Registration Period Opens on March 1

# FY 2024 H-1B Cap Initial Registration Period Opens on March 1

Release Date : 01/27/2023

> **ℹ ALERT:** On Thursday, March 16, 2023, some users were not able to complete the H-1B registration process. USCIS has corrected this technical issue and will now accept registrations until 5:00 p.m. Eastern on Monday, March 20, 2023. Please note that any paid and completed registrations were not affected by this technical issue.

Today, U.S. Citizenship and Immigration Services announced that the initial registration period for the fiscal year 2024 H-1B cap will open at **noon Eastern on March 1** and run through **noon Eastern on March 17, 2023**. During this period, prospective petitioners and representatives will be able to complete and submit their registrations using our online H-1B registration system.

We will assign a confirmation number to each registration submitted for the FY 2024 H-1B cap. This number is used solely to track registrations; you cannot use this number to track your case status in Case Status Online.

Prospective H-1B cap-subject petitioners or their representatives are required to use a myUSCIS online account to register each beneficiary electronically for the selection process and pay the associated $10 H-1B registration fee for each registration submitted on behalf of each beneficiary. Prospective petitioners submitting their own registrations (U.S. employers and U.S. agents, collectively known as "registrants") will use a "registrant" account. Registrants will be able to create new accounts beginning at noon Eastern on **Feb. 21**.

Representatives may add clients to their accounts at any time, but both representatives and registrants must wait until **March 1** to enter beneficiary information and submit the registration with the $10 fee. Prospective petitioners or their representatives will be able to submit registrations for multiple beneficiaries in a single online session. Through the account, they will be able to prepare, edit, and store draft registrations prior to final payment and submission of each registration.

If we receive enough registrations by **March 17**, we will randomly select registrations and send selection notifications via users' myUSCIS online accounts. If we do not receive enough registrations, all registrations that were properly submitted in the initial registration period will be selected. We intend to notify account holders by March 31.

The U.S. Department of Treasury has approved a temporary increase in the daily credit card transaction limit from $24,999.99 to $39,999.99 per day for the FY 2024 H-1B cap season. This tempo[rary...] e

Need Help?
Chat with Emma™

Case 4:25-cv-08454-HSG   Document 75-31   Filed 12/18/25   Page 3 of 3

to the volume of previous H-1B registrations that exceeded the daily credit card limit. Additional information will be provided before the start of the initial H-1B registration period.

An H-1B cap-subject petition, including a petition for a beneficiary who is eligible for the advanced degree exemption, may only be filed by a petitioner whose registration for the beneficiary named in the H-1B petition was selected in the H-1B registration process.

Last Reviewed/Updated: 03/17/2023