Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)**
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*

* Admitted *pro hac vice*
** Motion to appear *pro hac vice* pending

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**[PROPOSED ORDER] GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Ctrm:  2, 4th Floor<br>Date:  Thursday, February 12, 2026<br>Time:  2:00 p.m. |

# [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

For the reasons set forth in the Court's accompanying opinion, it is hereby **ORDERED** that Defendants Donald J. Trump, in his official capacity as President of the United States; U.S. Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Citizenship and Immigration Services (USCIS); Joseph B. Edlow, in his official capacity as Director, USCIS; U.S. Customs and Border Protection (CBP); Rodney Scott, in his official capacity as Commissioner of CBP; U.S. Department of State; Marco Rubio, in his official capacity as Secretary of State; their officers, agents, servants, employees, and attorneys; and all persons acting by, through, under, or in concert with these Defendants (collectively, "Defendants"), are preliminarily enjoined as follows:

1. Defendants are **ENJOINED** and/or **STAYED** from enforcing or implementing sections 1, 2, and 3(a) of the September 19, 2025 Proclamation, including the requirement to make a $100,000 payment as a condition of processing or adjudicating an H-1B petition or as a condition for visa issuance or entry into the United States for H-1B beneficiaries.

2. Defendants are **ENJOINED** and/or **STAYED** from enforcing or implementing any agency rules, guidance, or procedures made pursuant to, or in implementation of, sections 1, 2, and 3(a) of the September 19, 2025 Proclamation, including USCIS and CBP guidance dated September 20, 2025, USCIS and State Department guidance dated September 21, 2025, and USCIS guidance dated October 20, 2025.

3. Defendants are **ORDERED** to process H-1B petitions, H-1B visa applications, and entry of H-1B visa holders without regard to the September 19, 2025 Proclamation.

4. Defendants are **ORDERED** to file a status report within 7 days of this Order describing the steps it has taken to comply with this Order.

IT IS SO ORDERED.

Dated: _____, 2026

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge