Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Elena Goldstein (D.C. Bar No. 90034087)*
Steven Y. Bressler (D.C. Bar No. 482492)**
Jennie L. Kneedler (D.C. Bar No. 500261)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
egoldstein@democracyforward.org
sbressler@democracyforward.org
jkneedler@democracyforward.org

*Counsel for Plaintiffs*

\* Admitted *pro hac vice*
\*\* Motion to appear *pro hac vice* pending

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**EXHIBIT LIST - PLAINTIFFS NEPHROLOGY ASSOCIATES OF THE CAROLINAS, PA, BAE INDUSTRIES, AND LOWER BRULE DAY SCHOOL'S MOTION FOR CLASS CERTIFICATION** |

# EXHIBIT LIST TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**Declarations and exhibits filed with this motion**

| Document |
|---|
| Declaration of Harini Srinivasan |
| Exhibit A to Srinivasan Decl. – Cohen Milstein Sellers & Toll PLLC Firm Resume |

**Declarations and exhibits filed with Plaintiffs' concurrently-filed Motion for Preliminary Injunction, ECF 75**

| ECF No. | Document |
|---|---|
| 75-2 | Declaration of Dattie Michaelle Waters (Nephrology Associates of the Carolinas) |
| 75-3 | Declaration of Melynn Zylka (BAE Industries) |
| 75-4 | Declaration of Lance Witte (Lower Brule Day School) |
| 75-5 | Exhibit A to Witte Decl. – Lower Brule Sioux Tribal Council Resolution No. 2026-006 |
| 75-9 | Declaration of Sarah K. Peterson (International Medical Graduate Taskforce) |
| 75-10 | Declaration of Cynthia Liao |
| 75-17 | Exhibit 7 to Liao Decl. – Administrative Record filed by the Department of State in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Dec. 5, 2025) (ECF 45-1) |
| 75-21 | Exhibit 11 to Liao Decl. – USCIS, *Characteristics of H-1B Specialty Occupation Workers: Fiscal Year 2024 Annual Report to Congress, October 1, 2023 – September 30, 2024* (Apr. 29, 2025) |
| 75-22 | Exhibit 12 to Liao Decl. – USCIS, *Characteristics of H-1B Specialty Occupation Workers: Fiscal Year 2023 Annual Report to Congress, October 1, 2022 – September 30, 2023* (Mar. 6, 2024) |
| 75-23 | Exhibit 13 to Liao Decl. – USCIS, *Characteristics of H-1B Specialty Occupation Workers: Fiscal Year 2022 Annual Report to Congress, October 1, 2021 – September 30, 2022* (Mar. 13, 2023) |

**Exhibits previously filed on the docket, at ECF 46**

| ECF No. | Document |
|---|---|
| 46-5 | Joseph B. Edlow, *Proclamation, Restriction on Entry of Certain Nonimmigrant Workers, H-1B*, USCIS (Sept. 20, 2025) |

| 46-6 | Matthew S. Davies, *Proclamation, Restriction on Entry of Certain Nonimmigrant Workers [H-1B]*, CBP (Sept. 20, 2025) |
|---|---|
| 46-7 | *H-1B FAQ*, USCIS (Sept. 21, 2025) |
| 46-8 | *H-1B FAQ*, State Dept. (Sept. 21, 2025) |
| 46-9 | *H-1B Specialty Occupations*, USCIS (Oct. 20, 2025) |
| 46-10 | USCIS Policy Manual Vol. 2, Part A, Ch. 4.A |
| 46-11 | USCIS Policy Manual Vol. 1, Part E, Ch. 8.C.2 |