Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)**
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Attorneys for Named Plaintiffs BAE Industries, Nephrology Associates of the Carolinas PA, Lower Brule Day School, and the Proposed Class*

* *Admitted pro hac vice*
* Motion to appear *pro hac vice* pending

[Additional Counsel listed in Motion for Class Certification]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No: 4:25-cv-08454-HSG<br><br>**CLASS ACTION**<br><br>**DECLARATION OF HARINI SRINIVASAN IN SUPPORT OF PLAINTIFFS BAE, NEPHROLOGY ASSOCIATES, AND LBDS'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm: 2, 4th Floor<br>Date: February 12, 2026<br>Time: 2:00 P.M. |

# DECLARATION OF HARINI SRINIVASAN

I, Harini Srinivasan, declare:

1. I am an attorney in good standing, duly licensed and admitted to the Bars of the District of Columbia and New York. I am admitted to practice in the Northern District of California *pro hac vice*. I submit this declaration in support of Plaintiffs BAE Industries, Nephrology Associates of the Carolinas PA, and Lower Brule Day School's Motion for Class Certification. The statements set forth in this Declaration are based on my personal knowledge, about which I could and would testify competently in open court if called upon to do so.

2. I am a partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). I represent Plaintiffs in the above-captioned matter, along with co-counsel the Justice Action Center ("JAC"), Democracy Forward Foundation ("DFF"), Kuck Baxter, LLC, Joseph & Hall, P.C., South Asian American Justice Collaborative ("SAAJCO"), Bless Litigation, LLC, and Siskind Susser, P.C. This declaration sets forth the qualifications and experiences of my law firm and co-counsel to serve as Class Counsel.

3. Cohen Milstein is one of the largest and most diversified plaintiff-side litigation firms in the country, with extensive class action experience. The firm has served as class counsel in numerous nationwide class action cases, including *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011) (nationwide sex discrimination class certified and reversed on appeal); *Jock et al. v. Sterling Jewelers*, No. 11 160 00655 08 (Am. Arb. Ass'n Nov. 15, 2022) (certified class arbitration alleging a nationwide Title VII gender discrimination class and conditionally certified collective action Equal Pay Act claims); and *Keepseagle v. Vilsack*, No. 1:99-CV-3119 (D.D.C. 2011) (lending discrimination class action settled for $760 million).

4. Cohen Milstein also has experience litigating complex cases on behalf of plaintiffs that are germane to the above-captioned action. *See Bourque et al. v. U.S. Dep't of State et al.*, 3:24-cv-06994 (N.D. Cal. filed Oct. 4, 2024) (the court denied the government's motion to dismiss where plaintiffs had pled a class Administrative Procedure Act ("APA") claim); *Nat'l Ass'n for the*

*Advancement of Colored People v. Donald J. Trump, in his official capacity as President of the United States*, Nos. 1:17-cv-01907, 02325 (D.D.C. filed Sep. 18, 2017) (the court granted plaintiffs' motion for summary judgment where plaintiffs had pled an APA claim relating to the rescission of the Deferred Action for Childhood Arrivals (DACA) program; the U.S. Supreme Court affirmed the decision in a 5-4 ruling in *Dep't of Homeland Sec. v. Regents of the Univ. of California*, 140 S. Ct. 1891 (2020); *Am. Ass'n of Univ. Professors—Harvard Chapter v. Dep't of Just.*, No. 1:25-cv-10910 (D. Mass. argued July 21, 2025) (the court granted summary judgment where plaintiffs had pled APA claims); *Nat'l Ass'n for the Advancement of Colored People v. United States*, No. 8:25-cv-00965 (D. Md. filed Mar. 24, 2025) (the court administratively denied the government's motion to dismiss where plaintiffs pled an APA claim).

5. I believe our firm has the requisite skill and resources to properly prosecute this case. An excerpt of our firm resume is attached to this declaration as Exhibit A, which includes the background, relevant qualifications, and experience of Cohen Milstein counsel in this case.

6. I am a member of Cohen Milstein's Civil Rights & Employment practice group. I have served as class counsel in several cases. *See Gabaldon v. Mayorkas*, EEOC Case No. 450-2017-00086X (2024) (represented nationwide class of over 1,000 employees in a civil rights action against Customs and Border Protection); *Jock v. Sterling Jewelers Inc.* (see above); *Zollicoffer v. Gold Standard Baking, Inc.*, No. 13-CV-1524 (N.D. Ill. Apr. 23, 2023) (represented class of Black job applicants in Section 1981 hiring discrimination action against staffing agency and client companies); *Eagle v. Vee Pak, Inc.*, No. 12-C-9672 (N.D. Ill. Apr. 19, 2024) (same); *Harris v. Med. Transp. Mgmt., Inc.*, No. 1:17-cv-01371 (D.D.C. filed July 13, 2017) (represented drivers in Rule 23 class action for unpaid wages under state law). I am a graduate of American University Washington College of Law.

