Cynthia Liao (CA Bar No. 301818)
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)**
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Admitted *pro hac vice*
**Motion for *pro hac vice* pending

*Attorneys for Named Plaintiffs BAE Industries, Nephrology Associates of the Carolinas PA, Lower Brule Day School, and the Proposed Class*

[Additional Counsel listed in Motion for Class Certification]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No: 4:25-cv-08454-HSG<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS BAE INDUSTRIES, NEPHROLOGY ASSOCIATES OF THE CAROLINAS, PA, AND LOWER BRULE DAY SCHOOL'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm:  2, 4th Floor<br>Date:  February 12, 2026<br>Time:  2:00 P.M. |

# [PROPOSED] ORDER GRANTING
# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

This matter comes before the Court on Plaintiffs BAE Industries ("BAE"), Nephrology Associates of the Carolinas PA ("Nephrology Associates"), and Lower Brule Day School's ("LBDS") (collectively, "Named Plaintiffs") Motion for Class Certification ("Motion"). The Court, having considered the briefing and argument of the Parties, and for good cause shown, hereby **GRANTS** Named Plaintiffs' Motion.

Accordingly, the Court **ORDERS** as follows:

1. The Court hereby certifies the following Class pursuant to Federal Rule of Civil Procedure 23(b)(2):

> All U.S. employers who have filed or will file an H-1B petition that is subject to the $100,000 fee under the September 19, 2025 Proclamation, "Restriction on Entry of Certain Nonimmigrant Workers," or the Proclamation's implementing guidance, or would file such a petition but for the fee, with the United States Citizenship and Immigration Services received on or between September 21, 2025 and September 21, 2026, to employ a qualified temporary nonimmigrant worker in a specialty occupation in the United States under 8 U.S.C. § 1101(a)(15)(H)(i)(b) and 8 C.F.R. § 214.2(h)(1)(i).

2. The Court appoints BAE, Nephrology Associates, and LBDS as representatives of the Class.

3. The Court appoints as Class Counsel Harini Srinivasan, Aniko Schwarcz, and Alexandra Gray of Cohen Milstein Sellers & Toll PLLC; Karen C. Tumlin, Esther H. Sung, Laura Flores-Perilla, Hillary Li, Brandon Galli-Graves, and Emily Satifka of Justice Action Center; Cynthia Liao, Johanna Hickman, Elena Goldstein, Steven Y. Bressler, and Jennie L. Kneedler of Democracy Forward Foundation; Kalpana Peddibhotla of South Asian American Justice Collaborative; Charles H. Kuck of Kuck Baxter, LLC; Zachary R. New of Joseph & Hall, P.C.; Jesse M. Bless of Bless Litigation, LLC; and Greg Siskind of Siskind Susser. Class Counsel is experienced in class action litigation and other areas of law at issue in this action and will adequately represent the interests of the Class. The requirements of Federal Rule of Civil Procedure 23(g) are satisfied.

4. This order "may be altered or amended before final judgment." Fed. R. Civ. P. 23(c)(1)(C).

**IT IS SO ORDERED.**

Dated: _____, 2026

The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge