Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)**
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*

* Admitted *pro hac vice*
** Motion to appear *pro hac vice* pending

[Additional co-counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**PLAINTIFFS NEPHROLOGY ASSOCIATES OF THE CAROLINAS, PA, BAE INDUSTRIES, LOWER BRULE DAY SCHOOL, GLOBAL VILLAGE ACADEMY COLLABORATIVE, GLOBAL NURSE FORCE, AND PHOENIX DOE'S ADMINISTRATIVE MOTION TO EXPEDITE HEARING DATE RE: MOTION FOR PRELIMARY INJUNCTION AND MOTION FOR CLASS CERTIFICATION** |

Pursuant to Civil Local Rule 7-11 and the instructions in this Court's calendar, Plaintiffs Nephrology Associates of the Carolinas, PA ("Nephrology Associates"), BAE Industries, Lower Brule Day School, Global Village Academy Collaborative, Global Nurse Force, and Phoenix Doe ("Movant Plaintiffs") respectfully request that the Court move the hearing date for Plaintiffs' Motion for Preliminary Injunction ("PI Mot.") (ECF 75) and Motion for Class Certification (ECF 76) from February 12, 2026 to either January 22, 2026, January 29, 2026, or any date between those dates, at the Court's convenience. This request is supported by good cause as follows:

1.   This lawsuit was brought by a coalition of individuals and entities from the healthcare, education (K-12 and higher education), manufacturing, and STEM research fields. Plaintiffs challenge the President's September 19, 2025, Proclamation and various federal agencies' implementation of the Proclamation, which unlawfully imposed a $100,000 fee on employers for each H-1B worker.

2.   Earlier today, Movant Plaintiffs filed a motion for preliminary injunction. Concurrently, Plaintiffs Nephrology Associates, BAE Industries, and Lower Brule Day School filed a motion for class certification, to represent a Proposed Class of:

> All U.S. employers who have filed or will file an H-1B petition that is subject to the $100,000 fee under the September 19, 2025 Proclamation, "Restriction on Entry of Certain Nonimmigrant Workers," or the Proclamation's implementing guidance, or would file such a petition but for the fee, with the United States Citizenship and Immigration Services received on or between September 21, 2025 and September 21, 2026, to employ a qualified temporary nonimmigrant worker in a specialty occupation in the United States under 8 U.S.C. § 1101(a)(15)(H)(i)(b) and 8 C.F.R. § 214.2(h)(1)(i).

3.   Plaintiffs are seeking a preliminary injunction because they, as well as the unnamed class members and the broader public, are facing imminent irreparable harm from the $100,000 fee.

4.   For example, Plaintiff Nephrology Associates is a small medical practice in rural North Carolina with three nephrologists who provide kidney care in medically underserved areas. Declaration of Dattie Michaelle Waters ("Waters Decl.") ¶¶ 5-6.[1] After nine months of recruiting, Nephrology Associates finally found a fourth nephrologist who had the specialized knowledge required and was

---

[1] Unless otherwise noted, all declarations cited in this motion refer to the declarations concurrently filed with Plaintiffs' Motion for Preliminary Injunction.

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO EXPEDITE HEARING
DATE RE: MOTION FOR PRELIMINARY INJUNCTION
AND MOTION FOR CLASS CERTIFICATION                                          Case No. 4:25-cv-08454-HSG

willing to work in their geographic area, but her H-1B petition has been stalled and she cannot start work because Nephrology Associates cannot afford the $100,000 fee. *Id.* ¶¶ 12, 16-19. Meanwhile, Nephrology Associates has a waiting list of 100 patients and is losing revenue. *Id.* ¶ 20.

5. Plaintiff Global Nurse Force, which helps U.S. hospitals address nursing shortages by matching them with nurses from abroad through the H-1B program, is unable to do so because its clients cannot afford to pay an extra $100,000 per nurse. Declaration of Lalit Pattanaik ("Pattanaik Decl.") ¶¶ 3-4, 9-15. Global Nurse Force has already lost $5 million in revenue as a result of the fee and its U.S. business model continues to be imperiled by the fee. *Id.* ¶¶ 14-15.

