Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)**
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*

* *Admitted pro hac vice*
** *Motion to appear pro hac vice pending*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**DECLARATION OF CYNTHIA LIAO IN SUPPORT OF PLAINTIFFS NEPHROLOGY ASSOCIATES OF THE CAROLINAS, PA, BAE INDUSTRIES, LOWER BRULE DAY SCHOOL, GLOBAL VILLAGE ACADEMY COLLABORATIVE, GLOBAL NURSE FORCE, AND PHOENIX DOE'S ADMINISTRATIVE MOTION TO EXPEDITE HEARING DATE RE: MOTION FOR PRELIMARY INJUNCTION AND MOTION FOR CLASS CERTIFICATION** |

## DECLARATION OF CYNTHIA LIAO

I, Cynthia Liao, hereby declare as follows:

1. I am an attorney at Democracy Forward Foundation and counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs Nephrology Associates of the Carolinas, PA, BAE Industries, Lower Brule Day School, Global Village Academy Collaborative, Global Nurse Force, and Phoenix Doe's Administrative Motion to Expedite Hearing Date re: Motion for Preliminary Injunction and Motion for Class Certification. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. On the morning of December 17, 2025, I sent an email to Defendants' counsel in this matter stating that Plaintiffs intended to file a motion to request that the Court expedite the hearing date for Plaintiffs' forthcoming preliminary injunction and class certification motions to January 22, 2026 or January 29, 2026, or to any date within that week, at the Court's convenience. The email offered to discuss the Plaintiffs' request and asked for Defendants to provide their position by December 18, 2025, at 5:00 pm Eastern Time.

3. Later on December 17, 2025, I received an email from Defendants' counsel stating that Defendants do not consent to the Court moving the hearing date to the week of January 22-29, 2026.

I declare under penalty of perjury that that the foregoing is true and correct.

Executed this 18th of December, 2025.

*/s/ Cynthia Liao*
Cynthia Liao