Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)**
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org


*Counsel for Plaintiffs*

* *Admitted pro hac vice*
** *Motion to appear pro hac vice pending*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*, | Case No. 4:25-cv-08454-HSG |
| Plaintiffs, | **[PROPOSED ORDER] GRANTING ADMINISTRATIVE MOTION TO EXPEDITE HEARING DATE RE: MOTION FOR PRELIMARY INJUNCTION AND MOTION FOR CLASS CERTIFICATION** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

Good cause having been shown, the Court grants Movant Plaintiffs' motion for administrative relief to expedite the hearing date on their Motion for a Preliminary Injunction and Motion for Class Certification. The hearing on the motions will be held on January _____, 2026 at _____.

IT IS SO ORDERED.


Dated: _____, 2025

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge