BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office Of Immigration Litigation

TIBERIUS DAVIS
Counsel To The Assistant Attorney General

GLENN GIRDHARRY
Acting Deputy Director

DAVID J. BYERLEY
Senior Litigation Counsel

JAIME A. SCOTT
Trial Attorney
DC Bar # 90027182
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>　　　　Defendants. | Case No.  4:25-cv-8454-HSG<br><br>**DECLARATION OF JAIME A. SCOTT** |

I, Jaime A. Scott, declare as follows:

1. I am a trial attorney with the Department of Justice, Office of Immigration Litigation and a counsel of record for Defendants in this matter.

2. On November 21, 2025, Plaintiffs stated via email that they did not oppose Defendants extending their responsive deadline to January 29, 2026, after Defendants cited the need for an extension based on high workload after funding resumed to the Department and the holiday season.

3. On December 3, 2025, counsel met and conferred about the case management statement deadline. At that meeting, Plaintiffs' counsel stated that they would be filing an amended complaint, preliminary injunction motion, and class certification motion before the end of the year. I expressed a need for an extension, citing similar reasons as to why the extension to respond to the complaint was requested and the need to meaningfully review the filings. Plaintiffs' counsel said they would be amenable to a reasonable extension in line with their clients' needs.

4. On December 4, 2025, I emailed Plaintiffs' counsel proposing January 29, 2025 as Defendants' deadline for any impending substantive briefing in line with our agreed-upon responsive deadline to the complaint.

5. On December 8, 2025, Plaintiffs' counsel stated they could not agree to the January 29, 2025 proposal, but would be amenable to a 7-day extension to January 8, 2026, as a courtesy given the holidays.

6. On December 19, 2025, I contacted Plaintiffs' counsel via email and requested their position on Defendants' motion for a stay pending resolution of the motion for summary judgment in *Chamber of Commerce v. Trump*, No. 3:25-cv-8454 (D.D.C.). On December 22, 2025, Plaintiffs stated via email that they oppose the stay motion.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 22, 2025

Respectfully Submitted,

/s/ Jaime A. Scott
JAIME A. SCOTT (DC Bar # 90027182)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

*Attorney for Defendants*