UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLOBAL NURSE FORCE, *et al.*,

    Plaintiffs,

    v.

DONALD J. TRUMP, President of the United States, *et al.*,

    Defendants.

Case No. 4:25-cv-8454

**[PROPOSED] ORDER**

UPON consideration of Defendants' Cross-Motion for Stay or Extension of Time in the Alternative, it is hereby ordered that the motion is GRANTED.

The case is stayed until an order is issued in *Chamber of Commerce v. Trump*, No. 3:25-cv-8454 (D.D.C.). Within seven days of an order, Defendants' will notify the court and attach the order, at which time the court will reset pending deadlines.

In the alternative, Defendants' oppositions to Plaintiffs' Motion for Preliminary Injunction (ECF No. 75) and Motion for Class Certification (ECF No. 76) shall be due on or before January 29, 2026.

IT IS SO ORDERED.

Dated: _____

                                                      _____
                                                      Hon. Haywood S Gilliam, Jr.
                                                      United States District Court Judge