UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NURSE FORCE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-08454-HSG<br><br>**CLERK'S NOTICE**<br><br>**RE: DKT. NOS. 75, 76** |

Notice is hereby given that the hearing on the motion for preliminary injunction and motion to certify class, previously set for February 12, 2026, are continued to February 19, 2026 before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

Dated: December 22, 2025

Mark B. Busby
Clerk, United States District Court

By: _____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.