MATTHEW J. PLATKIN
Attorney General of New Jersey
JEREMY M. FEIGENBAUM
Solicitor General
SHANKAR DURAISWAMY
Deputy Solicitor General
MELINA MENEGUIN LAYERENZA
Assistant Attorney General
SHEFALI SAXENA (SBN 304539)
SEPTEMBER R. MCCARTHY
MAX G. LESSER
Deputy Attorneys General
   New Jersey Attorney General's Office
   25 Market Street
   Trenton, NJ 08625
   Telephone: (609) 376-2690
   E-mail: shefali.saxena@law.njoag.gov

*Attorneys for State of New Jersey*
*(Additional Amici on Signature Page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al. <br><br> Defendants. | Case No. 4:25-cv-8454-HSG <br><br> **UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

The State of New Jersey, together with the States of California, Massachusetts, Arizona, Colorado, Connecticut, Delaware, Hawai'i, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Washington, and Wisconsin, and the District of Columbia ("Amici States[1]") respectfully move for leave to appear as amici curiae and file the proposed amici curiae brief, attached hereto as <u>Exhibit 1</u>, in support of Plaintiffs' Motion for Preliminary Injunction. *See* ECF No. 75. Plaintiffs and Defendants have indicated they consent to this request so long as the filing comports with the applicable federal and local rules.

## I. STANDARD FOR MOTION FOR LEAVE TO APPEAR AS AMICI CURIAE

"District Courts have broad discretion to appoint amici curiae." *Levin Richmond Terminal Corp. v. City of Richmond*, 482 F. Supp. 3d 944, 951 n.1 (N.D. Cal. 2020). While there are no strict prerequisites to qualify as amici, "[d]istrict courts frequently welcome amicus briefs from non-parties . . . if the amicus has unique information or perspective that can help the court beyond the help that the lawyers from the parties are able to provide." *Sonoma Falls Devs., L.L.C. v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2023) (citation modified). In addition, participation of amicus curiae may be appropriate where the "legal issues…have potential ramifications beyond the parties directly involved," *id.*, and impact the public interest, *see Funbus Sys., Inc. v. State of Cal. Pub. Utilities Comm'n*, 801 F.2d 1120, 1125 (9th Cir. 1986) (the "classic role" of amici is to "assist[] in a case of general public interest.").

## II. INTEREST AND IDENTITY OF AMICI CURIAE

Amici States are home to thousands of foreign nationals who are authorized to work in the United States through the H-1B visa program. Three Amici States—California, New Jersey, and New York—were among the top five states with the most approvals for H-1B petitions for initial

---

[1] The District of Columbia and the Commonwealth of Massachusetts are included as "Amici States" for the purposes of this motion.

employment in fiscal year 2025.[2] The proposed amicus brief provides a unique perspective to the Court about the critical role H-1B workers serve in remediating labor shortages in Amici States, and the serious harms that will ensue if hiring H-1B workers becomes cost prohibitive due to the Trump Administration's implementation of a $100,000 fee for new H-1B petitions.[3] These harms will be uniquely felt in public and non-profit sectors like education and healthcare, where Amici States already face significant shortfalls of doctors, nurses, and teachers. Amici States—who employ H-1B workers, are home to thousands of employers who rely on H-1B workers, and who benefit from H-1B workers' economic contributions more generally—have a particularized interest in ensuring that any changes to the H-1B program are made with input from Amici States.

Given their deep interest in these issues, Amici States submit that the proposed brief will provide the Court with valuable information as it assesses whether Plaintiffs' requested injunction serves the public interest. The brief will also provide important context regarding the ramifications of Defendants' failure to pursue the fee change through notice-and-comment rulemaking.

## CONCLUSION

For the foregoing reasons, Amici States respectfully request this Court's leave to appear as amici curiae and deem the proposed amicus brief filed.

DATED this 23rd day of December 2025.    Respectfully submitted,

MATTHEW PLATKIN*
*Attorney General of New Jersey*
Jeremy M. Feigenbaum*
*Solicitor General*
Shankar Duraiswamy*
*Deputy Solicitor General*

---

[2] *See NFAP Policy Brief: H-1B Petitions and Denial Rates in FY 2025*, Nat'l Found. for Am. Policy at 3 (Nov. 2025), https://tinyurl.com/3mau9app.

[3] *See* U.S. Citizenship and Immigration Services (USCIS), *Proclamation, Restriction on Entry of Certain Nonimmigrant Workers, H-1B* (Sept. 20, 2025), https://tinyurl.com/bd6rhyrp; Press Release, USCIS, *H-1B FAQ* (Sept. 21, 2025), https://tinyurl.com/355vwdd9; USCIS, *H-1B Specialty Occupations*, https://tinyurl.com/h5vj62es (last updated Dec. 12, 2025); *see also* Proclamation No. 10973, *Restriction on Entry of Certain Nonimmigrant Workers*, 90 Fed. Reg. 46,027 (Sept. 19, 2025), https://tinyurl.com/3utk437s.

Melina Meneguin Layerenza*
*Assistant Attorney General*
September R. McCarthy*
Max G. Lesser*
*Deputy Attorneys General*

*s/ Shefali Saxena*
Shefali Saxena
*Deputy Attorney General*

*Attorneys for Proposed Amicus Curiae State of New Jersey*

ROB BONTA
*Attorney General of California*
Michael L. Newman
*Senior Assistant Attorney General*
Marissa Malouff
James E. Stanley
*Supervising Deputy Attorneys General*
Denise Levey
Lorraine Lopez
Jeanelly Orozco Alcalá
*Deputy Attorneys General*

*s/ James E. Richardson*
James E. Richardson
*Deputy Attorney General*

*Attorneys for Proposed Amicus Curiae State of California*

* Not admitted in the Northern District of California

3

**ATTORNEY ATTESTATION**

I, Shefali Saxena, am the ECF user whose ID and password are being used to file this Unopposed Motion for Leave to File Brief of Amici Curiae in Support of Plaintiffs' Motion for A Preliminary Injunction. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that I have the authority to file this document and its related exhibits and attachments on behalf of each of the signatories.

                                                      s/ *Shefali Saxena*
                                                      Shefali Saxena

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2025, I caused the above document and its attachments to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

s/ <u>*Shefali Saxena*</u><br>
Shefali Saxena