IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, et al.,<br><br>                          Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.<br><br>                          Defendants. | Case No. 4:25-cv-8454-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

Upon consideration of the Unopposed Motion for Leave to File Brief of Amici Curiae in Support of Plaintiffs' Motion for a Preliminary Injunction, it is hereby ORDERED that this Motion for Leave be and hereby is GRANTED, and that the brief submitted as <u>Exhibit 1</u> to the motion be filed.

**IT IS SO ORDERED.**

Dated: _____

                                                                    _____
                                                                    The Honorable Haywood S. Gilliam, Jr.
                                                                    United States District Court Judge
                                                                    Northern District of California