IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al. <br><br> Defendants. | Case No. 4:25-cv-8454-HSG <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

Upon consideration of the Unopposed Motion for Leave to File Brief of Amici Curiae in Support of Plaintiffs' Motion for a Preliminary Injunction, it is hereby ORDERED that this Motion for Leave be and hereby is GRANTED, and that the brief submitted as <u>Exhibit 1</u> to the motion be filed.

**IT IS SO ORDERED.**

Dated:  12/23/2025

*Haywood S. Gilliam, Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge
Northern District of California