BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office Of Immigration Litigation

TIBERIUS DAVIS
Counsel To The Assistant Attorney General

GLENN GIRDHARRY
Acting Deputy Director

DAVID J. BYERLEY
Senior Litigation Counsel

JAIME A. SCOTT
Trial Attorney
DC Bar # 90027182
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-8454-HSG<br><br>**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR CLASS CERTIFICATION** |

MOT. FOR EXT. OF TIME                               1                               No. 4:25-cv-8454-HSG

Plaintiffs, after two and a half months since filing their original complaint and nearly three months since Presidential Proclamation 10973 went into effect, now seek "urgent" preliminary injunctive relief and class certification mere days before the government is closed for four days for the holidays.[1] The court, in a December 23, 2025, order, itself recognized Plaintiffs' lack of urgency in filing these motions. ECF No. 84 ("However, Plaintiffs waited over two months before filing their motions. The Court will aim to resolve the motions expeditiously, but will not move the current hearing date given this lack of prior urgency."). Thus, Defendants move for an extension of time to submit an opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 75) and Motion for Class Certification (ECF No. 76) by twenty-eight (28) days, to be submitted on or before January 29, 2026.[2]

This is the first extension request with regards to Plaintiffs' Motion for Preliminary Injunction (ECF No. 75) and Motion for Class Certification (ECF No. 76).[3] Due to prescheduled leave of undersigned counsel (including leave that would be forfeited if unused), as well as the government's closure on December 24, 2025, December 25, 2025, December 26, 2025, and January 1, 2026, the requested extension will provide Defendants the necessary additional time to consult with the Defendant agencies and meaningfully respond to the claims set forth in Plaintiffs' motions. Additionally, the complexity of this litigation, and the sheer volume of Plaintiffs' filings warrant additional time to meaningfully respond to the motions. Because a hearing on both motions

---

[1] *See* https://www.whitehouse.gov/presidential-actions/2025/12/providing-for-the-closure-of-executive-departments-and-agencies-of-the-federal-government-on-december-24-2025-and-december-26-2025/.

[2] Defendants are concurrently filing a Motion for Stay. An extension of time will also allow time for the *Chamber of Commerce v. Trump*, No. 3:25-cv-8454 (D.D.C.) court to rule on the merits, which, as explained in the Motion to Stay, could clarify issues and relief in this litigation.

[3] The Court granted Defendants' unopposed motion to extend the time to respond to the complaint on December 4, 2025.

is currently noticed for February 19, 2026, this extension will not prejudice Plaintiffs as they will have time to reply, and the Court will have time to consider all briefings, before the hearing date.

However, substantial harm will prejudice Defendants if not given adequate time to respond to Plaintiffs' motions. Plaintiffs have waited months to compile over 500 pages of filings, while Defendants, without extension, would only have two weeks to respond – two weeks that would include Christmas and New Years, when both agency counsel and DOJ counsel have limited availability. Given prescheduled leave and the government's closures during the holidays, Defendants would have even less time. It is prejudicial to Defendants, who implemented Presidential Proclamation 10973 in response to findings that the H-1B program has been abused and exploited for decades, to have minimal time to defend their actions. Section 8 U.S.C. § 1182(f) granted the President with the authority to impose entry restrictions on aliens as he may deem appropriate. By failing to allow the government adequate time to respond to Plaintiffs' motions, the government could be substantially harmed by an order that would impede on the President's power (granted to him through Congressional statute) to restrict the entry of aliens in this circumstance. *See Int'l Internships Programs v. Napolitano*, 798 F. Supp. 2d 92 (D.D.C. 2011) (holding that it would be prejudicial to the government to substitute the court's judgment for Congress's in the area of the admission of aliens).

Meet and confer efforts have been exhausted: Plaintiffs are amenable to a seven (7) day extension but otherwise oppose this extension request.[4]

By granting Defendants' motion for an extension of time, Defendants' new deadline to respond to Plaintiffs' pending motions would fall on January 29, 2026. Plaintiffs' replies in support of their motions would be due February 5, 2026. A hearing would be noticed on February 19, 2026,

---

[4] *See* Scott Decl.

MOT. FOR EXT. OF TIME            3            No. 4:25-cv-8454-HSG

which is the motions' already noticed date. A proposed order for the Court's consideration is submitted with this motion.

Dated: December 23, 2025     Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office Of Immigration Litigation

TIBERIUS DAVIS
Counsel To The Assistant Attorney General

GLENN GIRDHARRY
Acting Deputy Director
Office of Immigration Litigation

DAVID J. BYERLEY
Senior Litigation Counsel

/s/ Jaime A. Scott
JAIME A. SCOTT (DC Bar # 90027182)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

 I hereby certify that on December 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        /s/ Jaime A. Scott
        JAIME A. SCOTT
        Trial Attorney
        U.S. Department of Justice, Civil Division
        Office of Immigration Litigation

        *Attorney for Defendants*