UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>        Defendants. | Case No. 4:25-cv-8454 |

**[PROPOSED] ORDER**

UPON consideration of Defendants' Motion for Extension of Time, it is hereby ordered that the motion is GRANTED.

Defendants' oppositions to Plaintiffs' Motion for Preliminary Injunction (ECF No. 75) and Motion for Class Certification (ECF No. 76) shall be due on or before January 29, 2026.

IT IS SO ORDERED.

Dated: _____     _____
                                                                                        Hon. Haywood S Gilliam, Jr.
                                                                                        United States District Court Judge