BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office Of Immigration Litigation

TIBERIUS DAVIS
Counsel To The Assistant Attorney General

GLENN GIRDHARRY
Acting Deputy Director

DAVID J. BYERLEY
Senior Litigation Counsel

JAIME A. SCOTT
Trial Attorney
DC Bar # 90027182
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *et al.*, <br><br> Defendants. | Case No. 4:25-cv-8454-HSG <br><br> **NOTICE OF DEFENDANTS' MOTION FOR A STAY** <br><br> **NOTICED HEARING DATE AND TIME: FEBRUARY 26, 2026 AT 2PM** |

NOTICE OF MOT. FOR STAY          1          No. 4:25-cv-8454-HSG

## NOTICE OF MOTION PURSUANT TO 7-1

PLEASE TAKE NOTICE that on February 26, 2026 at 2:00 PM,[1] before The Honorable Haywood S. Gilliam, Jr., United States District Court for the Northern District of California, Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California, Defendants will move to stay this litigation pending a decision on the merits in *Chamber of Commerce v. Trump*, No. 3:25-cv-8454 (D.D.C.).

Dated: December 23, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office Of Immigration Litigation

TIBERIUS DAVIS
Counsel To The Assistant Attorney General

GLENN GIRDHARRY
Acting Deputy Director
Office of Immigration Litigation

DAVID J. BYERLEY
Senior Litigation Counsel

/s/ Jaime A. Scott
JAIME A. SCOTT (DC Bar # 90027182)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

*Attorneys for Defendants*

---

[1] While this is the Court's next available hearing date, should the Court be inclined to grant Defendants' Motion for a Stay after it is briefed, Defendants ask that the Court do so before the scheduled hearing on February 19, 2026 to conserve the Court's and Parties' time.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jaime A. Scott
JAIME A. SCOTT
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

*Attorney for Defendants*