UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLOBAL NURSE FORCE, *et al.*,

        Plaintiffs,

        v.

DONALD J. TRUMP, President of the United States, *et al.*,

        Defendants.

Case No. 4:25-cv-8454

**[PROPOSED] ORDER**

UPON consideration of Defendants' Motion for Stay, it is hereby ordered that the motion is GRANTED.

The case is stayed until an order is issued in *Chamber of Commerce v. DHS*, No. 25-5473 (D.C. Cir.). Within seven days of an order, Defendants' will notify the court and attach the order, at which time the court will reset any pending deadlines.

IT IS SO ORDERED.

Dated: _____

                                                                                                    Hon. Haywood S Gilliam, Jr.
                                                                                  United States District Court Judge