Cynthia Liao (CA Bar No. 301818)*
Johanna N. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*

* *Admitted pro hac vice*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**DECLARATION OF CYNTHIA LIAO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY** |

## DECLARATION OF CYNTHIA LIAO

I, Cynthia Liao, hereby declare as follows:

1. I am an attorney at Democracy Forward Foundation and counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction and Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the amended complaint in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Oct. 24, 2025) (ECF 8), available and downloaded from PACER.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Defendants' Response and Cross Motion for Summary Judgment in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Dec. 1, 2025) (ECF 36), available and downloaded from PACER.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Defendants' Reply in Support of Their Cross-Motion for Summary Judgment in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Dec. 17, 2025) (ECF 51), available and downloaded from PACER.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the declaration of Patrick Shen in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Oct. 24, 2025) (ECF 18-4), available and downloaded from PACER.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Association of American Universities membership list, downloaded from its website: https://www.aau.edu/who-we-are/our-members/aau-member-universities-year-entry.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 8, 2026                 */s/ Cynthia Liao*
                                          Cynthia Liao