Jonathon P. Hauenschild (SBN 249615)
FEDERATION FOR AMERICAN IMMIGRATION REFORM
25 Massachusetts Ave., NW, Ste. 330
Washington, DC 20001
(202) 328-7004
jhauenschild@fairus.org

Counsel for *Movant* Federation for American Immigration Reform

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL OF CALIFORNIA**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-8454-HSG<br><br>**DECLARATION OF JONATHON P. HAUENSCHILD IN SUPPORT OF MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF**<br><br>Courtroom 2, Hon. Haywood S. Gilliam, Jr. |

**DECLARATION**

I, Jonathon P. Hauenschild, am counsel for the Federation for American Immigration Reform (FAIR). In support of FAIR's Motion for Leave to File an Amicus Brief, I declare the following:

1. On or about January 15, 2026, and pursuant to Local Rule 7-3, I conferred with counsels for Plaintiffs and Defendants through email regarding Leave to File Amicus Brief;

2. My email requested either their consent or non-objection to the Motion for Leave;

3. On or about January 15, 2026, Counsel(s) for the Defendants responded and indicated that they consented to FAIR's Motion for Leave;

4. On or about January 16, 2026, Counsel(s) for the Plaintiffs responded and indicate that they would not oppose FAIR's Motion for Leave, as long as it is filed consistent with the rules;

5. Since the decision to file an amicus brief in this case, I have regularly checked the docket to ensure that I am aware of the filings in the case; and

6. Based upon my experience and prior practice, the Motion for Leave is the type of Motion that may be decided without a hearing and, therefore, Movant waives hearing and oral argument.

I declare all these statements to be true under penalty of perjury.

Dated: January 20, 2026				Respectfully submitted,

						s/ Jonathon P. Hauenschild
						Jonathon P Hauenschild
						FEDERATION FOR AMERICAN IMMIGRATION REFORM
						25 Massachusetts Ave., NW, Suite 330
						Washington, DC 20001
						(202) 328-7004
						jhauenschild@fairus.org

						Counsel for *Movant*
						Federation for American Immigration Reform