# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No.: 4:25-cv-8454-HSG <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 75]** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

**ORDER**

On January 20, 2026, the Federation for American Immigration Reform (FAIR) filed a Motion for Leave to File an *Amicus* Brief in Support of Defendants and in Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF 75).

The Court, having considered FAIR's motion and the arguments therein and finding good cause therefor, hereby **GRANTS** the Motion for Leave and **ORDERS** that the brief submitted as Exhibit 1 to the Motion be filed.

**IT IS SO ORDERED**.

Dated: January_____, 2026

                                                     _____
                                                   Hon. Haywood S. Gilliam, Jr.
                                                   U.S. DISTRICT JUDGE