UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>  Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**SUPPLEMENTAL DECLARATION OF MELYNN ZYLKA** |

## SUPPLEMENTAL DECLARATION OF MELYNN ZYLKA

I, Melynn Zylka, declare as follows:

1. I am the Chief Financial Officer of BAE Industries ("BAE"). I previously submitted a declaration in support of Plaintiffs' Motion for Preliminary Injunction in this matter on behalf of BAE. I am authorized to make this declaration on behalf of BAE.

2. I am over the age of eighteen and am competent to give this declaration. I have personal knowledge of the facts set forth in this supplemental declaration, and if called as a witness in this action, I could and would testify competently to these facts.

3. As described in my initial declaration, BAE is seeking to return a valued and experienced employee to the United States. On November 14, 2025, through our immigration counsel, BAE submitted a request for a national interest exemption ("NIE") from the Presidential Proclamation imposing a $100,000 fee for this employee.

4. In the NIE request, BAE's counsel explained the critical safety and quality-assurance role this employee plays at BAE, including his responsibility for ensuring that manufactured components meet stringent regulatory and industry standards applicable to the automotive supply chain. The request has been pending for over two months, and to date we have received no response from the government.

5. As explained in my prior declaration, BAE had planned to promote this employee into the Quality Manager role following the retirement of the current Quality Manager. However, because BAE cannot afford the $100,000 fee imposed by the Proclamation and therefore has been unable to return this employee to the United States, BAE also initiated recruitment efforts for the Quality Manager position.

6. BAE received approximately 200 applications for the position. Of these applicants, only two had enough experience in the metal stamping or similar industry and in quality management to be interviewed, but ultimately neither candidate was suitable for the position. This role requires a highly specialized combination of education, plus technical and managerial skills and experience, in order to meet the critical safety and quality requirements applicable to BAE's products.

7. Prior to this employee returning to India due to his H1B expiring during the government shutdown, he spent considerable time cross-training with the soon-to-be-retired Quality Manager. While we await the resolution of this litigation, we have asked the current Quality Manager to stay on to allow for additional training when our employee is allowed to return. We currently also do not have another path forward to fill the Quality Manger role. This is not a long-term solution, but we have no other option to complete the required work and fulfill our customers' expectations for quality products with safety requirements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2026

Melynn Zylka