1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

GLOBAL NURSE FORCE, *et al.*,

          Plaintiffs,

       v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

          Defendants.

Case No. 4:25-cv-08454-HSG

**SUPPLEMENTAL DECLARATION OF LANCE WITTE**

**SUPPLEMENTAL DECLARATION OF LANCE WITTE**

I, Lance Witte, declare as follows:

1.	I am the Superintendent of Lower Brule Day School ("LBDS"). I previously submitted a declaration in support of Plaintiffs' Motion for Preliminary Injunction in this matter on behalf of LBDS. I am authorized to make this supplemental declaration on behalf of LBDS.

2.	I am over the age of eighteen and am competent to give this declaration. I have personal knowledge of the facts set forth in this supplemental declaration, and if called as a witness in this action, I could and would testify competently to these facts.

3.	LBDS is exempt from the annual cap on H-1B petitions. This has enabled LBDS to file H-1B petitions throughout the calendar year, as necessary to meet its staffing needs.

4.	Since submitting my prior declaration, LBDS has identified two teacher staffing needs for the fall 2026 school year. Based on our current enrollment projections, LBDS determined that it will need to expand to an additional middle school and high school math and science classroom in the fall, which will require staffing by a new teacher. In addition, LBDS identified the need for a new middle and high school language arts/social studies teacher to meet instructional needs for the upcoming school year.

5.	To date, LBDS has received approximately ten (10) applications for these teaching positions. Through the application and interview process, we have become aware that all of the candidates are foreign nationals who will require H-1B visa sponsorship. Seven of the applicants are located abroad. As described in my prior declaration, LBDS has experienced persistent difficulty recruiting teachers, despite offering salaries that are above the median for our area. This current recruitment effort reflects that same challenge. In the last 5 years, at least 90% of our applicants for teacher positions have been foreign nationals, and the majority of them have been from abroad. When we have interviewed local candidates in the past, they have not been a good fit for the position.

6.	LBDS lists its open teaching positions through the Associated School Boards of South Dakota, which makes those postings visible to applicants statewide, nationally, and internationally.

7.	In addition to these current recruitment efforts, LBDS will reassess its staffing needs in late February and early March of this year, when contracts for current teachers come up for renewal. If one or more teachers choose not to renew their contracts, additional vacancies may arise, resulting in

SUPP. DECL. OF LANCE WITTE                                             Case No. 4:25-cv-08454-HSG

1    additional staffing needs to fill.

2          8.      The H-1B program has been critical to LBDS's ability to recruit and retain qualified

3    teachers in a remote and difficult-to-staff environment. It has also provided important continuity and

4    stability for our students, who form strong bonds with teachers willing to live and work in our

5    community.

6

7

8          I declare under penalty of perjury under the laws of the United States that the foregoing is true and

9    correct.

10         Executed on January __, 2026

*Lance L. Witte*

11    _____
      Lance Witte

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPP. DECL. OF LANCE WITTE                                                    Case No. 4:25-cv-08454-HSG