Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*

\* *Admitted pro hac vice*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**DECLARATION OF CYNTHIA LIAO IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRLIMINARY INJUNCTION AND 5 U.S.C. § 705 STAY** |

# DECLARATION OF CYNTHIA LIAO

I, Cynthia Liao, hereby declare as follows:

1. I am an attorney at Democracy Forward Foundation and counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Reply in support of Motion for Preliminary Injunction and 5 U.S.C. § 705 Stay. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Dep't of Labor, Wage & Hour Div., Fact Sheet #620: Must an H-1B employer recruit U.S. workers before seeking H-1B workers? (Jan. 2025), downloaded from this link: https://www.dol.gov/agencies/whd/fact-sheets/62o-h1b-recruitment.

3. Attached hereto as **Exhibit 2** is a true and correct excerpt of the Transcript of Motion Hearing in *Chamber of Commerce v. DHS*, No. 1:25-cv-03675-BAH (Dec. 19, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 23, 2026        */s/ Cynthia Liao*
                                  Cynthia Liao