UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLOBAL NURSE FORCE, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, President of the United States, *et al.*,

    Defendants.

Case No. 4:25-cv-8454

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss, which incorporates by reference Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, and having considered the arguments presented therein, and in Plaintiffs' responsive papers, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED.

The case is DISMISSED with prejudice with no further leave to amend.

IT IS SO ORDERED.

Dated: _____

                                                                 Hon. Haywood S Gilliam, Jr.
                                                                 United States District Court Judge