Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*

* *Admitted pro hac vice*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 4:25-cv-08454-HSG <br><br> **DECLARATION OF CYNTHIA LIAO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

## DECLARATION OF CYNTHIA LIAO

I, Cynthia Liao, hereby declare as follows:

1. I am an attorney at Democracy Forward Foundation and counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Comm. of Interns and Residents, SEIU, About CIR, downloaded from this link: https://www.cirseiu.org/about/.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Comm. of Interns and Residents, SEIU, Our Priority Issues, https://www.cirseiu.org/#priorities.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Am. Ass'n of Univ. Professors, Mission, downloaded from this link: https://www.aaup.org/mission.

5. Attached hereto as **Exhibit 4** is a true and correct copy of UAW 4811, International Scholars: Information & Resources, downloaded from this link:

https://www.uaw4811.org/international-scholars.

6. Attached hereto as **Exhibit 5** is a true and correct copy of UAW, UAW Higher Educ. Dep't, downloaded from this link: https://uaw.org/highereducation/.

7. Attached hereto as **Exhibit 6** is a true and correct copy of AFL-CIO, Statement of Principles on Immigration and the High-Skilled Workforce, as captured by the Internet Archive Wayback Machine on October 18, 2016, downloaded from this link:

https://web.archive.org/web/20161008231158/http://www.aflcio.org/content/download/174948/4160147/16132_Statement%2Bof%2BPrinciples%2B4.pdf.

8. Attached hereto as **Exhibit 7** is a true and correct copy of USCIS, Historical National Median Processing Time (in Months) for All USCIS Offices for Select Forms By Fiscal Year, downloaded from this link: https://egov.uscis.gov/processing-times/historic-pt.

9. Attached hereto as **Exhibit 8** is a true and correct copy of U.S. State Dep't, Announcement of Expanded Screening and Vetting for Visa Applicants (June 18, 2025),  downloaded

from this link: https://www.state.gov/releases/office-of-the-spokesperson/2025/06/announcement-of-expanded-screening-and-vetting-for-visa-applicants/.

10. Attached hereto as **Exhibit 9** is a true and correct copy of U.S. State Dep't (@StateDept), X (Jan. 14, 2026, at 11:40 am), downloaded from this link: https://x.com/StateDept/status/2011478657680757214.

11. Attached hereto as **Exhibit 10** is a true and correct copy of U.S. State Dep't, Immigrant Visa Processing Updates for Nationalities at High Risk of U.S. Public Benefits Reliance (last updated Feb. 2, 2026), downloaded from this link: https://travel.state.gov/content/travel/en/News/visas-news/immigrant-visa-processing-updates-for-nationalities-at-high-risk-of-public-benefits-usage.html.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 12, 2026         */s/ Cynthia Liao*
                                    Cynthia Liao