# Exhibit 1

🇺🇸 English ▾

**Committee of Interns and Residents**
**SEIU**Healthcare.

About     Priorities     Organize     Media     **Delegate Hub**    🔍

# About CIR

The Committee of Interns and Residents (CIR) is the largest housestaff union in the United States. We are a local of Service Employees International Union (SEIU), representing over **40,000 resident physicians and fellows** who are dedicated to improving residency training and education, advancing patient care, and expanding healthcare access for our communities.

**Join CIR**

## 2024–26 Leadership



President:

**A. Taylor Walker, MD, MPH**

Cambridge Hospital
Family Medicine

### Our Mission

We empower interns, residents and fellows to fight for excellence for our patients, our training, and our healthcare system through organizing, collective bargaining, and advocacy.

Medical training doesn't have to be a demoralizing experience. CIR leaders are addressing the root causes of burnout. Our framework is one which allows us to come up with innovative solutions to systemic issues in medical training. Every day, we treat patients whose health has been compromised by a system that costs too much and leaves too many behind. We believe that a commitment to health justice for all requires us not only to be healers for our patients, but advocates.



**Executive Vice President:**

**Dina Jaber, MD**

### Our History

CIR was founded by approximately two thousand interns and residents in New York City's public hospitals in 1957. Our first collective bargaining agreement was signed in 1958. Staff pushed for higher salaries (which were raised from $852 to $1,212 per year), on-call rooms, hour limitations, better working conditions and quality of patient care – all of which we still continue to strive for today for our members. In the 1990s, CIR became a national union and in 1997 the delegates voted to affiliate

Case 4:25-cv-08454-HSG  Document 108-2  Filed 02/13/26  Page 3 of 6

with SEIU. Today, we are the largest housestaff union in the United States and we continue to grow. Read more.

 

## What is Collective Bargaining?

CIR is not just an organization that we belong to. We are responsible to ourselves and each other, and it's up to us to ensure that every single patient can get the care they need. Having a union helps us to do that.

We raise the standards for residency programs everywhere by transforming patient care and partnering with hospital administrators to make real change locally and nationally.

Every day, we treat patients whose health has been compromised by a system that costs too much and leaves too many behind. We believe that a commitment to health justice for all requires us not only to be healers for our patients, but advocates.

Kings County Medical Center
Internal Medicine

English ▼



**Secretary-Treasurer:**

**Mahima Iyengar, MD**

LA County – USC Medical Center
Medicine/Pediatrics

## 2024–26 Regional Vice Presidents

—— **East** ——

**Regional VP – NE:**

**Dipavo Banerjee, DO**

UMass Memorial
Medical Center
Psychiatry

**Regional VP – NE:**

**Alex Cerjanic, MD, PhD**

Mass General Brigham
Neurology

**Regional VP – NE:**

**Justin Halloran, MD**

Cambridge Hospital
Psychiatry

**Regional VP – NE:**

**Brett Lewis, MD**

Boston Medical Center
Family
Medicine/Psychiatry

**Regional VP – NE:**

**Chris Schenck, MD**

Mass General Brigham
Internal Medicine

**Regional VP – NY Public:**

**Luis Aguilar Montalvan, MD**

Jacobi Medical Center
Emergency Medicine

**Regional VP – NY Public:**

**Nicholas Frazette, MD**

Bellevue Hospital
Center

**Regional VP – NY Public:**

**Ashna Shome, MD**

Jacobi Medical Center
Pediatrics

Pathology

🇺🇸 English ▾

**Regional VP – NY Private:**

**Stephanie Aroworade, MD**

Brooklyn Hospital Center
Pediatric Surgery

**Regional VP – NY Private:**

**Mahdi Khattabi, MD**

One Brooklyn Health
Internal Medicine

**Regional VP – NY Private:**

**Melissa Marseille, MD, MPH, MS**

Brooklyn Hospital Center
Emergency Medicine

**Regional VP – NY Private:**

**Soheila Sanchez-Molina, MD**

BronxCare
Family Medicine

**Regional VP – NY Private:**

**Rohan Pinto, MD**

Maimonides Medical Center
Internal Medicine

**Regional VP – Mid-Atlantic:**

**Natasha Driver, MD, MSc**

Howard University Hospital
Obstetrics & Gynecology

**Regional VP – Mid-Atlantic**

**Michelle Munyikwa, MD**

UPenn Health Systems
Medicine  Pediatrics

**Regional VP – Mid-Atlantic**

**Saraaga Tamirisa, MD**

Rutgers University – NJMS
Medicine/Pediatrics

**Regional VP – Mid-Atlantic**

**Trina Van, MD**

Children's National Medical Center
Pediatrics

**Regional VP – FL:**

**Alan Alvarez, MD**

Jackson Memorial Hospital
Psychiatry

—— **Central** ——

**Regional VP – Great Lakes:**

**Nicolette Alberti, DO, MPH**

University of Illinois Chicago
Emergency

**Regional VP – NM:**

**Rupali Gautam, DO**

University of New Mexico
Pediatrics

 English ▾

## West

**Regional VP – NW:**

**Kelly Stewart, MD**

University of Washington
Emergency Medicine

**Regional VP – NorCal:**

**Kayla Authelet, MD**

Alameda
Emergency Medicine

**Regional VP – NorCal:**

**Miguel Pena, MD, MPP**

Stanford Health Care
Diagnostic Radiology

**Regional VP – NorCal UC:**

**Marysol Encarnacion, MD**

UCSF Medical Center
Psychiatry

**Regional VP – NorCal UC:**

**Paul Glasheen, MD**

UC Davis Medical Center
Internal Medicine/Psychiatry

**Regional VP – NorCal UC:**

**Olivia Harden, MD, MS**

UCSF Medical Center
Internal Medicine

**Regional VP – SoCal:**

**Frances Gill, MD, MPH**

LA County  USC Medical Center
Psychiatry

**Regional VP – SoCal:**

**Andrea N. Soto Lopez, MD**

LA County  USC Medical Center
Medicine/Pediatrics

**Regional VP – SoCal UC:**

**Asha Ayub, MD**

UCLA Medical Center
Urology

**Regional VP – SoCal UC:**

**Diana Dayal, MD**

UCLA Medical Center
Emergency Medicine

**Regional VP – SoCal UC:**

**Nekisa Haghighat, MD, MPH**

UC Riverside
Psychiatry

**Regional VP – SoCal UC:**

**Garrett Kneese, MD, MPH**

UC San Diego Health
Family Medicine

## Our Union

The Committee of Interns and Residents/SEIU, a local of Service Employees International Union (SEIU), represents more than 40,000 interns, residents, and fellows in California, Delaware, Florida, Idaho, Illinois, Massachusetts, Minnesota, New Jersey, New Mexico, New York, Pennsylvania, Rhode Island, Vermont, Washington, and Washington, D.C.

Read More ➜

## Contact Us

National Office:
10-27 46th Avenue,
Suite 300-2
Long Island City, NY
11101

Regional Offices ➜

Benefits Office:
Phone: (212) 356-8180
Email:
benefits@cirseiu.org

## Helpful Links

Careers at CIR

Legal Services

Legal/Member Discounts

Intranet





Constitution, By-Laws, and SEIU Code of Ethics

© 2026 Committee of Interns and Residents/SEIU Healthcare | Privacy Policy