# Exhibit 2

Case 4:25-cv-08454-HSG    Document 108-3    Filed 02/12/26    Page 2 of 9

 **English** ▾



About    Priorities    Organize    Media    Delegate Hub    🔍

# A Union Run by Housestaff for Housestaff

## *FIGHTING FOR HEALTH JUSTICE AND PHYSICIAN WELL-BEING*

## View Your Contract & Benefits



Select your hospital ▾

🇺🇸 English ▾

# Join Our Union

If your hospital already has a CIR chapter, click through on the map to become a member.

Don't see your hospital? Start a chapter!

How to Start a Union

Case 4:25-cv-08454-HSG    Document 108-3    Filed 02/12/26    Page 4 of 9

🇺🇸 **English** ▾

## OUR MISSION

CIR empowers interns, residents and fellows to fight for excellence for our patients, our training, and our healthcare system through organizing, collective bargaining, and advocacy.

# Our Priority Issues

## Immigrant Rights

We respect, protect, and advocate for the humanity of all people. From information on ICE enforcement to legal resources and guidance, we ensure that our members, no matter where they're from, have the information they need to provide quality patient care.

**More information** >

Case 4:25-cv-08454-HSG　　Document 108-3　　Filed 02/12/26　　Page 5 of 9



# Diversity, Inclusion & Anti-Racism

All housestaff and their patients deserve dignity and respect. Our national strategy and local organizing around health justice, racial justice, and social justice ensure our patients, members, and communities have what they need to thrive.

More information >

Case 4:25-cv-08454-HSG    Document 108-3    Filed 02/12/26    Page 6 of 9



🇺🇸 **English** ▾

# Reproductive Justice

We fight to protect patients & providers, protect the integrity of abortion training, expand abortion care access & capacity, expand support & benefits for residents, fight racial injustice, and codify the right to all reproductive care.

**More information** >

2/12/26, 10:34 AM
Committee of Interns and Residents - Empowering education, interns, residents, and fellows

Case 4:25-cv-08454-HSG   Document 108-3   Filed 02/12/26   Page 7 of 9

🇺🇸 English ▾



# Caring Beyond the Contract

Quality healthcare isn't just a priority at the bargaining table. We advocate for quality healthcare at the local, state, and federal levels, and ensure children at our community's schools understand the importance of a healthy, thriving life.

**More information** >

https://www.cirseiu.org/#priorities

6/8

Case 4:25-cv-08454-HSG    Document 108-3    Filed 02/12/26    Page 8 of 9



🇺🇸 English ▾

## Our Union

The Committee of Interns and Residents/SEIU, a local of Service Employees International Union (SEIU), represents more than 40,000 interns, residents, and fellows in California, Delaware, Florida, Idaho, Illinois, Massachusetts, Minnesota, New Jersey, New Mexico, New York, Pennsylvania, Rhode Island, Vermont, Washington, and Washington, D.C.

Read More ➔

Constitution, By-Laws, and SEIU Code of Ethics

Case 4:25-cv-08454-HSG   Document 108-3   Filed 02/12/26   Page 9 of 9

 **English** ▾

## Contact Us

National Office:
10-27 46th Avenue, Suite 300-2
Long Island City, NY 11101

Regional Offices ➔

Benefits Office:
Phone: (212) 356 8180
Email: **benefits@cirseiu.org**

## Helpful Links

Careers at CIR

Legal Services

Legal/Member Discounts

Intranet

Search 🔍



© 2026 Committee of Interns and Residents/SEIU Healthcare | Privacy Policy