# Exhibit 3

Case 4:25-cv-08454-HSG · Document 108-4 · Filed 02/12/26 · Page 2 of 3



# Mission

⌂ **HOME / MISSION**

The mission of the American Association of University Professors (AAUP) is to advance academic freedom and shared governance; to define fundamental professional values and standards for higher education; to promote the economic security of faculty, academic professionals, graduate students, postdoctoral fellows, and all those engaged in teaching and research in higher education; to help the higher education community organize to make our goals a reality; and to ensure higher education's contribution to the common good. Founded in 1915, the AAUP has helped to shape American higher education by developing the standards and procedures that maintain quality in education and academic freedom in this country's colleges and universities.



## Join the AAUP

Help protect quality higher education and shape the future of our profession.

**JOIN NOW →**



**American Association of University Professors**
555 New Jersey Ave NW, Suite 600
Washington, DC 20001

☐ Phone: 202-737-5900
✉ Email: aaup@aaup.org

 

**AAUP FOUNDATION** ⎘

# Sign Up for Updates

