# Exhibit 4



OUR UNION    OUR RIGHTS    OUR MOVEMENT

BARGAINING

JOIN THE MAJORITY

# RESOURCES

UAW 4811 INTERNATIONAL SCHOLARS FAQ

KNOW YOUR RIGHTS: TRAVEL AND VISA CONCERNS

DOWNLOADABLE KNOW YOUR RIGHTS CARD

TELL UC ADMINISTRATION: PROTECT INTERNATIONAL SCHOLARS

**In the event that you are experiencing an unexpected change in immigration status or any other immigration-related emergency, please call this number: 888-416-2110.**

Case 4:25-cv-08454-HSG    Document 108-5    Filed 02/12/26    Page 3 of 9

40% of the workers who make up UAW 4811 are international scholars. A majority of those are members of our union. International scholars have always faced challenges and precarity due to our status as visa holder, and since the start of 2025, the federal government has taken a series of actions that have increased these challenges and created substantial concern and uncertainty for international scholars. In early June, the Trump Administration announced restrictions on travel to the United States for citizens of more than 12 countries. This ban affects many of the visas that UC academic workers rely on to research and teach in California. **This is an escalation in the administration's assault on international scholars. Academic workers must stand together to defeat it.**

**If you are an international scholar, you should avoid traveling outside the US, especially if you are from a country listed in the travel ban.**

Thanks to our collective action, **UC international scholars facing sudden changes to their immigration status** now have access to **a legal defense fund.** Contact your campus international office for more information about the fund.

# Frequently Asked Questions for International Scholars

See the questions below for guidance on your rights and protections as an international scholar. In the event that you are experiencing an unexpected change in immigration status or any other immigration-related emergency, please call this number: **888-416-2110.**

## What free speech rights do I have as an international worker?

International workers have the same free speech rights as domestic workers. It is against the law for any worker in the United States, international or domestic, to face legal repercussions for exercising free speech. While Trump has attempted to circumvent immigrants' right to free speech in a few cases, previous attempts to do so have never held up in court.

## What are my union rights as an international worker?

Every worker in the US, regardless of immigration status, has the same legal right to join and participate in a union. See this informational page from the U.S. State Department for more information. No academic union members have ever reported any complications arising from their immigration status and being part of a union.

In fact, international workers hold many of the leadership positions in UAW 4811 and other UAW Academic Worker unions. Through our unions, international workers have negotiated additional rights and protections we otherwise would not have, including protections against discrimination of any kind and unjust discipline that could impact our visa status.

## What additional protections have international workers negotiated through

Academic workers in UAW 4811 must be compensated for any loss of pay due to issues with work authorization processing. Academic Student Employees and Postdocs are guaranteed leave to attend immigration hearings, afforded a process to seek re-employment if they temporarily lose work authorization, and have the option to bargain additional protections with UC if immigration laws change. UC must also notify our union if they learn of an immigration investigation being conducted against any ASE or Postdoc.

## How have UAW 4811 members fought back against threats of funding cuts

The first Trump administration attempted to slash federal research funding in every budget it submitted to Congress. In response, UAW academic workers from UC, including many international scholars, successfully rallied and lobbied to keep funding at fair levels.

This year, UAW has joined multiple lawsuits filed by State Attorneys General and the ACLU to restore Federal research funding. On April 4th, a Massachusetts judge issued permanent injunctions halting some of the Trump administration's attempts to freeze or cut funding.

## How have UAW 4811 members responded to attacks on immigrants in the

UAW represents over 100,000 workers in higher education, including tens of thousands of international scholars. This gives international scholars a powerful voice in setting national policy, which we used

to oppose attacks on immigrants during the first Trump administration.

In 2017, the UAW international **filed an amicus brief** in the Supreme Court challenging the Trump administration's travel ban, as academic workers, including international scholars, rallied at airports around California to protest the ban. In 2018, international workers in California and Washington worked with Congressional Representatives Judy Chu and Pramila Jayapal on a **Dear Colleague letter** demanding that Secretary of State Pompeo restore the validity period of Chinese international students' entry visas from 12 months back to 60 months. In 2020, UAW academic workers mobilized against a proposed rule by ICE to shorten visa stays for international scholars; thousands of public comments were submitted, including by the **President of the UAW International**.

## Will protesting funding cuts and immigration restrictions make a difference

Yes. Academic workers have defeated Trump's attacks before and we can do it again. By working together through our union, academic workers have a strong political voice to lobby legislators and shape policy, as well as the ability to mount legal challenges to unlawful actions by the administration. In order for these efforts to succeed, it is critical that as many academic workers as possible demonstrate our support for research funding and fair immigration policy, by joining as union members and coming together for peaceful rallies such as the Kill the Cuts day of action on April 8th.

## Could I get arrested for going to a rally or peaceful demonstration?

Arrests at peaceful rallies are extremely rare. No UAW 4811 member has ever been arrested at a union sanctioned rally other than those intentionally participating in planned civil disobedience.

## What are my due process rights?

Regardless of your visa, residency, or family status, once in the US you have the same due process rights as a domestic scholar, which means you cannot be deprived of life, liberty, or property without the chance to defend yourself in fair legal proceedings. Additionally, you have the right to a lawyer to assist you and the right to remain silent if questioned by law enforcement.

## Who can I call if I need help?

Our union has set up a hotline to quickly refer members facing an immigration emergency to legal resources. In the event that you are experiencing an unexpected change in immigration status or any other immigration-related emergency, please call this number: **888-416-2110**. You will be referred to an immigration attorney who has agreed to assist UAW academic workers and with whom you can have a legally privileged conversation about details of your situation. For general information regarding immigration at UC, please contact the UC Immigrant Legal Service Center at ucimm@law.ucdavis.edu or 530-752-7996. For any issues in the workplace, reach out to organize@uaw4811.org and a fellow union member will get in touch.



Contact     Twitter     Instagram