Case 4:25-cv-08454-HSG    Document 108-6    Filed 02/12/26    Page 1 of 15

# Exhibit 5

Case 4:25-cv-08454-HSC Document 108-6 Filed 02/12/26 Page 2 of 15



# UAW HIGHER EDUCATION DEPARTMENT

WHO WE ARE | POSITIONS | ACTIONS / UPDATES | CONTRACT WINS



TAKE ACTION

2/11/26, 4:50 PM                UAW Higher Education Department | International Union, United Automobile, Aerospace and Agricultural Implement Workers of America

Case 4:25-cv-08454-HSG    Document 108-6    Filed 02/12/26    Page 3 of 15

# UNITS

The UAW Education Department represents for over 100,000 higher education members across the United States. Learn about our positions, member stories and more.

## ⊞ Staff Units

Mt. Holyoke Housekeeping Staff, Local 2322
University of Hartford Janitors & Groundskeepers, Local 376
Barnard Support Staff, Local 2110
Columbia University Support Staff, Local 2110
Teachers College Support Staff, Local 2110
Union Theological Seminary Support Staff, Local 2110
Mercy College Staff, Local 2110
Boston University Clerical & Housing Staff, Local 2324
SHENS-UAW, Local 7902
Wayne County Community College Staff, Local 1796
Wayne State University Professional & Administrative Staff, Local 1979
Wayne State University Staff Association, Local 2071
Macomb County Community College Administrative Personnel, Local 2411
Eastern Michigan University Professional & Administrative Staff, Local 1976
Eastern Michigan University Clerical / Secretarial Staff, Local 1975
Kettering University Service/Maintenance Staff, Local 1811
Northern Michigan University TOP, Local 1950
Mott Community College Administrative Staff, Local 2102
Northern Michigan University TOP, Local 2178
Kellogg Community College Production and Maintenance Staff, Local 2600
Michigan Tech University TOP, Local 5000
Central Michigan University TOP, Local 6888
Otterbein University Service/ Maintenance Staff, Local 2005



UAW Higher Education Workers ☆
This map was made with Google My Maps. **Create your own.**

Oberlin College Service/ Maintenance Staff, Local 2192

Black Hawk College Admin/Clerical Staff, Local 2282

Cornell University Service/Maintenance Staff, Local 2300

Erie Community College Admin/Clerical Staff, Local 3300

## ⊞ Faculty Units

UAF-UAW, Local 1596

BCF-UAW, Local 2110

NYU Adjunct Faculty, ACT-UAW Local 7902

New School Part-Time Faculty, ACT-UAW Local 7902

Bryant and Stratton College Buffalo Faculty, Local 55

Bryant and Stratton College Rochester Faculty, Local 55

## ⊞ Student Worker Units

Academic Student Employees, Local 4121

Academic Student Employees, Local 4123

Academic Student Employees, Local 4811

California Institute of Technology Grad Assistants, Local 2478

GSWOC-UAW, Local 872

WAWU-UAW, Local 4929

AGWA-UAW, Local 1907

WSU-CASE, Local 4591

WPI-GWU, Local 2322

GEO Amherst, Local 2322

UMass RAs, Local 2322

GEO Lowell, Local 1596

GEO Boston, Local 1596

GSOC-UAW, Local 2110

SWC-UAW, Local 2710

HGSU-UAW, Local 5118

GEU-UAW, Local 6950

SENS-UAW, Local 7902

## ⊞ Researcher & Postdoc Units

California Institute of Technology Postdoctoral Researchers, Local 2478

NIH Fellows United, UAW Local 2750

Student Researchers, Local 4811

Postdocs & Academic Researchers, Local 4811

Postdoctoral Scholars, Local 4121

Research Scientists and Engineers A-4, Local 4121

CAPS-UAW, Local 1115

UMass Amherst Postdocs, Local 2322

CPW-UAW, Local 4100

SPOC-UAW, Local 4100

UCONN Postdoctoral Scholars, Local 6950

Are you interested in seeing what you and your fellow educators at your college or university can gain from organizing with the UAW ? Reach out and let us know.

**📢 JOIN US**

## OUR POSITIONS

 We oppose cuts to NIH funding, as well as other essential sources of government funding, and we have sued the Trump administration to reverse cuts to NIH funding.

