# Exhibit 6



AMERICA'S UNIONS

# Statement of Principles on Immigration and the High-Skilled Workforce

**Immigrants have played and continue to play a central role in the struggle to advance workers' rights and economic and social justice.** Working people have made the most progress in lifting standards and equality when we have organized across lines of race, gender and sexual orientation, as well as national origin, nationality and immigration status. As a labor movement, we will expand that historical legacy by actively engaging with immigrant workers in organizing and bargaining campaigns to build a more just society.

**Immigrant workers make vital contributions to our economy and society, and work-visa pathways should afford them the dignity, rights and respect they deserve.** Work-based immigration can promote innovation and shared prosperity, but only when pathways are structured in a way that guarantees adequate rights and fair treatment. We must end the inequities and abuses that have too long plagued work-visa programs and ensure that they will be pathways to opportunity rather than exploitation.

**The appropriate levels of work-based immigration should be responsive to the evolving needs of the labor market and the health of the economy.** An independent commission of experts should be created that can make informed recommendations to Congress about how to set annual quotas for work visas and to determine which specific industries and geographic locations are experiencing labor shortages. Trade agreements are not an appropriate vehicle to set or adjust visa quotas.

**The demographics of the skilled workforce should better reflect the rich diversity of our workforce as a whole.** Women and people of color are underrepresented in STEM positions, and those with STEM degrees continue to face discrimination and difficulties finding appropriate placements. We must increase investment in and access to high-quality STEM education and also ensure that young women and people of color have a fair opportunity to find work in STEM careers and enough job security to justify the investment that families must make in order to prepare for work in these fields.

**Our immigration system must not be used to facilitate the outsourcing or offshoring of much-needed middle-class jobs.** The largest recipients of visas for skilled workers are temporary staffing agencies that almost never hire from the local workforce, do not create jobs or contribute to innovation, sponsor virtually none of their guest workers for permanence, overwhelmingly pay the lowest wages allowed by law, and have a business model that seeks to move as much work

overseas as possible. Such companies drive down standards for all workers and should not be allowed to access employment-based visas.

**All people who do the same work for the same company should receive the same pay, benefits and conditions, regardless of immigration status.** Men and women with temporary work visas should be guaranteed the same pay and workplace rights as citizens and permanent residents, including the right to organize and to negotiate with the party that ultimately sets the terms and conditions of their employment without fear of interference or retaliation.

**We must eliminate all real and perceived ways in which immigration status can be used to divide working people.** Working people of all immigration statuses will continue to join together to push for immediate improvements at their worksites, as well as for larger systemic changes. Collectively negotiated agreements are an essential vehicle to address the persistent gaps in protections and structural injustices of our immigration system.

**Healthy communities are anchored by stable, permanent jobs.** Employment-based visas should not be allowed to make permanent jobs temporary or accelerate trends toward insecure, disposable work and the subverting of the direct employment relationship through subcontracting and other fissured work arrangements.

**Work-visa programs must be fundamentally restructured with a rights-based and data-driven approach.** No worker's fate should be tied to a single employer. Working people should have the right to leave any employer without jeopardizing their immigration status and to petition on their own behalf for permanent residence. Skilled graduates of U.S. universities who receive job offers should have a much more direct and immediate path to permanence.

**Corporations should never be permitted to use employment-based visas to displace workers or drive down labor standards.** Requirements to document that a labor shortage exists before hiring a worker from outside the United States should be rigorous enough to ensure that U.S. workers have a fair shot at job opportunities and to prevent the misuse of work visas by employers who seek to drive down wages or labor standards, or to discriminate against women or people of color.

**In order to ensure integrity and accountability, there should be greater transparency and more effective enforcement in employment-based visa programs.** The public should have access to all data necessary to understand international recruitment and employment practices and their impact on the labor market. The Department of Labor must have sufficient funds and a clear mandate to enforce program regulations and prevent fraud and abuse so that visa programs can fulfill their intended purpose.

**We need a comprehensive approach to make our broken immigration system more just and functional for all working people, including a roadmap to citizenship for our undocumented brothers and sisters.** The perceived needs of employers should not be prioritized over or pitted against the needs of working families, nor should our system afford different rights and options to workers based on their levels of skill or wages.