# Exhibit 7

Para tener acceso a este sitio en Español, presione aquí (./historic-pt-es)

# Historical National Median Processing Time (in Months) for All USCIS Offices for Select Forms By Fiscal Year

## Fiscal Year 2020 to 2025 (up to September 30, 2025)

Next Page (./historic-pt-2)

### Median Processing Times (in Months)

The number of months shown is the median. It represents the time it took to complete half of the cases in a given time period.

| Form | Form Description | Classification or Basis for Filing | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025[9] |
|------|------------------|-----------------------------------|---------|---------|---------|---------|---------|------------|
| I-90 | Application to Replace Permanent Resident Card | Replacement or renewal of a Form I-551 | 8.3 | 5.2 | 1.2 | 9.1 | 1.1 | 4.1 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3.9 | 4.0 | 7.8 | 5.2 | 3.6 | 1.4 |
| I-129 | Petition for a Nonimmigrant Worker | Nonimmigrant Petition (Premium filed) | 0.4 | 0.3 | 0.3 | 0.2 | 0.3 | 0.4 |
| I-129 | Petition for a Nonimmigrant Worker | Nonimmigrant Petition (non Premium filed) | 2.3 | 1.8 | 2.3 | 2.5 | 2.2 | 3.5 |
| I-129F | Petition for Alien Fiancé(e) | All Classifications | 4.6 | 8.0 | 12.1 | 13.9 | 8.5 | 7.7 |
| I-130 | Petition for Alien Relative | Adoptions | 22.3 | 27.7 | 35.4 | 49.2 | 37.3 | 45.9 |
| I-130[1] | Petition for Alien Relative | Immediate Relative | 8.3 | 10.2 | 10.3 | 11.8 | 11.7 | 14.4 |
| I-131[2] | Application for Travel Document | Advance Parole Document | 4.6 | 7.7 | 7.3 | 5.8 | 5.9 | 6.0 |
| I-131[2] | Application for Travel Document | Parole in Place | 4.8 | 4.9 | 4.7 | 5.4 | 4.1 | 4.5 |
| I-131[2,3] | Application for Travel Document | Travel Document | 4.0 | 7.2 | 10.6 | 15.9 | 14.3 | 13.6 |
| I-140 | Immigrant Petition for Alien Workers | Immigrant Petition (Premium filed) | 0.3 | 0.4 | 0.3 | 0.3 | 0.3 | 0.7 |
| I-140 | Immigrant Petition for Alien Workers | Immigrant Petition (non Premium filed) | 4.9 | 8.2 | 9.3 | 4.3 | 7.1 | 7.9 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | Immigrant Petition (All Classifications) | 11.4 | 5.5 | 8.4 | 6.8 | 3.1 | 4.2 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | 6.9 | 12.9 | 22.6 | 22.9 | 13.4 | 10.3 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | 9.3 | 7.1 | 14.1 | 21.6 | 13.2 | 7.5 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | 8.8 | 9.9 | 11.0 | 8.6 | 6.6 | 7.2 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Family-based adjustment applications | 9.3 | 12.9 | 10.6 | 11.4 | 8.9 | 7.4 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on Cuban Adjustment Act of 1966 (CAA) | 7.1 | 8.5 | 5.5 | 3.3 | 4.6 | 7.0 |

