# Exhibit 8

Case 4:25-cv-08454-HSG    Document 108-9    Filed 02/12/26    Page 2 of 4

An official website of the United States Government Here's how you know



# Announcement of Expanded Screening and Vetting for Visa Applicants

**MEDIA NOTE**

**OFFICE OF THE SPOKESPERSON**

JUNE 18, 2025

The State Department is committed to protecting our nation and our citizens by upholding the highest standards of national security and public safety through our visa process.  A U.S. visa is a privilege, not a right.

We use all available information in our visa screening and vetting to identify visa applicants who are inadmissible to the United States, including those who pose a threat to U.S. national security.  Under new guidance, we will conduct a comprehensive and thorough vetting, including online presence, of all student and exchange visitor applicants in the F, M, and J nonimmigrant classifications.

To facilitate this vetting, all applicants for F, M, and J nonimmigrant visas will be instructed to adjust the privacy settings on all of their social media profiles to "public."

Our overseas posts will resume scheduling F, M, and J nonimmigrant visa applications soon.  Applicants should check the relevant embassy or consulate website for appointment availability.

Every visa adjudication is a national security decision.  The United States must be vigilant during the visa issuance process to ensure that those applying for adr    **Cookie Settings**

United States do not intend to harm Americans and our national interests, and that all applicants credibly establish their eligibility for the visa sought, including that they intend to engage in activities consistent with the terms for their admission.

---

**TAGS**

**Bureau of Consular Affairs**    **Office of the Spokesperson**    **U.S. Visas and Green Cards**

---

White House

USA.gov

Office of the Inspector General

Archives

Contact Us

Freedom 250

---

Privacy Policy

Accessibility Statement

Copyright Information

FOIA

Case 4:25-cv-08454-HSG    Document 108-9    Filed 02/12/26    Page 4 of 4

No FEAR Act