# Exhibit 9

2/12/26, 10:28 AM    Department of State on X: "The State Department will pause immigrant visa processing from 75 countries whose migrants take we…

Case 4:25-cv-08454-HSG    Document 108-10    Filed 02/12/26    Page 2 of 3



← **Post**



**Department of State** ✓
@StateDept                                    ···

The State Department will pause immigrant visa processing from 75 countries whose migrants take welfare from the American people at unacceptable rates. The freeze will remain active until the U.S. can ensure that new immigrants will not extract wealth from the American people.

11:40 AM · Jan 14, 2026 · **9.1M** Views

💬 3.6K          ⟲ 10K          ♡ 51K          🔖 3.5K          ⬆

💬 Read 3.6K replies



**New to X?**

Sign up now to get your own personalized timeline!

G    **Sign up with Google**

🍎    **Sign up with Apple**

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.



**What's happening**

Travel · Trending
**Southwest**

Politics · Trending
**Pam Bondi**
Trending with Ted Lieu

Politics · Trending
**Massie**

Trending in United States
**Apple News**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···    © 2026 X Corp.

**Don't miss what's happening**                              Log in          **Sign up**
People on X are the first to know.



Case 4:25-cv-08454-HSG    Document 108-10    Filed 02/12/26    Page 3 of 3

**Don't miss what's happening**
People on X are the first to know.

Log in

**Sign up**