BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office Of Immigration Litigation

TIBERIUS DAVIS
Counsel To The Assistant Attorney General

GLENN GIRDHARRY
Acting Deputy Director

JAIME A. SCOTT
Trial Attorney

DAVID J. BYERLEY
Senior Litigation Counsel
DC Bar # 1618599
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 532-4523
Email: david.byerley@usdoj.gov

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al*. <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *et al*., <br><br> Defendants. | Case No. 4:25-cv-8454-HSG <br><br> **DEFENDANTS' STATEMENT OF RECENT DECISION** |

NOTICE OF SUPPL. AUTHORITY                                              No. 4:25-cv-8454-HSG

Pursuant to Civil Local Rule 7-3(d)(2), Defendants respectfully submit this notice to alert the Court to the following decision issued after the completion of briefing on Plaintiffs' pending motions (ECF Nos. 75, 76) and Defendants' pending motions (ECF Nos. 94, 104): *Pacito v. Trump*, No. 25-1313, --- F. 4th ----, 2026 WL 620449 (9th Cir. Mar. 5, 2026), attached as Exhibit A. The hearing on the Government's pending motion to dismiss is set for April 2, 2026.

This decision is relevant to the following issues: (1) whether 8 U.S.C. §§ 1182(f) and 1185(a)(1) authorizes the President to impose broad restrictions on the entry of classes of non-citizens; (2) whether the Proclamation "overrides" other provision of the INA by adding additional restrictions; (3) whether the restriction arguably being placed on visa processing or issuance means it is not a proper entry restriction. Additionally, both Parties cited earlier decisions from the same *Pacito* litigation in their papers.

Consistent with Civil Local Rule 7-3(d)(2), this statement is submitted without further argument.

| | |
|---|---|
| Dated: March 6, 2026 | Respectfully Submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| | DREW C. ENSIGN<br>Deputy Assistant Attorney General<br>Office Of Immigration Litigation |
| | TIBERIUS DAVIS<br>Counsel To The Assistant Attorney General |
| | GLENN GIRDHARRY<br>Acting Deputy Director<br>Office of Immigration Litigation |
| | JAIME A. SCOTT<br>Trial Attorney |
| | */s/ David J. Byerley*<br>DAVID J. BYERLEY (DC Bar # 1618599)<br>Senior Litigation Counsel<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Washington, D.C. 20044<br>Telephone: (202) 532-4523<br>Email: david.byerley@usdoj.gov |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

／s/ David J. Byerley
DAVID J. BYERLEY (DC Bar # 1618599)
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

*Attorney for Defendants*

NOTICE OF SUPPL. AUTHORITY                                                                  No. 4:25-cv-8454-HSG