BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office Of Immigration Litigation

TIBERIUS DAVIS
Counsel To The Assistant Attorney General

GLENN GIRDHARRY
Acting Deputy Director

DAVID J. BYERLEY
Senior Litigation Counsel

JAIME A. SCOTT
Trial Attorney
DC Bar # 90027182
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>Defendants. | Case No.  4:25-cv-8454-HSG<br><br>**UNOPPOSED MOTION TO VACATE HEARING DATE** |

UNOPPOSED MOT. TO VACATE                    1                    No. 4:25-cv-8454-HSG

**<u>NOTICE OF MOTION PURSUANT TO 7-1</u>**

PLEASE TAKE NOTICE that Defendants presently move to vacate the currently scheduled hearing on April 2, 2026 on Defendants' Motion to Dismiss.

**<u>STATEMENT OF RELIEF</u>**

Defendants request that this Court vacate the currently scheduled hearing on April 2, 2026 on Defendants' Motion to Dismiss.

**<u>POINTS AND AUTHORITIES IN SUPPORT OF MOTION</u>**

On February 24, 2026, the Court held a comprehensive hearing on Plaintiffs' pending Motions for Preliminary Injunction and Summary Judgment. Defendants' arguments about jurisdiction and failure to state a claim were discussed by the Parties at this hearing, as they are equally relevant to their opposition to Plaintiffs' pending Motions. Since the hearing, the Parties have submitted two supplemental briefs on the relevance of new case law. Thus, given that the argument the Court held on February 24 essentially covered the pending Motion to Dismiss and the papers before the Court comprehensively cover all arguments, further oral argument is likely to be duplicative and of little further assistance to the Court. To conserve the Parties and Court's resources, Defendants respectfully request that the Court vacate the currently scheduled hearing to the extent the Court agrees that further argument is unnecessary. Alternatively, Defendants request that the Court reschedule the hearing to April 9 or April 16.

Defendants' counsel discussed with Plaintiffs' counsel via email, and Plaintiffs state: "Plaintiffs take no position on Defendants' request to take the April 2, 2026 hearing off calendar. Plaintiffs are prepared to appear for the hearing if the Court would find it helpful", "Plaintiffs do not oppose Defendants' alternative request to move the hearing on Defendants' motion to dismiss (ECF No. 104), to April 9 or 16, 2026 so long as doing so would not delay the Court's ruling on

UNOPPOSED MOT. TO VACATE                2                No. 4:25-cv-8454-HSG

Plaintiffs' motion for preliminary injunction (ECF No. 75)" and "If postponing the motion to dismiss hearing date that Defendants originally chose to Defendants' new preferred date would delay resolution of Plaintiffs' motion for preliminary relief, Plaintiffs respectfully request that the hearing remain on April 2."

Dated: March 25, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office Of Immigration Litigation

TIBERIUS DAVIS
Counsel To The Assistant Attorney General

GLENN GIRDHARRY
Acting Deputy Director
Office of Immigration Litigation

DAVID J. BYERLEY
Senior Litigation Counsel

/s/ *Jaime A. Scott*
JAIME A. SCOTT (DC Bar # 90027182)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

*Attorneys for Defendants*

UNOPPOSED MOT. TO VACATE            3                    No. 4:25-cv-8454-HSG

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s/ Jaime A. Scott</u>
JAIME A. SCOTT
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

*Attorney for Defendants*

MOT. TO DISMISS                                        No. 4:25-cv-8454-HSG