**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

GLOBAL NURSE FORCE, *et al.*,

          Plaintiffs,

      v.

DONALD J. TRUMP, President of the United States, *et al.*,

          Defendants.

Case No.  4:25-cv-8454-HSG

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion to Vacate, it is hereby

ORDERED that the hearing scheduled for April 2, 2026 is vacated.

Defendants' Motion to Dismiss will be decided upon the briefings and all other relevant filings in the case.

IT IS SO ORDERED.


Dated: _____

                            _____

                            Hon. Haywood S Gilliam, Jr.

                            United States District Court Judge