Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Admitted *pro hac vice*

[Additional co-counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**PLAINTIFFS' NOTICE OF RECENT FACTUAL DEVELOPMENTS** |

By way of this Notice, Plaintiffs respectfully wish to inform the Court that on Friday, March 20, 2026, Plaintiffs Nephrology Associates of the Carolinas, P.A. ("Nephrology Associates") and BAE Industries ("BAE") each received identical emails from Defendant U.S. Department of Homeland Security denying their requests for a National Interest Exemption from the $100,000 fee for H-1B petitions for their prospective employee and current employee, respectively. *See* Decl. of Cynthia Liao, Exs. 1 & 2. Both emails erroneously stated that Nephrology Associates and BAE had requested "an industry-wide or business-wide exception." *Compare id. with* Decl. of Dattie Michaelle Waters ¶ 18 (ECF 75-2) (Nephrology Associates submitted a request that individual physician's H-1B petition be excepted from the $100,000 fee based on the national interest), *and* Suppl. Decl. of Melynn Zylka ¶¶ 3-4 (ECF 101-1) (BAE submitted a request for a national interest exemption for a valued employee). The emails further state that the decision is "final and not subject to appeal." Liao Decl. Exs. 1 & 2.

This factual development is relevant to Plaintiffs' claim that the $100,000 requirement violates the Administrative Procedure Act and to Plaintiffs' rebuttal of Defendants' exception-related arguments regarding standing and irreparable harm. *See* Prelim. Inj. Mot. 27-33 (ECF 75); Prelim. Inj. Reply 9-10, 21 (ECF 101), Mot. to Dismiss Opp'n 11, 16-17 (ECF 108).

Date: March 26, 2026

Respectfully submitted,

*/s/ Karen C. Tumlin*
Karen C. Tumlin (CA Bar No. 234691)
Esther H. Sung (CA Bar No. 255962)
Laura Flores-Perilla (CA Bar No. 355645)
Hillary Li (GA Bar No. 898375)*
Brandon Galli-Graves (TX Bar No. 24132050)*
Emily Satifka (NJ Bar No. 330452020)*
Vanessa Rivas-Bernardy (CA Bar No. 341464)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org
Emily.satifka@justiceactioncenter.org
vanessa.rivas@justiceactioncenter.org

*/s/ Cynthia Liao*
Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*/s/ Kalpana Peddibhotla*
Kalpana Peddibhotla (CA Bar No. 200330)

1

_/s/ Charles H. Kuck_*
GA Bar No. 429940
**KUCK BAXTER LLC**
365 Northridge Rd., Suite 300
Atlanta, GA 30350
404-949-8154
Ckuck@immigration.net

/s/ _Zachary R. New_
Zachary R. New**
Atty. Reg. No. (Colorado): 53992
**JOSEPH & HALL, P.C.**
12203 East Second Ave.
Aurora, CO 80011
(303) 297-9171
zachary@immigrationissues.com

/s/ _Harini Srinivasan_
Harini Srinivasan (D.C. Bar No. 1032002)*
Aniko Schwarcz (D.C. Bar No. 980631)*
**COHEN MILSTEIN SELLERS & TOLL
PLLC**
1100 New York Ave. NW, Suite 800
Washington, D.C. 20005
(202) 408-4600
hsrinivasan@cohenmilstein.com
aschwarcz@cohenmilstein.com

Alexandra Gray (NY Bar No. 6019590)*
**COHEN MILSTEIN SELLERS & TOLL
PLLC**
88 Pine St., 14th Floor
New York, New York 10005
(212) 838-7797
agray@cohenmilstein.com

**SOUTH ASIAN AMERICAN JUSTICE
COLLABORATIVE (SAAJCO)**
333 W. San Carlos Street, Suite 600
San Jose, CA 95110
(408) 550-9240
kalpana@saajco.org

_/s/ Jesse M. Bless_
JESSE M. BLESS*
MA Bar # 660713
**BLESS LITIGATION LLC**
6 Vineyard Lane
Georgetown MA 01833
781-704-3897
jesse@blesslitigation.com

_/s/ Greg Siskind_
Greg Siskind**
TN Bar No. 14487
**SISKIND SUSSER**
1028 Oakhaven Road
Memphis, TN 38119
(901) 682-6455
gsiskind@visalaw.com

_Counsel for Plaintiffs_

\* Admitted _pro hac vice_
\*\* Motion to appear _pro hac vice_ forthcoming

PLS.' NOTICE OF RECENT FACTUAL DEV.                     Case No. 4:25-cv-08454-HSG