Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*

* *Admitted pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**DECLARATION OF CYNTHIA LIAO IN SUPPORT OF PLAINTIFFS' NOTICE OF RECENT FACTUAL DEVELOPMENTS** |

## DECLARATION OF CYNTHIA LIAO

I, Cynthia Liao, hereby declare as follows:

1.     I am an attorney at Democracy Forward Foundation and counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Notice of Recent Factual Developments. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of an email communication sent by the Department of Homeland Security to immigration counsel for Nephrology Associates of the Carolinas, P.A. on March 20, 2026. Prior emails in the chain have not been reproduced in full.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of an email communication sent by the Department of Homeland Security to immigration counsel for BAE Industries on March 20, 2026. Prior emails in the chain have not been reproduced in full.

I declare under penalty of perjury that the foregoing is true and correct.


Executed March 26, 2026              */s/ Cynthia Liao*

                                          Cynthia Liao

LIAO DECL. ISO PLS.' NOTICE OF RECENT FACTUAL DEVELOPMENTS     Case No. 4:25-cv-08454-HSG