# Exhibit 2

## Thekdi, Nina A.

| | |
|---|---|
| **From:** | H1BExceptions <H1BExceptions@hq.dhs.gov> |
| **Sent:** | Friday, March 20, 2026 3:27 PM |
| **To:** | H1BExceptions; Thekdi, Nina A. |
| **Subject:** | RE: National Interest Exemption Request for $100,000 H-1B Payment |

Dear Thekdi

This correspondence concerns your request for an industry-wide or business-wide exception to the requirements set forth in Presidential Proclamation No. 10973, *Restriction on Entry of Certain Nonimmigrant Workers*, 90 Fed. Reg. 46027 (Sep. 19, 2025).

As you are aware, the Proclamation restricts the entry of certain H-1B specialty occupation workers unless the petition is accompanied or supplemented by a payment of $100,000, effective 12:01 a.m. eastern daylight time on September 21, 2025. The Proclamation reflects the President's determination that unrestricted entry of certain foreign workers would be detrimental to the interests of the United States by harming American workers and undercutting their wages.

Section 1(c) of the Proclamation authorizes the Secretary of Homeland Security, in the Secretary's discretion, to grant exceptions to the restriction if the hiring of such aliens is determined to be in the national interest and does not pose a threat to the security or welfare of the United States.

After careful review of your request, the Secretary has determined that your request does not merit an exception under section 1(c).

This determination was made after consideration of all relevant factors and evidence, and in the exercise of the Secretary's discretion consistent with the authority vested by Presidential Proclamation No. 10973. The decision is based on the specific facts and circumstances of your request.

Accordingly, your request for an industry-wide or business-wide exception is **DENIED**. This decision is final and not subject to appeal.

---

**From:** H1BExceptions <H1BExceptions@hq.dhs.gov>
**Sent:** Tuesday, November 18, 2025 11:09 AM
**To:** Thekdi, Nina A. <nathekdi@varnumlaw.com>
**Subject:** RE: National Interest Exemption Request for $100,000 H-1B Payment

Thank you for your email requesting an exemption from the $100,000 H-1B payment.

As you know, on September 19, 2025, the President issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers*, under which certain H-1B petitions filed at or after 12:01 a.m. eastern daylight time on September 21, 2025, are subject to an additional $100,000 payment. The President's proclamation was an important, initial, and incremental step to reform the H-1B visa program to curb abuses and better protect American workers.

This email confirms that we have received your request for an exemption.

1