Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Admitted *pro hac vice*

[Additional co-counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION – *California v. Mullin*, No. 1:25-cv-13829-LTS (D. Mass. June 8, 2026)** |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully notify the Court of the following decision issued after the completion of briefing on Plaintiffs' pending motions (ECF No. 75; ECF No. 76) and Defendants' pending motion (ECF No. 104): *California v. Mullin*, No. 1:25-cv-13829-LTS (D. Mass. June 8, 2026) (slip op.), attached as **Exhibit A**.

In *California*, Judge Sorokin vacated the Department of Homeland Security's and the Department of State's policies implementing the $100,000 fee for H-1B petitions. Judge Sorokin's decision is relevant to numerous issues in the pending motions in this case, including:

(1) whether Sections 212(f) and 215 of the Immigration and Nationality Act, 8 U.S.C. §§1182(f) and 1185(a)(1), authorize the President to impose a tax on U.S. employers as a condition of adjudicating H-1B petitions and visa applications and permitting entry;

(2) whether the doctrine of consular non-reviewability applies;

(3) whether Plaintiffs' ultra vires claims are reviewable;

(4) whether the Agency Defendants' policies are "final," "agency" actions;

(5) whether the Agency Defendants' policies are committed to agency discretion;

(6) whether the Agency Defendants' policies were required to undergo notice and comment;

(7) whether the Agency Defendants' policies exceeded statutory authority; and

(8) whether the Agency Defendants' policies were arbitrary and capricious.[1]

The government has indicated in public statements that it will appeal. Zach Montague, *Judge Throws Out Policy Imposing $100,000 Fees for Skilled Worker Visas*, New York Times (June 8, 2026) (White House spokesperson expressing "confiden[ce] this order will be reversed on appeal"), https://perma.cc/7CXY-65XE.

---

[1] The decision is not relevant to the issue of irreparable harm. *See Am. Encore v. Fontes*, 152 F.4th 1097, 1121 (9th Cir. 2025) ("no authority … holds that issuing a duplicative injunction is a bar to preliminary injunctive relief"); *California v. Dep't of Health & Hum. Servs.*, 390 F. Supp. 3d 1061, 1066 (N.D. Cal. 2019) ("[T]he existence of another injunction—particularly one in a different circuit that could be overturned or limited at any time—does not negate [the plaintiff's] claimed irreparable harm.").

1

Date: June 9, 2026

Respectfully submitted,

/s/ Karen C. Tumlin
Karen C. Tumlin (CA Bar No. 234691)
Esther H. Sung (CA Bar No. 255962)
Laura Flores-Perilla (CA Bar No. 355645)
Hillary Li (GA Bar No. 898375)*
Brandon Galli-Graves (TX Bar No. 24132050)*
Emily Satifka (NJ Bar No. 330452020)*
Vanessa Rivas-Bernardy (CA Bar No. 341464)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org
Emily.satifka@justiceactioncenter.org
vanessa.rivas@justiceactioncenter.org

/s/ Charles H. Kuck*
Charles H. Kuck
GA Bar No. 429940
**KUCK BAXTER LLC**
365 Northridge Rd., Suite 300
Atlanta, GA 30350
404-949-8154
Ckuck@immigration.net

/s/ Zachary R. New
Zachary R. New**
Atty. Reg. No. (Colorado): 53992
**JOSEPH & HALL, P.C.**
12203 East Second Ave.
Aurora, CO 80011
(303) 297-9171
zachary@immigrationissues.com

/s/ Harini Srinivasan
Harini Srinivasan (D.C. Bar No. 1032002)*
Aniko Schwarcz (D.C. Bar No. 980631)*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 800
Washington, D.C. 20005
(202) 408-4600
hsrinivasan@cohenmilstein.com
aschwarcz@cohenmilstein.com

/s/ Cynthia Liao
Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

/s/ Kalpana Peddibhotla
Kalpana Peddibhotla (CA Bar No. 200330)
**SOUTH ASIAN AMERICAN JUSTICE COLLABORATIVE (SAAJCO)**
333 W. San Carlos Street, Suite 600
San Jose, CA 95110
(408) 550-9240
kalpana@saajco.org

/s/ Jesse M. Bless
Jesse M. Bless*
MA Bar # 660713
**BLESS LITIGATION LLC**
6 Vineyard Lane
Georgetown MA 01833
781-704-3897
jesse@blesslitigation.com

/s/ Greg Siskind
Greg Siskind**
TN Bar No. 14487
**SISKIND SUSSER**
1028 Oakhaven Road
Memphis, TN 38119
(901) 682-6455
gsiskind@visalaw.com

*Counsel for Plaintiffs*

* Admitted *pro hac vice*

2

PLS.' STATEMENT OF RECENT DECISION

Case No. 4:25-cv-08454-HSG

** Motion to appear *pro hac vice* forthcoming

Alexandra Gray (NY Bar No. 6019590)*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine St., 14th Floor
New York, New York 10005
(212) 838-7797
agray@cohenmilstein.com

PLS.' STATEMENT OF RECENT DECISION                    Case No. 4:25-cv-08454-HSG