Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Admitted *pro hac vice*

[Additional co-counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION – *California v. Mullin*, No. 26-1699, 2026 WL 2137667 (1st Cir. July 24, 2026)** |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully notify the Court of *California v. Mullin*, No. 26-1699, 2026 WL 2137667 (1st Cir. July 24, 2026), attached as **Exhibit A**. This decision was issued after the completion of briefing over four months ago on Plaintiffs' pending motions for preliminary injunction and class certification (ECF No. 75; ECF No. 76) and Defendants' pending motion to dismiss (ECF No. 104).

As discussed in Plaintiffs' previous notice (ECF No. 126), in *California*, Judge Sorokin of the District of Massachusetts vacated the Department of Homeland Security's and the Department of State's policies implementing the $100,000 fee for H-1B petitions. *California v. Mullin*, No. CV 25-13829-LTS, 2026 WL 1649160, at *20 (D. Mass. June 8, 2026). The government subsequently appealed and moved for a stay pending appeal. On July 24, 2026, the First Circuit denied the government's stay motion because the government "failed to make a strong showing" that it was likely to succeed on the merits and failed to show that plaintiffs and the general public would not be substantially injured by the $100,000 payment requirement. *California v. Mullin*, No. 26-1699, 2026 WL 2137667, at *3-5 (1st Cir. July 24, 2026).

The First Circuit's decision is relevant to numerous issues in the pending motions in this case, including:

(1) whether Sections 212(f) and 215 of the Immigration and Nationality Act, 8 U.S.C. §§1182(f) and 1185(a)(1), authorize the President to impose a tax on U.S. employers as a condition of adjudicating H-1B petitions and visa applications and permitting entry;

(2) whether the Agency Defendants' policies exceeded statutory authority;

(3) whether the Agency Defendants' policies are "final," "agency" actions;

(4) whether employers and the public are harmed by the $100,000 payment requirement;[1] and

---

[1] That the First Circuit has denied a stay pending appeal, such that the Agency Defendants' policies are currently vacated pursuant to Judge Sorokin's order, does not preclude this Court from finding irreparable harm or granting relief to Plaintiffs in this case. *See Am. Encore v. Fontes*, 152 F.4th 1097, 1121 (9th Cir. 2025) ("no authority … holds that issuing a duplicative injunction is a bar to preliminary injunctive relief"); *California v. Dep't of Health & Hum. Servs.*, 390 F. Supp. 3d 1061, 1066 (N.D. Cal. 2019) ("[T]he existence of another injunction—particularly one in a different circuit that could be overturned or limited at any time—does not negate [the plaintiff's] claimed irreparable harm.").

PLS.' STATEMENT OF RECENT DECISION                    Case No. 4:25-cv-08454-HSG

(5) whether the harms to employers and the public are outweighed by the alleged harm to the government.

Date: July 28, 2026

Respectfully submitted,

/s/ Karen C. Tumlin
Karen C. Tumlin (CA Bar No. 234691)
Esther H. Sung (CA Bar No. 255962)
Laura Flores-Perilla (CA Bar No. 355645)
Hillary Li (GA Bar No. 898375)*
Brandon Galli-Graves (TX Bar No. 24132050)*
Emily Satifka (NJ Bar No. 330452020)*
Vanessa Rivas-Bernardy (CA Bar No. 341464)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org
Emily.satifka@justiceactioncenter.org
vanessa.rivas@justiceactioncenter.org

/s/ Charles H. Kuck*
Charles H. Kuck
GA Bar No. 429940
**KUCK BAXTER LLC**
365 Northridge Rd., Suite 300
Atlanta, GA 30350
404-949-8154
Ckuck@immigration.net

/s/ Zachary R. New
Zachary R. New**
Atty. Reg. No. (Colorado): 53992
**JOSEPH & HALL, P.C.**
12203 East Second Ave.
Aurora, CO 80011
(303) 297-9171
zachary@immigrationissues.com

/s/ Harini Srinivasan
Harini Srinivasan (D.C. Bar No. 1032002)*

/s/ Cynthia Liao
Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

/s/ Kalpana Peddibhotla
Kalpana Peddibhotla (CA Bar No. 200330)
**SOUTH ASIAN AMERICAN JUSTICE COLLABORATIVE (SAAJCO)**
333 W. San Carlos Street, Suite 600
San Jose, CA 95110
(408) 550-9240
kalpana@saajco.org

/s/ Jesse M. Bless
Jesse M. Bless*
MA Bar # 660713
**BLESS LITIGATION LLC**
6 Vineyard Lane
Georgetown MA 01833
781-704-3897
jesse@blesslitigation.com

/s/ Greg Siskind
Greg Siskind**
TN Bar No. 14487
**SISKIND SUSSER**
1028 Oakhaven Road
Memphis, TN 38119

2

Aniko Schwarcz (D.C. Bar No. 980631)*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 800
Washington, D.C. 20005
(202) 408-4600
hsrinivasan@cohenmilstein.com
aschwarcz@cohenmilstein.com

Alexandra Gray (NY Bar No. 6019590)*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine St., 14th Floor
New York, New York 10005
(212) 838-7797
agray@cohenmilstein.com

(901) 682-6455
gsiskind@visalaw.com


*Counsel for Plaintiffs*


* Admitted *pro hac vice*
** Motion to appear *pro hac vice* forthcoming

PLS.' STATEMENT OF RECENT DECISION                    Case No. 4:25-cv-08454-HSG