Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Admitted *pro hac vice*

[Additional co-counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**PLAINTIFFS' NOTICE OF RECENT FACTUAL DEVELOPMENTS** |

Plaintiffs' motions for preliminary injunction and class certification (ECF Nos. 75, 76) and Defendants' motion to dismiss (ECF 104) are currently pending. As this Court is aware, the September 19, 2025 Proclamation was set to expire, "absent extension, 12 months after the effective date of this proclamation, which shall be on 12:01 a.m. eastern daylight time on September 21, 2025." Proclamation No. 10,973, § 1(a), 90 Fed. Reg. 46,027, 46,028 (Sept. 19, 2025). Plaintiffs respectfully inform the Court that, on Friday, September 18, 2026, President Trump issued a new Proclamation extending the 2025 Proclamation "an additional 12 months, until 12:00 a.m. eastern daylight time on September 21, 2027." *See* Proclamation No. 11,069, 91 Fed. Reg. 60,497, 60,497 (Sept. 18, 2026).

Also, as the Court knows, the agency guidance implementing the 2025 Proclamation was vacated by Judge Sorokin in the District of Massachusetts in June 2026, *California v. Mullin*, 833 F. Supp. 3d 50 (D. Mass. 2026), and the First Circuit denied the government's motion for a stay pending appeal, *see California v. Mullin*, 183 F.4th 42 (1st Cir. 2026) (denying government's motion for stay pending appeal). Plaintiffs respectfully inform the Court that, in recent months, the government has repeatedly stated that it intends to reach back to already-filed petitions and demand payment, if the government prevails in the First Circuit. If the government prevails, USCIS would "issue a Request for Evidence or Notice of Intent to Deny requesting evidence the payment was made" for petitions pending at that time. Decl. of Cara M. Selby ¶ 7, *California v. Mullin*, 1:25-cv-13829-LTS (D. Mass. filed June 12, 2026) (ECF 112-2) (Liao Decl. Ex. 1). USICS would also "seek to revoke the approval of petitions that would have otherwise been required to submit the $100,000 payment" and initiate removal proceedings. *Id.* ¶¶ 8, 10. *See also* USCIS, *H-1B FAQ* (last updated July 28, 2026) ("If this order is later lifted, DHS still plans to collect the payment.") (Liao Decl. Ex. 2 at 1); Fee for Certain H-1B Petitions, 91 Fed. Reg. 54817, 54831 n.86 (Aug. 25, 2026) ("If [Judge Sorokin's] order is later lifted, DHS would collect the payment consistent with the terms of the Proclamation and any extension or renewal of the Proclamation."). In other words, even though Judge Sorokin's vacatur order is in effect at the moment, the $100,000 payment requirement still threatens pending petitions or even approved petitions, including those associated with Plaintiffs. For example, after the vacatur order was issued, Plaintiff Global Nurse Force's hospital clients filed 93 petitions for nurses to address a nursing shortage that has led to delayed patient care, longer wait times, and higher risk of medical errors. The hospitals requested premium

processing, which requires USCIS to take action within 15 business days. 8 C.F.R. § 106.4(e)(2). However, over half are past the 15-day deadline with no action from USCIS. All but one are still pending. (Previously, USCIS had abided by the 15-day timeline.) Decl. of Lalit Pattanaik ¶ 5.

Date: September 24, 2026

Respectfully submitted,


*/s/ Karen C. Tumlin*
Karen C. Tumlin (CA Bar No. 234691)
Esther H. Sung (CA Bar No. 255962)
Laura Flores-Perilla (CA Bar No. 355645)
Hillary Li (GA Bar No. 898375)*
Brandon Galli-Graves (TX Bar No. 24132050)*
Emily Satifka (NJ Bar No. 330452020)*
Vanessa Rivas-Bernardy (CA Bar No. 341464)
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org
Emily.satifka@justiceactioncenter.org
vanessa.rivas@justiceactioncenter.org

*/s/ Charles H. Kuck**
GA Bar No. 429940
**KUCK BAXTER LLC**
365 Northridge Rd., Suite 300
Atlanta, GA 30350
404-949-8154
Ckuck@immigration.net

*/s/ Zachary R. New*
Zachary R. New**
Atty. Reg. No. (Colorado): 53992
**JOSEPH & HALL, P.C.**
12203 East Second Ave.
Aurora, CO 80011
(303) 297-9171
zachary@immigrationissues.com

*/s/ Harini Srinivasan*
Harini Srinivasan (D.C. Bar No. 1032002)*
Aniko Schwarcz (D.C. Bar No. 980631)*

*/s/ Cynthia Liao*
Cynthia Liao (CA Bar No. 301818)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*/s/ Kalpana Peddibhotla*
Kalpana Peddibhotla (CA Bar No. 200330)
**SOUTH ASIAN AMERICAN JUSTICE COLLABORATIVE (SAAJCO)**
333 W. San Carlos Street, Suite 600
San Jose, CA 95110
(408) 550-9240
kalpana@saajco.org

*/s/ Jesse M. Bless*
JESSE M. BLESS*
MA Bar # 660713
**BLESS LITIGATION LLC**
6 Vineyard Lane
Georgetown MA 01833
781-704-3897
jesse@blesslitigation.com

*/s/ Greg Siskind*
Greg Siskind**
TN Bar No. 14487
**SISKIND SUSSER**
1028 Oakhaven Road
Memphis, TN 38119

**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 800
Washington, D.C. 20005
(202) 408-4600
hsrinivasan@cohenmilstein.com
aschwarcz@cohenmilstein.com

Alexandra Gray (NY Bar No. 6019590)*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine St., 14th Floor
New York, New York 10005
(212) 838-7797
agray@cohenmilstein.com

(901) 682-6455
gsiskind@visalaw.com

*Counsel for Plaintiffs*

* Admitted *pro hac vice*
** Motion to appear *pro hac vice* forthcoming