**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

GLOBAL NURSE FORCE, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 4:25-cv-08454-HSG

**DECLARATION OF LALIT PATTANAIK**

**DECLARATION OF LALIT PATTANAIK,**

**CHIEF EXECUTIVE OFFICER OF GLOBAL NURSE FORCE**

I, Lalit Pattanaik, declare upon my personal knowledge as follows:

1. I am the Chief Executive Officer of Global Nurse Force ("GNF"), based in Laguna Beach, California. I previously submitted a declaration in support of Plaintiffs' Motion for Preliminary Injunction in this matter. ECF No 75-7. I am authorized to make this supplemental declaration on behalf of this company.

2. As described in my prior declaration, GNF addresses nursing shortages in the United States by recruiting qualified and experienced nurses from abroad for U.S. healthcare facilities, which then petition for those nurses as H-1B specialty occupation workers. Because the nurses GNF recruits are located outside of the U.S., the H-1B petitions filed on their behalf require consular processing.

3. I understand that, in June 2026, a federal court set aside the agency policies implementing the $100,000 payment requirement, and that in July 2026 the U.S. Court of Appeals for the First Circuit declined to pause that ruling while the government appeals. Following those rulings, several healthcare facilities that GNF works with resumed filing H-1B petitions for nurses located abroad. They had not been able to file while the $100,000 payment was being collected.

4. One such facility is a Louisiana health system where GNF works to place internationally educated nurses to fulfill the healthcare needs of the region. Louisiana has faced a nursing shortage for decades. The current nursing shortage has reduced safe staffing levels, leading to delayed patient care, longer wait times, and a higher risk of medical errors. I am informed that after the federal court ruling vacated the fee, our Louisiana health system filed H-1B petitions on behalf of 93 nurses who are currently located outside of the U.S. Each of these petitions would have been subject to the $100,000 payment requirement had that requirement been in effect at the time of filing. Our client filed these petitions between July 29 and September 23, 2026. This information is provided to GNF by our client in the ordinary course of GNF's work placing nurses, and is information that I rely on in operating GNF's business.

5. All of these petitions were filed with a request for premium processing, which I understand obligates U.S. Citizenship and Immigration Services (USCIS) to take action on the petition within 15 business days. The 15-day period has since elapsed for many of these petitions. As of the

date of this declaration, the status of these petitions is as follows: 48 petitions have passed the 15-business-day premium processing period without any response from USCIS; USCIS has issued requests for evidence on 23 petitions; USCIS has stopped premium processing for 4 petitions; 1 petition has been approved; and 17 petitions remain within the premium processing period. USCIS was previously taking action within the 15 business day premium processing period. Until these petitions are adjudicated, the nurses named in them cannot apply for H-1B visas, cannot travel to the United States, and cannot begin work at the facility that has hired them. All of these nurses were interviewed and offered jobs by the health system more than a year ago.

6. I am aware that the government has stated that if the First Circuit ultimately rules in its favor, it intends to seek the $100,000 payment on pending petitions, including by issuing requests for evidence, notices of intent to deny, or by revoking approvals already granted. If that occurs, these petitions would carry a combined exposure of more than $9 million in payments that the petitioning facility does not have the budget to absorb.

7. This uncertainty also affects other GNF client healthcare systems, and continues to make GNF's business model in the U.S. precarious. Most clients remain reluctant to proceed with H-1B petitions for nurses.

8. I am also aware that on September 18, 2026, the President extended the $100,000 payment requirement through September 21, 2027. Over the next twelve months, GNF expects to work with several U.S. healthcare facilities on the placement of at least 500 additional nurses who are located outside of the U.S. and who would require H-1B petitions. If the $100,000 payment requirement is enforced, those placements would cease, leaving the healthcare systems without necessary nursing professionals. After more than 2- years working with hospitals, I know that another year of uncertainty over the $100,000 H-1B payment could seriously harm already struggling healthcare systems. Hiring ten nurses could cost a hospital an extra $1 million in fees, an amount most rural, nonprofit, and safety-net hospitals simply cannot afford.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24, 2026

Lalit Pattanaik