Cynthia Liao (CA Bar No. 301818)*
Johanna N. Hickman (D.C. Bar No. 981770)*
Jennie L. Kneedler (D.C. Bar No. 500261)*
Steven Y. Bressler (D.C. Bar No. 482492)**
Elena Goldstein (D.C. Bar No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*

* *Admitted pro hac vice*
** Motion to appear *pro hac vice* pending

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>**DECLARATION OF CYNTHIA LIAO IN SUPPORT OF PLAINTIFFS' NOTICE OF RECENT FACTUAL DEVELOPMENTS** |

# DECLARATION OF CYNTHIA LIAO

I, Cynthia Liao, hereby declare as follows:

1. I am an attorney at Democracy Forward Foundation and counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Notice of Recent Factual Developments. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Cara M. Selby, *California v. Mullin*, 1:25-cv-13829-LTS (D. Mass. filed June 12, 2026), ECF 112-2.

3. Attached hereto as **Exhibit 2** is a true and correct copy of United States Citizenship and Immigration Services (USCIS), *H-1B FAQ* (updated July 28, 2026), downloaded from this link: https://www.uscis.gov/newsroom/alerts/h-1b-faq.

I declare under penalty of perjury that that the foregoing is true and correct.

Executed this 24th day of September, 2026.

*/s/ Cynthia Liao*

Cynthia Liao