# EXHIBIT 2

U.S. Citizenship and Immigration Services

MENU



# H-1B FAQ

Release Date : 09/21/2025

**ALERT:** On June 8, 2026, the U.S. District Court for the District of Massachusetts issued an order that vacated agency guidance implementing the $100,000 payment requirement for certain H-1B petitions. See State of California v. Mullin, 1:25-cv-13829 (D. Mass.). DHS strongly disagrees with the court's order and filed a motion to stay pending appeal with the United States Court of Appeals for the First Circuit (First Circuit). The District Court order was administratively stayed while the government pursued its motion to stay pending appeal with the First Circuit. On July 24, 2026, the First Circuit denied the government's motion. DHS strongly disagrees with the First Circuit's order denying the stay request but will comply with the court's order while DHS considers next steps. If this order is later lifted, DHS still plans to collect the payment.

On Friday, Sept. 19, 2025, President Donald J. Trump signed a Proclamation, "Restriction on Entry of Certain Nonimmigrant Workers," that took an important, initial, and incremental step to reform the H-1B visa program to curb abuses and protect American workers.

This Proclamation:

- Requires a $100,000 payment to accompany any new H-1B visa petitions submitted after 12:01 a.m. eastern daylight time on Sept. 21, 2025. This includes the 2026 lottery, and any other H-1B petitions submitted after 12:01 a.m. eastern daylight time on Sept. 21, 2025.
- Authorizes the Department of Homeland Security and the Department of State to coordinate to take all necessary and appropriate action to implement this Proclamation.
  - U.S. Citizenship and Immigration Services has so far taken such action by issuing guidance regarding the Proclamation, available here (PDF, 134.65 KB).
  - U.S. Customs and Border Protection has also issued guidance, available here .
  - The Department of State has posted guidance to all consular offices, consistent with the guidance from U.S. Citizenship and Immigration Services and U.S. Customs and Border Protection guidance.

This Proclamation does not:

- Apply to any previously issued H-1B visas, or any petitions submitted prior to 12:01 a.m. eastern daylight time on Sept. 21, 2025.
- Does not change any payments or fees required to be submitted in connection with any H-1B renewals. The fee is a one-time fee on submission of a new H-1B petition.
- Does not prevent any holder of a current H-1B visa from traveling in and out of the United States.

Further steps that will be taken to reform the H-1B program, as contemplated in the Proclamation, include:

- A rulemaking by the Department of Labor to revise and raise the prevailing wage levels in order to upskill the H-1B program and ensure that it is used to hire only the best of the best temporary foreign workers.
- A rulemaking by the Department of Homeland Security to prioritize high-skilled, high-paid aliens in the H-1B lottery over those at lower wage levels.

Additional reforms are also under consideration and will be announced in the coming months.

For more information on USCIS and its programs, please visit uscis.gov or follow us on X (formerly Twitter), Instagram, YouTube, Facebook and LinkedIn.

Last Reviewed/Updated: 07/28/2026