# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** **Northern California**

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 25-cv-08454-HSG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 10/03/2025

Date of judgment or order you are appealing: 09/30/2026

Docket entry number of judgment or order you are appealing: Dkt. No. 130

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes ◉ No ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Donald J. Trump; the U.S. Department of Homeland Security; Markwayne Mullin; U.S. Citizenship and Immigration Services; Joseph B. Edlow; U.S. Customs and Border Protection; Rodney Scott; U.S. Department of State; and Marco Rubio

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** **Date**

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

see attached word document

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Appellants:**

Donald J. Trump, President of the United States; the U.S. Department of Homeland Security; Markwayne Mullin, Secretary of Homeland Security; U.S. Citizenship and Immigration Services; Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services; U.S. Customs and Border Protection; Rodney Scott, Commissioner of U.S. Customs and Border Protection; U.S. Department of State; and Marco Rubio, Secretary of State

**Counsel for Appellants:**

Tiberius Davis
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(202)-860-8970
Tiberius.Davis@usdoj.gov

David J. Byerley
Jaime Scott
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
202-532-4523; david.byerley@usdoj.gov
(202) 305-3620; Jaime.A.Scott@usdoj.gov

---

**Appellees:**

Global Nurse Force; International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Local 4811; International Union, United Automobile, Aerospace and Agricultural Implement Workers of America; Service Employees International Union, AFL-CIO Committee on Interns and Residents; American Association Oof University Professors; Global Village Academy Collaborative; Society of Tyhe Divine Word; Fathers of St. Charles; Nephrology Associates of the Carolinas, PA; BAE Industries; and Lower Brule Day School

**Counsel for Appellees:**

*on next page

Karen C. Tumlin
Esther H. Sung
Laura Flores-Perilla
Hillary Li
Brandon Galli-Graves
Emily Satifka
Vanessa Rivas
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org
emily.satifka@justiceactioncenter.org
vanessa.rivas@justiceactioncenter.org

Cynthia Liao
Johanna N. Hickman
Jennie L. Kneedler
Steven Y. Bressler
Elena Goldstein
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 808-1982 (Liao)
cliao@democracyforward.org
hhickman@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

Charles H. Kuck
**KUCK BAXTER LLC**
365 Northridge Rd., Suite 300
Atlanta, GA 30350
404-949-8154
Ckuck@immigration.net

Kalpana Peddibhotla
**SOUTH ASIAN AMERICAN JUSTICE COLLABORATIVE (SAAJCO)**
333 W. San Carlos Street, Suite 600
San Jose, CA 95110
(408) 550-9240
kalpana@saajco.org

Zachary R. New
**JOSEPH & HALL, P.C.**
12203 East Second Ave.
Aurora, CO 80011
(303) 297-9171
zachary@immigrationissues.com

Jesse M. Bless
**BLESS LITIGATION LLC**
6 Vineyard Lane
Georgetown MA 01833
781-704-3897
jesse@blesslitigation.com

Harini Srinivasan
Aniko Schwarcz
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 800
Washington, D.C. 20005
(202) 408-4600
hsrinivsan@cohenmilstein.com
aschwarcz@cohenmilstein.com

Greg Siskind
**SISKIND SUSSER**
1028 Oakhaven Road
Memphis, TN 38119
(901) 682-6455
gsiskind@visalaw.com

Alexandra Gray
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine St., 14th Floor
New York, New York 10005
(212) 838-7797
agray@cohenmilstein.com