**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

GLOBAL NURSE FORCE, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, President of the United States, *et al.*,

Defendants.

Case No. 4:25-cv-8454

**[PROPOSED] ORDER**

UPON consideration of Defendants' Motion for Stay, it is hereby ordered that the motion is GRANTED. This case is hereby STAYED pending further order of the Court.

IT IS SO ORDERED.

Dated: ________________________

________________________
Hon. Haywood S Gilliam, Jr.
United States District Court Judge