**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

GLOBAL NURSE FORCE, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, President of the United States, *et al.*,

Defendants.

Case No. 4:25-cv-8454-HSG

**[PROPOSED] ORDER**

UPON consideration of Defendants' Motion for Administrative Relief, it is hereby ordered that the motion is GRANTED. The Court will consider Defendants' Motion to Stay Proceedings on the papers as soon as practicable.

IT IS SO ORDERED.

Dated: ________________________

________________________
Hon. Haywood S Gilliam, Jr.
United States District Court Judge