Alexandra Gray (NY Bar No. 6019590)*
**COHEN MILSTEIN SELLERS & TOLL LLP**
199 Water Street, 21st Floor
New York, NY 10038
Telephone: (212) 838-7797
agray@cohenmilstein.com

*Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

GLOBAL NURSE FORCE, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 4:25-cv-08454-HSG

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective immediately, the address for Cohen Milstein Sellers & Toll LLP's New York City office has changed. Accordingly, please update Alexandra Gray's contact information and direct all pleadings, papers, notices, and related correspondence to their new address as follows:

Alexandra Gray
**COHEN MILSTEIN SELLERS & TOLL LLP**
199 Water Street, 21st Floor
New York, NY 10038

Date: October 14, 2026

Respectfully submitted,

COHEN MILSTEIN SELLERS & TOLL LLP

*/s/ Alexandra Gray*
Alexandra Gray (NY Bar No. 6019590)*
**COHEN MILSTEIN SELLERS & TOLL LLP**
199 Water Street, 21st Floor
New York, NY 10038
Telephone: (212) 838-7797
agray@cohenmilstein.com

*Counsel for Plaintiffs*

* Admitted *pro hac vice*