**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBAL NURSE FORCE, et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>Defendants. | Case No. 4:25-cv-08454-HSG<br><br>SUPPLEMENTAL DECLARATION OF LALIT PATTANAIK |

**DECLARATION OF LALIT PATTANAIK,**
**CHIEF EXECUTIVE OFFICER OF GLOBAL NURSE FORCE**

I, Lalit Pattanaik, declare as follows:

1. I am the Chief Executive Officer of Global Nurse Force ("GNF"), based in Laguna Beach, California. I am authorized to make this declaration on behalf of GNF. I make this declaration based on my personal knowledge and on information I have obtained in the course of my duties at GNF.

2. I previously submitted declarations in this case dated December 16, 2025 (ECF 75-7) and September 24, 2026 (ECF 128-1). The statements in those declarations remain true and correct. I submit this declaration to provide an update on GNF's circumstances since this Court's September 30, 2026 order.

3. Since the Court's September 30, 2026 order, GNF has continued to file additional H-1B petitions on behalf of its hospital clients, so the total number of petitions now exceeds the 93 premium processing petitions described in my prior declaration (ECF 128-1 ¶ 5). As of

October 14, 2026, USCIS has adjudicated 73 of these petitions since September 30, 2026. Of those, 69 have been approved, and USCIS has issued Requests for Evidence on the remaining 4.

4. Another 45 petitions remain pending. Of those, 14 are past USCIS's 15-business-day premium processing deadline.

5. The long period while the $100,000 fee was in place caused damage to GNF's recruitment pipeline and ongoing financial harm to both GNF and its hospital clients. Many nurses who were offered jobs by GNF's client hospitals backed out or took positions in other countries. For example, through GNF's recruitment efforts in London, Dubai, and Ontario, one of GNF's clients in Louisiana offered jobs to 257 nurses. Seventy-four of those nurses have declined their offers because of the delays, news about the H-1B program, and their fear of moving to the United States amid so much uncertainty surrounding immigration.

6. GNF's client hospitals must now spend time re-interviewing candidates to fill those open positions and must restart the H-1B sponsorship process from scratch for replacement nurses.

7. This creates financial loss for GNF through missed recruitment fees and repeated hiring and administrative costs. It also leads to prolonged staffing shortages at client hospitals.

8. GNF is paid its recruitment fee in four installments: 25% once the nurse's H-1B petition is approved, 25% after the nurse completes three months of employment, 25% after the nurse completes six months of employment, and 25% after the nurse completes twelve months of employment. As a result, delays in petition approvals and in nurses' arrival in the United States push back the timing of GNF's revenue. For every month that a petition remains pending with USCIS, GNF has incurred the costs of recruiting, screening, and preparing that nurse's case but has not been paid any portion of its fee.

9. GNF continues to lose money as a result of the fee and the delays associated with it. In my December 2025 declaration, I stated that GNF had lost approximately $5,000,000 in revenue. As of October 14, 2026, GNF's losses from cancelled contracts, delays, and nurses dropping out total approximately $6,000,000.

10. As I explained in my prior declarations, GNF does not have another business model to meet the immediate nursing needs of U.S. healthcare facilities. If the $100,000 fee were reimposed, or if USCIS delays continue, GNF's ability to continue operating its U.S. business would again be at serious risk.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2026, in Laguna Beach, California.

______________________________

Lalit Pattanaik