JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office Of Immigration Litigation

TIBERIUS DAVIS
Counsel To The Assistant Attorney General

DAVID J. BYERLEY
Senior Litigation Counsel

ANDREA GARCIA
Law Clerk

JAIME A. SCOTT
Trial Attorney
DC Bar # 90027182
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

GLOBAL NURSE FORCE, *et al*.

Plaintiffs,

v.

DONALD J. TRUMP, President of the United States, *et al.*,

Defendants.

Case No. 4:25-cv-8454-HSG

**DEFENDANTS' NOTICE OF LODGING OF CERTIFIED ADMINISTRATIVE RECORDS**

Defendants, through their undersigned counsel, file this notice of lodging of the Certified Administrative Records pursuant to the Court's October 28, 2026 Minute Order, Dkt. No. 144. Defendants' production does not constitute a waiver of any of Defendants' arguments, including that there is no final agency action in this case. Defendants note that the Certified Administrative Records contain the same documents filed in *Chamber of Com. of United States v. DHS*, No. 1:25-cv-3675 (D.D.C. 2025) and *California v. Mullin*, No. 1:25-cv-13829 (D. Mass. 2026).

Dated: November 16, 2026

Respectfully Submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office Of Immigration Litigation

THOMAS S. VASELIOU
Senior Counsel to the Assistant
Attorney General

DAVID J. BYERLEY
Senior Litigation Counsel

ANDREA GARCIA
Law Clerk

*/s/ Jaime A. Scott*
JAIME A. SCOTT (DC Bar # 90027182)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jaime A. Scott*
JAIME A. SCOTT
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

*Attorney for Defendants*