7. My Cohen Milstein colleague Aniko Schwarcz is the Director of Case Development in the Civil Rights & Employment practice group. As of January 1, 2026, Ms. Schwarcz will be Of Counsel in the group. Ms. Schwarcz has over a decade of experience working with clients and witnesses and evaluating legal claims of prospective class members. At Cohen Milstein, she directs

1  and oversees the intake and evaluation of the firm's civil rights-related inquiries and case referrals,
2  including investigating and developing new cases involving antidiscrimination provisions of Title VII,
3  the Equal Pay Act, the Affordable Care Act, and the Fair Housing Act, as well as wage theft issues
4  under the Fair Labor Standards Act. She is a member of the National Employment Lawyers
5  Association and a graduate of the University of Maryland Francis King Carey School of Law.

6      8. My Cohen Milstein colleague Alexandra Gray is an Associate in the Securities
7  Litigation & Investor Protection practice group, where she represents investors in securities class
8  actions and shareholder derivative lawsuits. She served as co-class counsel in *In re EQT Corp. Sec.*
9  *Litig.*, No. 2:19-cv-00754 (W.D. Pa. Nov. 24, 2025) and serves as counsel for the lead plaintiff and
10 lead counsel for the proposed class *In re Orthofix Med., Inc. Sec. Litig.*, No. 2:24-cv-00690 (E.D. Tex.
11 filed Aug. 21, 2024). Before joining Cohen Milstein in 2024, Ms. Gray was an associate at a litigation
12 firm where she represented clients in diverse commercial matters. She earned her J.D. from New York
13 University School of Law.

14     9. JAC is a nonprofit organization that uses co-equal litigation and storytelling strategies
15 to address unmet needs and build new frameworks to tangibly improve immigrants' lives. Collectively,
16 JAC attorneys have over sixty years of experience in immigrants' rights and civil rights litigation,
17 including litigating causes of action under the APA.

18     10. JAC attorneys' work has included litigation over the DACA program, the first Trump
19 administration's Muslim Ban, and the first Trump administration's Remain in Mexico Protocols, as
20 well as a successful intervention to defend the parole processes for Cubans, Haitians, Nicaraguans,
21 and Venezuelans from a legal challenge brought by Texas and a coalition of twenty other states. JAC
22 attorneys are also experienced in complex civil litigation and specifically in federal class actions,
23 having successfully sought and obtained class certification in prior cases over the past two decades.
24 *See, e.g.*, *Gomez v. Trump*, 490 F.Supp.3d 276 (D.D.C. 2020), *rev'd and remanded sub nom. Goodluck*
25 *v. Biden*, 104 F.4th 920 (D.C. Cir. 2024); *Doe 1 v. Trump*, 418 F.Supp.3d 573 (D. Or. 2019), *rev'd and*
26 *vacated sub nom. Doe #1 v. Trump*, 984 F.3d 848 (9th Cir. 2020), *vacated on denial of reh'g en banc*

1  *sub nom. Doe #1 v. Biden*, 2 F.4th 1284 (9th Cir. 2021), and *vacated as moot sub nom. Doe #1 v.*
2  *Trump*, No. 3:19-CV-1743-SI, 2021 WL 12392716 (D. Or. Oct. 25, 2021); *Batalla Vidal v. Wolf*, 501
3  F.Supp.3d 117 (E.D.N.Y. 2020); *Valle del Sol Inc. v. Whiting*, 732 F.3d 1006 (9th Cir. 2013); *Unknown*
4  *Parties v. Johnson*, 163 F.Supp.3d 630 (D. Ariz. 2016); *Orantes-Hernandez v. Gonzales*, 504
5  F.Supp.2d 825 (C.D. Cal. 2007), *aff'd sub nom. Orantes-Hernandez v. Holder*, 321 F.App'x 625 (9th
6  Cir. 2009).