6. These are just two examples of the harms being experienced by employers and communities throughout the United States who rely on the H-1B program to fill critical vacancies and provide important services. *See also* Declaration of Melynn Zylka ("Zylka Decl.") ¶¶ 6-15 (Plaintiff BAE Industries, a small automotive parts manufacturing company in Michigan, has key employee stuck abroad due to the fee); Declaration of Lance Witte ("Witte Decl.") ¶¶ 9-13 (Plaintiff Lower Brule Day School, a tribal school in rural South Dakota, relies on H-1B program to fill teacher vacancies); Declaration of Sarah K. Peterson ("Peterson Decl.") ¶¶ 5-7, 12-20 (describing the important role that international medical graduates play in reducing the physician shortage in the United States and the detrimental impact of the fee on the ability of healthcare providers to address those shortages).

7. Absent a special setting of the hearing, Plaintiffs and members of the Proposed Class will be unable to obtain timely relief. The Proposed Class includes both "cap-subject" employers, who are subject to numerical limits on the annual number of H-1B visas available, and "cap-exempt" employers, who are generally universities and their affiliated non-profit entities or nonprofit and government research organizations. 8 U.S.C. § 1184(g)(1)(A), (g)(5)(A), (B).

8. Because demand for cap-subject H-1B visas typically exceeds availability, cap-subject employers must register for an annual lottery, and, if selected, submit an H-1B petition within the filing period indicated on the relevant selection notice, which is at least 90 days. 8 C.F.R. §§ 214.2(h)(8)(iii)(A)(1), (h)(8)(iii)(D)(3). USCIS typically opens registration and holds the lottery in

2

PLAINTIFFS' ADMINISTRATIVE MOTION TO EXPEDITE HEARING
DATE RE: MOTION FOR PRELIMINARY INJUNCTION
AND MOTION FOR CLASS CERTIFICATION                     Case No. 4:25-cv-08454-HSG

March.[2] To register, employers need to identify the person they plan to sponsor, including by providing the person's passport information. *Id.* § 214.2(h)(8)(iii)(A)(4)(ii); USCIS, *H-1B Electronic Registration Process* (Liao Decl. Ex. 1). Thus, employers who are likely to need to hire H-1B workers must prepare well in advance because they must post for a position, review candidates, select a candidate, make an offer, have it accepted, and hire immigration counsel to prepare paperwork in time to register for the lottery in March and, if selected, file petitions soon after. Whether a petition will cost up to $7,595 (the maximum under statutes and regulations, *see* PI Mot. at 7) versus $107,595 makes an enormous difference in the hiring and business operations decisions that must be made in the next couple of months.

9. Cap-exempt employers who do not participate in the lottery also need to begin their recruiting and hiring, as it takes longer to recruit workers with specialized skills and/or are willing to live in remote areas. For example, Plaintiff Lower Brule Day School is a K-12 school in rural South Dakota with approximately 350 students that faces significant difficulty recruiting teachers and relies on the H-1B program to address teacher shortages. Witte Decl. ¶ 12. Plaintiff Global Village Academy Collaborative's three tuition-free, public charter schools hire native world-language speakers to provide English and second world language immersion instruction in Spanish, Mandarin Chinese, Russian, and French for their 2,200 K-8 students in Colorado. Declaration of Michael Henderson ("Henderson Decl.") ¶ 3. Both Plaintiffs begin recruiting in February 2026 for the 2026-2027 school year. *Id.* ¶ 18; Witte Decl. ¶ 12.

10. Setting the hearing for Plaintiffs' motions, which were filed on December 18, 2025, on January 22 or 29, 2026, or somewhere in between those dates, is consistent with the timing contemplated in the local rules, which ordinarily allow a party filing a motion to notice a hearing within 35 days of the filing of the motion. *See* L.R. 7-2(a). Such a schedule would still allow time for Defendants to file oppositions, Plaintiffs to file reply briefs, and the Court to consider those briefs and arguments before issuing a ruling. *See* L.R. 7-3(a), (c) (providing 14 days for opposition and 7 days for reply).