 We oppose threatening deportation for international workers who participate in Palestine solidarity demonstrations



Case 4:25-cv-08454-HSC    Document 108-6    Filed 02/12/26    Page 6 of 15



We **oppose cuts to socal security, Medicaid, medicare** and the Department of Education.

We oppose **targeting workers and universities** for their work on DEI-related issues

We **oppose HR 28 and the Trump administration's regression in Title IX protections**.

# MEMBER ACTIONS

Case 4:25-cv-08454-HSG    Document 108-6    Filed 02/12/26    Page 7 of 15



# CONTRACT WINS

 ## POST DOCS

Postdocs at NIH, the first unit of federal employees in the UAW can use at least 10% of their work time for professional development, and have guaranteed 30 days of vacation and 12 weeks of paid parental leave. They also won a commitment from NIH to standardize base pay across institutes and centers, improving



the wages of post docs the country.

 Following a 12-day strike by postdocs at Mt. Sinai, members won the first ever contract article guaranteeing postdoc housing for three years.

READ THE CASE STUDY





 STAFF

Custodians, food service workers, and other staff at Cornell University won wage increases of 21% – 25.4% by rejecting the secretive black-out bargaining that management requested and making sure that members were informed and engaged in the bargaining process and pressure campaign.





LEARN MORE



Student Health Employees New Schoo won $3,000 in non-taxed student loan payments per member every year of the contract.



## STUDENT WORKERS

Academic student workers at the University of Washington won disability and pregnancy accommodations, including ergonomics; as well as paid time off to attend immigration appointments.

Academic student employees in the University of California system won 8 weeks of fully-paid parental



Case 4:25-cv-08454-HSG    Document 108-6    Filed 02/12/26    Page 10 of 15

leave for birthing and n

birthing parents alike. T

won strong protections

abusive conduct and bu

with worker-centered

protections and interim

measures.



New School student workers enshrined reproductive and gender affirming healthcare in their contract, ensuring these life-saving medical procedures will continue to be available to student workers if their insurance policy pulls coverage.

NYU adjunct faculty won pay raises of 34% in the first year of their contract, raising compensation to $10,400 per class, including pay for additional work performed outside of the classroom (less

2/11/26, 4:50 PM
Case 4:25-cv-08454-HSG   Document 108-6   Filed 02/12/26   Page 12 of 15
Lower Higher Education Department | UAW United Automobile, Aerospace and Agricultural Implement Workers of America

Postdocs at NIH, the first unit of federal employees in the UAW, can use at least 10% of their work time for professional development, and have guaranteed 30 days of vacation and 12 weeks of paid parental leave. They also won a commitment from NIH to standardize base pay across institutes and centers, improving the wages of post docs across the country.



Academic student workers at the University of Washington won disability and pregnancy accommodation including ergonomics; as well as paid time off to attend immigration appointments.





Academic student employees in the University of California system won 8 weeks of fully-paid parental leave for birthing and non-birthing parents alike.



Following a 12-day strike by postdocs at Mt. Sinai, members won the first ever contract article guaranteeing postdoc housing for three years.

**READ THE CASE STUDY**



They also won strong protections against abusive conduct and bullying, with worker-centered protections and interim measures.

## STAFF



Custodians, food service workers, and other staff at Cornell University won wage increases of 21% – 25.4% by rejecting the secretive black-out bargaining that

New School student workers enshrined reproductive and gender affirming healthcare in their contract, ensuring these life-saving medical procedures will continue to be available to student workers if

Case 4:25-cv-08454-HSG   Document 108-6   Filed 02/12/26   Page 14 of 15

management requested and making sure that members were informed and engaged in the bargaining process and pressure campaign.

LEARN MORE





## FACULTY

Student Health Employees New School won $3,000 in non-taxed student loan payments per member every year of the contract.

NYU adjunct faculty won pay raises of 34% in the first year of their contract, raising compensation to $10,400 per class, including pay for additional work performed outside of the classroom (lesson prep, grading, office hours, etc.). They also won pay equity between studio and

their insurance policy pulls coverage.



seminar course-types.



Whereas many adjunct and contingent faculty are hired on a per course basis, the part-time faculty union at The New School won job security up to 6-year appointments, which are renewable.







↞ Back to UAW.org