| Form | Form Description | Classification or Basis for Filing | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025[9] |
|---|---|---|---|---|---|---|---|---|
| I-485[4] | Application to Register Permanent Residence or to Adjust Status | All Other Adjustment of Status | 32.7 | 8.7 | 5.4 | 7.0 | 9.7 | 11.6 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an investor who wishes to immigrate to the United States | 31.1 | 32.5 | 44.2 | 50.0 | 53.8 | 72.9 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All Extend/Change Applications | 4.8 | 9.6 | 6.8 | 5.8 | 2.7 | 2.5 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | U.S. citizen filing to adopt an orphan | 3.2 | 5.3 | 6.3 | 5.8 | 7.4 | 13.8 |
| I-600A | Application for Advance Processing of Orphan Petition | U.S. citizen seeking suitability and eligibility determination who plans to adopt child from non-Convention country | 2.8 | 3.5 | 3.0 | 3.0 | 3.2 | 3.1 |
| I-601A | Application for Provisional Unlawful Presence Waiver | Provisional Waiver of INA 212(a)(9)(B) | 11.2 | 17.1 | 31.7 | 43.0 | 41.2 | 29.7 |
| I-730[5] | Asylee Relative Petition | Petition for "following-to-join" family members (spouse and children) of an asylee | 15.3 | 18.9 | 27.3 | 8.9 | 7.3 | 10.9 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of conditions on lawful permanent resident status (spouses and children of U.S. citizens and lawful permanent residents) | 13.8 | 13.6 | 18.2 | 20.8 | 23.5 | 21.0 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 2.4 | 3.0 | 4.7 | 3.2 | 3.1 | 2.8 |
| I-765 | Application for Employment Authorization | Based on an approved, concurrently filed, I-821D, Consideration of Deferred Action for Childhood Arrivals (c)(33). | 1.1 | 1.9 | 0.5 | 1.0 | 1.8 | 0.5 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application | 2.5 | 3.2 | 9.2 | 1.6 | 0.5 | 0.7 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application | 4.8 | 7.1 | 6.7 | 5.5 | 3.7 | 2.2 |
| I-765 | Application for Employment Authorization | Based on parole | 4.7 | 0.6 | 1.1 | 1.3 | 0.8 | 0.9 |
| I-800 | Petition to Classify Convention Adoptee as an Immediate Relative | Petition to classify Convention Adoptee as an Immediate Relative | 0.7 | 0.9 | 0.9 | 1.0 | 1.2 | 1.3 |
| I-800A | Application for Determination of Suitability to Adopt a Child from a Convention Country | Application for Determination of Suitability to Adopt a Child from a Convention Country | 1.9 | 2.5 | 2.3 | 2.1 | 2.8 | 2.4 |
| I-817 | Application for Family Unity Benefits | Voluntary Departure under the IMMACT 90 family unity program | 5.3 | 5.9 | 7.1 | 8.5 | 6.9 | 2.2 |
| I-821 | Application for Temporary Protected Status | To request or reregister for TPS | 2.2 | 4.1 | 10.2 | 11.8 | 5.9 | 6.1 |
| I-821D | Consideration of Deferred Action for Childhood Arrivals | Request for Initial Deferred Action | 5.5 | 5.9 | N/A | N/A | N/A | N/A |
| I-821D | Consideration of Deferred Action for Childhood Arrivals | Request for Renewal of Deferred Action | 1.1 | 1.8 | 0.5 | 1.0 | 1.8 | 0.5 |