7  11. Karen C. Tumlin is the Founder and Director of JAC and a nationally recognized impact litigator focusing on immigrants' rights. She has successfully litigated numerous cases of national significance, including litigating a challenge to the Trump Administration's effort to end the DACA program, filing the first major legal challenge to the Muslim Ban, and bringing the constitutional challenge to Arizona's notorious anti-immigrant law, SB 1070. She formerly served as the Director of Legal Strategy and Legal Director for the National Immigration Law Center, where she built up and led a legal department of over 15 staff members. Ms. Tumlin earned her J.D. and M.P.P. from U.C. Berkeley's School of Law and Goldman School of Public Policy, respectively, and clerked for the Honorable Dorothy Nelson on the United States Ninth Circuit Court of Appeals. She has served as class counsel for classes in multiple class actions, including *Doe v. Noem*, 1:25-cv-10495-IT (D. Mass. filed Feb. 28, 2025); *Batalla Vidal v. Wolf*, 501 F.Supp.3d 117; *Valle del Sol Inc. v. Whiting*, 732 F.3d 1006; and *Orantes-Hernandez v. Gonzales*, 504 F.Supp.2d 825.

12. Esther H. Sung is the Legal Director of JAC and has litigated a number of groundbreaking cases, including lawsuits challenging the Trump Administration's Muslim and Refugee Bans and Arizona's anti-immigrant SB 1070 law. Before becoming an immigrants' rights impact litigator, Esther practiced at a litigation firm in Los Angeles for six years, where her clients included the Getty Museum, Southern California Edison, and Transocean. She graduated *magna cum laude* from the University of Texas School of Law and clerked for the Honorable Lee H. Rosenthal on the United States District Court for the Southern District of Texas and the Honorable Allyson K. Duncan on the United States Fourth Circuit Court of Appeals. Ms. Sung has served as class counsel

1  in multiple class actions, including *Doe v. Noem*, 1:25-cv-10495-IT; *Doe 1 v. Trump*, 418 F.Supp.3d

2  573; and *Gomez v. Trump*, 490 F.Supp.3d 276.

3        13.     Laura Flores-Perilla is a Staff Attorney at JAC. She received her J.D. from UC Irvine,

4  School of Law and has developed her expertise in immigration law, civil rights law, and administrative

5  law through her work in UC Irvine's Immigrant Rights Clinic and COVID-19 Civil Rights Clinic,

6  internships at the National Center for Youth Law and Public Advocates, and a Skadden Fellowship

7  with JAC. She is now serving as class counsel in *Doe v. Noem*, 1:25-cv-10495-IT, and has litigated

8  and advocated to defend, among others, the rights of unaccompanied children, humanitarian parole

9  beneficiaries, and DACA recipients.

10        14.     Hillary Li serves as Counsel for JAC. She has litigated many complex civil rights suits,

11  including class action and multi-plaintiff cases. She currently serves as class counsel in *Doe v. Noem*,

12  1:25-cv-10495-IT. Ms. Li earned her law degree from the University of North Carolina School of Law

13  in 2017, after which she litigated complex securities cases for approximately one year and litigated for

14  three years with Asian Americans Advancing Justice-Atlanta. At Advancing Justice-Atlanta, she

15  litigated impact cases related to immigrant justice and voting rights, including challenging the mass

16  detention of Asian immigrants; the detention of medically vulnerable immigrants during the COVID-

17  19 pandemic; and state voter suppression bills. She also served as Policy Counsel with Detention

18  Watch Network for three years, where she led congressional advocacy related to immigration

19  detention and enforcement issues. Ms. Li has experience with litigation involving administrative law,

20  immigration law, and constitutional claims.

21        15.     Brandon Galli-Graves is a Staff Attorney at JAC. He received his JD from Brigham

22  Young University J. Reuben Clark Law School and has experience in immigration, civil rights,

23  constitutional, and administrative law. Prior to joining JAC, Mr. Galli-Graves was an Immigrant

24  Justice Corps fellow on RAICES's federal litigation team, where his work centered on holding the

25  government accountable for harm inflicted on immigrants and pursuing systemic change in the federal

26  courts. Mr. Galli-Graves has been counsel in tort lawsuits against Immigration and Customs

Enforcement (ICE) and private prison companies, lawsuits defending humanitarian immigration parole pathways, and lawsuits challenging immigration enforcement in sensitive locations such as churches and schools. He currently serves as class counsel in *Doe v. Noem*, 1:25-cv-10495-IT.