---

[2] USCIS, Alert, *FY 2026 H-1B Cap Initial Registration Period Opens on March 7* (Feb. 5, 2025) (Liao Decl. Ex. 19); USCIS, Alert, *FY 2025 H-1B Registration Period and myUSCIS Organizational Account Reminders* (Feb. 28, 2024) (Liao Decl. Ex. 20); USCIS, Alert, *FY 2024 H-1B Cap Initial Registration Period Opens on March 1* (Jan. 27, 2023) (Liao Decl. Ex. 21).

3

11. Plaintiffs' counsel consulted with Defendants' counsel regarding this motion. Defendants declined to consent to a hearing date between January 22 and 29, 2026. Liao Decl. ¶ 3 (attached).

12. Based on the foregoing showing of good cause, the Court should grant Plaintiffs' motion.

Date: December 18, 2025

Respectfully submitted,

*/s/ Karen C. Tumlin*
Karen C. Tumlin (CA Bar No. 234691)
Esther H. Sung (CA Bar No. 255962)
Laura Flores-Perilla (CA Bar No. 355645)
Hillary Li (GA Bar No. 898375)*
Brandon Galli-Graves (TX Bar No. 24132050)*
Emily Satifka (NJ Bar No. 330452020)*
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org
emily.satifka@justiceactioncenter.org

*/s/ Charles H. Kuck*\*
GA Bar No. 429940
**KUCK BAXTER LLC**
365 Northridge Rd., Suite 300
Atlanta, GA 30350
404-949-8154
Ckuck@immigration.net

/s/ *Zachary R. New*
Zachary R. New***
Atty. Reg. No. (Colorado): 53992
**JOSEPH & HALL, P.C.**
12203 East Second Ave.
Aurora, CO 80011
(303) 297-9171
zachary@immigrationissues.com

*/s/ Harini Srinivasan*
Harini Srinivasan*
Aniko Schwarcz*

*/s/ Cynthia Liao*
Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)**
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*/s/ Kalpana Peddibhotla*
Kalpana Peddibhotla (CA Bar No. 200330)
**SOUTH ASIAN AMERICAN JUSTICE COLLABORATIVE (SAAJCO)**
333 W. San Carlos Street, Suite 600
San Jose, CA 95110
(408) 550-9240
kalpana@saajco.org

*/s/ Jesse M. Bless*
JESSE M. BLESS*
MA Bar # 660713
**BLESS LITIGATION LLC**
6 Vineyard Lane
Georgetown MA 01833
781-704-3897
jesse@blesslitigation.com

*/s/ Greg Siskind*
Greg Siskind***
TN Bar No. 14487
**SISKIND SUSSER**

4

PLAINTIFFS' ADMINISTRATIVE MOTION TO EXPEDITE HEARING
DATE RE: MOTION FOR PRELIMINARY INJUNCTION
AND MOTION FOR CLASS CERTIFICATION                    Case No. 4:25-cv-08454-HSG

| | | |
|---|---|---|
| 1 | **COHEN MILSTEIN SELLERS & TOLL PLLC** | 1028 Oakhaven Road Memphis, TN 38119 |
| 2 | 1100 New York Ave. NW, 8th Floor Washington, D.C. 20005 | (901) 682-6455 gsiskind@visalaw.com |
| 3 | | |
| 4 | Alexandra Gray* **COHEN MILSTEIN SELLERS & TOLL** | *Counsel for Plaintiffs* |
| 5 | **PLLC** 12 Pine St. | \* Admitted *pro hac vice* \*\* Motion to appear *pro hac vice* pending |
| 6 | New York, New York 10005 | \*\*\* Motion to appear *pro hac vice* forthcoming |

5

PLAINTIFFS' ADMINISTRATIVE MOTION TO EXPEDITE HEARING
DATE RE: MOTION FOR PRELIMINARY INJUNCTION
AND MOTION FOR CLASS CERTIFICATION                          Case No. 4:25-cv-08454-HSG