| Form | Form Description | Classification or Basis for Filing | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025[9] |
|---|---|---|---|---|---|---|---|---|
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | 6.0 | 4.4 | 6.0 | 3.6 | 7.9 | 5.7 |
| I-829 | Petition by Investor to Remove Conditions on Permanent Resident Status | Removal of conditions on lawful permanent resident status (immigrant investors) | 24.8 | 34.5 | 45.5 | 49.4 | 41.0 | 11.5 |
| I-914[6] | Application for T Non-immigrant Status | Provide temporary immigration benefits to an alien who is a victim of trafficking in persons, and their qualifying family members | 18.6 | 18.0 | 12.9 | 12.3 | 14.9 | 20.8 |
| I-918[7] | Petition for U Non-immigrant Status | Provide temporary immigration benefits to an alien who is a victim of qualifying criminal activity, and their qualifying family | 54.3 | 53.6 | 59.0 | 57.5 | 46.1 | 26.3 |
| I-924 | Application For Regional Center Designation Under the Immigrant Investor Program | Application For Regional Center Designation Under the Immigrant Investor Program | 19.1 | 22.1 | N/A | N/A | N/A | N/A |
| I956 | Application for Regional Center Designation | Application for Regional Center Designation | N/A | N/A | N/A | 9.4 | 10.4 | 11.0 |
| I956F | Application for Approval of an Investment in a Commercial Enterprise | Application for Approval of an Investment in a Commercial Enterprise | N/A | N/A | N/A | 11.7 | 10.2 | 6.9 |
| N-400 | Application for Naturalization | All Other Application for Naturalization | 8.9 | 11.5 | 10.5 | 6.0 | 5.0 | 5.6 |
| N-400 | Application for Naturalization | Military Application for Naturalization | 7.1 | 7.0 | 5.6 | 4.9 | 3.0 | 2.5 |
| N-565 | Application for Replacement Naturalization/Citizenship Document | U.S. citizen applying for a replacement of naturalization or citizenship certificate | 3.6 | 6.7 | 10.8 | 8.1 | 5.6 | 4.9 |
| N-600 | Application for Certificate of Citizenship | Application for recognition of U.S. citizenship | 5.1 | 5.8 | 6.3 | 6.9 | 4.3 | 2.9 |
| N-600K | Application for Certificate of Citizenship and Issuance of Certificate Under Section 322 | Application for Citizenship and Issuance of Certificate | 5.7 | 9.6 | 6.1 | 7.0 | 6.2 | 6.5 |
| Waivers[8] | Waivers | Excluding I-601A | 7.3 | 7.6 | 8.0 | 11.6 | 16.0 | 21.9 |

Next Page (./historic-pt-2)

Table Key:

N/A Not available.

References:

[1] Form I-130 data does not include preference-based I-130s.

[2] The form name for Form I-131 was updated to Application for Travel Documents, Parole Documents, and Arrival/Departure Records (edition published on 1/20/25). The prior form description was "Application for Travel Document."

[3] The processing time listed for form I-131, Application for Travel Documents, Parole Documents, and Arrival/Departure Records, reflects travel document requests associated with most form types across agency components; however, it does not reflect the processing time for specific types of travel document requests such as parole requests for aliens outside the United States.

[4] Excludes EOIR Adjustment applications.

[5] Excludes petitions for "following-to-join" family members (spouse and children) of a refugee.

[6] Includes I-914A, Application for Derivative T Nonimmigrant Status.

[7] Includes I-918A, Petition for Qualifying Family Member of U-1 Recipient.

[8] Includes the following applications filed to waive exclusionary grounds: Forms I-191, I-192, I-212, I-601, I-602, and I-612.

[9] FY2025 uses data from October 1, 2024 to September 30, 2025.

Note(s):

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Processing times may differ from previously published reports due to system updates and post-adjudicative outcomes.

3) Discrepancies from past historical processing time reports may exist due to differences in reporting procedures.

4) Some of the forms have been aggregated.

5) Processing times are defined as the number of months it took for an application, petition, or request to be processed from receipt to completion in a given time period. Visa regressed I-485s and revoked petitions or applications are excluded. Additional information on visa retrogression can be found on our website (https://www.uscis.gov/green-card/green-card-processes-and-procedures/visa-availability-priority-dates/visa-retrogression) (https://www.uscis.gov/green-card/green-card-processes-and-procedures/visa-availability-priority-dates/visa-retrogression).

6) Historical processing times are not comparable to the processing times posted on the USCIS processing times webpage (https://egov.uscis.gov/processing-times/) (https://egov.uscis.gov/processing-times/) for certain form types due to different methodologies. For more information, visit the Case Processing Times webpage (https://egov.uscis.gov/processing-times/more-info) (https://egov.uscis.gov/processing-times/more-info).

7) From FY2017 through FY2021, the processing time for the I-918/I-918A is calculated using the receipt date to waitlist determination date. Beginning in FY 2022, the processing time is calculated using the receipt date to Bona Fide Determination (BFD) review.

8) The 5.9 months historical processing time listed for initial DACA requests was current as of June 30, 2021.