16. Emily Satifka serves as Counsel for JAC. Prior to joining JAC, she litigated civil rights matters in federal court at both Youth Law Center and Juvenile Law Center addressing systemic failures in youth detention systems. At Youth Law Center, she also worked to address issues impacting immigrant youth in need of legal representation. Ms. Satifka earned her law degree from University of California, Irvine School of Law in 2019. In addition to her litigation experience, she also worked at Philadelphia Lawyers for Social Equity and the New Jersey Office of the Public Defenders, focusing on post-conviction representation and removing barriers created by contact with the criminal legal system, including working closely with immigrant and mixed-status families. Ms. Satifka has experience with litigation involving constitutional claims and policy-oriented litigation.

17. DFF is a nonprofit national legal organization that advances democracy and social progress through litigation, policy and public education, and regulatory engagement. DFF represents clients, including nonprofits, local governments, tribes, small businesses, unions, and individuals, in challenging harmful and unlawful governmental action and in supporting governmental action. DFF has successfully litigated dozens of constitutional and administrative law challenges to government programs and agency actions.

18. DFF has the resources to adequately represent the plaintiff class. With a staff totaling 160 people, DFF employs approximately 80 full-time lawyers and numerous support staff. DFF is committed to providing the resources necessary to represent the members of the Plaintiff class fairly and adequately. We have already devoted substantial effort to identifying and investigating the claims in this case and working with the Plaintiffs and our co-counsel, including developing the complaint, declarations, motion for a preliminary injunction, and motion for class certification.

19. Cynthia Liao is Senior Counsel at DFF. She has extensive experience litigating constitutional and administrative law challenges to government programs and agency actions,

including as a Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, where she litigated high-stakes challenges to federal regulations and enforcement actions in district courts across the country, including numerous cases involving structural constitutional challenges to federal agencies' authority. Before that, she worked at the U.S. Department of Labor for 7 years, most recently as a senior counsel to the Solicitor of Labor. Her portfolio included constitutional and administrative law issues affecting DOL programs, DOL's Supreme Court and amicus docket, and workers' compensation, among others. Cynthia clerked for Judge David O. Carter of the U.S. District Court for the Central District of California and Judge Michael D. Hawkins of the U.S. Court of Appeals for the Ninth Circuit.

20. Johanna M. Hickman is Senior Counsel at DFF. She has substantial experience litigating constitutional and administrative law challenges to government programs and agency actions and in complex civil litigation. Prior to joining DFF, Ms. Hickman was a senior enforcement attorney at the Consumer Financial Protection Bureau, where she investigated and litigated violations of the Consumer Financial Protection Act and other federal consumer financial protection laws. Prior to that, she worked in private practice at Cohen Milstein and Willkie Farr & Gallagher, LLP. Ms. Hickman clerked for Judge James I. Cohn of the U.S. District Court for the Southern District of Florida.

21. Jennie Kneedler is Senior Counsel at DFF. She is a former Immigration Judge in the U.S. Department of Justice's Executive Office of Immigration Review and has extensive experience in federal district court litigation and immigration law, including as a managing attorney in the Detained Adult Program at the Capital Area Immigrants' Rights Coalition (now Amica Center for Immigrant Rights), director of policy and pro bono for the American Bar Association's Commission on Immigration, a Trial Attorney and Senior Trial Counsel with the Federal Programs Branch in the Civil Division at DOJ. Ms. Kneedler also previously worked in private practice at Steptoe & Johnson LLP, and clerked for Judge Keith P. Ellison, United States District Judge for the Southern District of Texas.

22. Steven Bressler is a Senior Legal Advisor at DFF. He has extensive experience litigating high-profile constitutional and administrative law challenges to government programs and agency actions. In his prior role in the Legal Division at the Consumer Financial Protection Bureau (Assistant Attorney General, 2017-2021; Acting Deputy General Counsel, 2021-2022; Deputy General Counsel, 2022-2025), he helped lead and then led all of the agency's appellate, defensive, and amicus litigation, including the CFPB's successful defense of its organic funding statute in various federal district and appellate courts and, with the Office of the Solicitor General, before the Supreme Court in *Consumer Fin. Prot. Bureau v. Cmty. Fin. Servs. Ass'n of Am., Ltd.*, 601 U.S. 416 (2024). Mr. Bressler also previously served in various roles at the U.S. Department of Justice, primarily as Trial Attorney then Senior Trial Counsel in the Civil Division, Federal Programs Branch, which represents federal agencies in cases raising constitutional, statutory, and regulatory issues, and he clerked in the U.S. District Court for the Eastern District of Pennsylvania.