9) Statutory authorization related to the EB-5 Immigrant Investor Regional Center Program expired at midnight on June 30, 2021. For information regarding Form I-526 petition processing, and the impact of the lapse in statutory authorization related to the EB-5 Immigrant Investor Regional Center Program, please see: https://www.uscis.gov/working-in-the-united-states/permanent-workers/eb-5-immigrant-investor-program (https://www.uscis.gov/working-in-the-united-states/permanent-workers/eb-5-immigrant-investor-program)

10) The federal fiscal year is from October 1st through September 30th.

11) Beginning in FY2024 the following I-765 classifications: based on a pending I-485 adjustment application, based on parole, and based on asylum applications were retroactively added for FY 2013 through FY 2023.

12) Beginning in FY2025 the following N-400 classifications: military application for naturalization and all other application for naturalization were retroactively added for FY 2014 through FY 2025.

13) Beginning in FY2025 I-956 and I-956F processing times were retroactively added for FY 2020 through FY 2025.

Source(s):

1) Department of Homeland Security, U.S. Citizenship and Immigration Services, USCIS Electronic Immigration System (ELIS), C3 Consolidated, C4 Consolidated, INFACT, queried September 2025.

## ⬈ Other case processing times resources

Frequently Asked Questions About Processing Times (./processing-times-faqs)

When to expect to receive your Green Card (./expect-green-card)

Check current processing times (./home)

Processing information for the I-765 (./i765)

Affirmative Asylum Interview Scheduling (http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)

Administrative Appeals Office (https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-office-aao/aao-processing-times)

Parole Processing (https://www.uscis.gov/humanitarian/humanitarian-parole/parole-processing)



## Case management tools

Ask about the processing of your case (https://egov.uscis.gov/e-request/onpt)

Check your case status (https://egov.uscis.gov/casestatus/landing.do)

Update your mailing address (https://egov.uscis.gov/coa/)

Ask about missing mail (https://egov.uscis.gov/e-request/)

Correct a typographical error (https://egov.uscis.gov/e-request/typo)

Request appointment accommodations (https://egov.uscis.gov/e-request/accom)

## Feedback

**Let us know what you think about our redesigned Processing Times webpage at** ProcessingTimesFeedback@uscis.dhs.gov (mailto:ProcessingTimesFeedback@uscis.dhs.gov) **(Please do not submit case-specific inquiries).**

Return to top

**Topics (https://www.uscis.gov/topics)**

**Forms (https://www.uscis.gov/forms)**

**Newsroom (https://www.uscis.gov/newsroom)**

**Citizenship (https://www.uscis.gov/citizenship)**

**Green Card (https://www.uscis.gov/green-card)**

**Laws (https://www.uscis.gov/laws-and-policy)**

**Tools (https://www.uscis.gov/tools)**

(https://www.facebook.com/uscis) (https://twitter.com/uscis) (https://www.youtube.com/uscis) (https://www.instagram.com/uscis) (https://www.linkedin.com/company/uscis)

### Contact USCIS (https://www.uscis.gov/about-us/contact-us)

(https://www.dhs.gov)

USCIS.gov

**An official website of the** U.S. Department of Homeland Security (https://www.dhs.gov)

National Terrorism Advisory System

About USCIS (https://www.uscis.gov/about-us)

Accessibility (https://www.uscis.gov/website-policies/accessibility)

Budget and Performance (https://www.uscis.gov/about-us/budget-planning-and-performance)

DHS Components (https://www.uscis.gov/website-policies/dhs-component-websites)

Freedom of Information Act (https://www.uscis.gov/records/request-records-through-the-freedom-of-information-act-or-privacy-act)

No FEAR Act Data (https://www.uscis.gov/about-us/equal-employment-opportunity/equal-employment-opportunity-data-posted-pursuant-to-the-no-fear-act)

Privacy and Legal Disclaimers (https://www.uscis.gov/website-policies/privacy-and-legal-disclaimers)

Site Map (https://www.uscis.gov/sitemap)

Office of the Inspector General (https://www.oig.dhs.gov/)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)