23. Elena Goldstein is a Legal Director at DFF. She previously served as Deputy Solicitor of Labor in the U.S. Department of Labor and as Deputy Chief of the Civil Rights Bureau in the New York State Office of the Attorney General, and senior staff attorney at the New York Legal Assistance Group, among other positions. Ms. Goldstein has extensive experience litigating significant administrative law cases. *See, e.g.*, *New York v. U.S. Dep't of Com.*, 351 F.Supp.3d 502 (S.D.N.Y.), *aff'd in part, rev'd in part and remanded sub nom. Dep't of Com. v. New York*, 588 U.S. 752 (2019); *New York v. U.S. Dep't of Homeland Sec.*, 974 F.3d 210 (2d Cir. 2020); *New York v. Trump*, 490 F.Supp.3d 225 (D.D.C. 2020), *order clarified*, No. 20-CV-2340, 2020 WL 6572675 (D.D.C. Oct. 22, 2020), and *opinion clarified*, No. 20-CV-2340, 2021 WL 7908123 (D.D.C. Apr. 3, 2021), and *opinion clarified sub nom. New York v. Biden*, No. CV 20-2340, 2021 WL 7908124 (D.D.C. Aug. 23, 2021). She also has complex civil litigation and class action experience; during her time at the New York Legal Assistance Group, she represented low-wage and immigrant workers in federal class action litigation.

24.     Kalpana Peddibhotla is the Executive Director of SAAJCO, a national nonprofit dedicated to advancing the civil and human rights of the South Asian diaspora in the United States. Ms. Peddibhotla has practiced law for over 25 years, with nearly two decades focused on U.S. immigration law. Prior to joining SAAJCO, she oversaw the filing of thousands of H-1B petitions as a partner at her former law firm and has taught continuing legal education courses on H-1B practice for the American Immigration Lawyers Association and the South Asian Bar Association.

25.     Charles H. Kuck is the Founder Partner of Kuck Baxter, LLC. He has served as class counsel for classes that include H-1B visa holders and Diversity Lottery Applicants, and in challenges to regulations under the APA. Mr. Kuck is a former national president of the American Immigration Lawyers Association, is Board Certified in Immigration Law by the National Board of Trial Advocacy, and has litigated in federal court on behalf of plaintiffs in more than 300 cases over the last 36 years.

26.     Zachary R. New is a Partner at Joseph & Hall, P.C., where his practice focuses on employment-based immigration and federal litigation. He has worked on large scale immigration litigation ranging from class and mass actions to individual lawsuits for companies and individuals against immigration agencies. Mr. New has represented clients before DOL, USCIS, the Executive Office for Immigration Review ("EOIR"), the Board of Immigration Appeals, and in various federal courts. He also writes frequently about changes in immigration law. His scholarship has been published in the *Yale Law Journal* Forum and the *Southern California Interdisciplinary Law Journal*.

27.     Jesse Matthew Bless is the Founding Partner of Bless Litigation, LLC. Mr. Bless has more than twenty years of immigration litigation experience and has previously served as class counsel in immigration-related cases, including those related to H-1B visas and a Presidential Proclamation issued pursuant to section 212(f) of the Immigration and Nationality Act. *See MadKudu Inc. v. U.S. Citizenship & Immigr. Servs.*, No. 20-cv-02653 (N.D. Cal. dismissed Oct. 22, 2021) (appointed class counsel for a class of U.S. employers seeking to employ market research analysts under the H-1B program); *Gomez v. Trump*, 490 F.Supp.3d 276 (appointed class counsel for a class of immigrants subject to a presidential suspension on entry); *Volkova v. U.S. Citizenship & Immigr. Servs.*, No. 23-

cv-7565, 2025 WL 1096918 (E.D.N.Y. Apr. 14, 2025) (appointed class counsel for a class of Ukrainian parolees seeking the return of fees improperly charged for employment authorization documents).

28. Greg Siskind is the Founding Partner of Siskind Susser, P.C. He has previously served as class counsel in immigration-related cases and is also the author of five books on immigration law including the American Immigration Lawyers Association's 4,200-page Practice and Procedure Manual. He also served 12 years on the Board of Governors of the American Immigration Lawyers Association and is the current chairman of the International Bar Association's Immigration and Nationality Law Committee.

29. I am aware of no conflicts of interest that would prevent me, my firm, or my co-counsel from zealously and aggressively pursuing the claims of the putative class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of December 2025, in the District of Columbia.

Harini Srinivasan (D.C. Bar No. 1032002)